## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Therisa D. Escue, Billy R. Escue, Jr., Kim Schelbe, and Brian P. Weatherill, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia,<br><br>    Defendants. | Case No. 2:24-cv-10853-BRM-DRG<br><br>Hon. Brandy R. McMillion, United States District Judge<br><br>Hon. David R. Grand, United States Magistrate Judge |

## <u>NOTICE OF APPEARANCE</u>

Please take notice that Jeffrey J. Jones of Jones Day hereby enters his appearance as counsel on behalf of Defendants (1) United Wholesale Mortgage, LLC, (2) UWM Holdings Corporation, (3) SFS Holding Corp., and (4) Mathew Randall Ishbia.

Dated: April 15, 2024

Respectfully submitted,

*/s/ Jeffrey J. Jones*
Jeffrey J. Jones (P80231)
JONES DAY
150 W. Jefferson Ave., Suite 2100
Detroit, MI 48226
(313) 230-7950
jjjones@jonesday.com

*Counsel for Defendants*

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 15, 2024, I caused the above Notice of Appearance to be electronically filed with the Clerk of the Court through the CM/ECF system, which will effectuate service upon all counsel of record.

*/s/ Jeffrey J. Jones*
Jeffrey J. Jones
*Counsel for Defendants*
