UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Therisa D. Escue, Billy R. Escue, Jr., Kim Schelbe, and Brian P. Weatherill, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>  v.<br><br>United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia,<br><br>         Defendants. | Case No. 2:24-cv-10853<br><br>Hon. Brandy R. McMillion, United States District Judge<br><br>Hon. David R. Grand, United States Magistrate Judge |

### STIPULATION TO ESTABLISH DEADLINE TO RESPOND TO THE COMPLAINT

The undersigned Parties hereby stipulate to the following: Plaintiffs have filed a complaint against the Defendants (1) United Wholesale Mortgage, LLC, (2) UWM Holdings Corporation, (3) SFS Holding Corp., and (4) Mathew Randall Ishbia. Given the nature of the complaint, which includes nine counts against multiple defendants, Defendants need additional time to conduct their investigation and respond to the complaint. After meeting and conferring, the Parties stipulate that the Defendants shall file and serve a motion under Rule 12 or otherwise answer or respond to the complaint on or before June 24, 2024.

1

| | |
|---|---|
| Dated: April 18, 2024 | Respectfully submitted, |
| | |
| /s/ Brandon C. Hubbard (with consent) | /s/ Jeffrey J. Jones |
| Brandon C. Hubbard (P71085) | Jeffrey J. Jones (P80231) |
| **DICKINSON WRIGHT PLLC** | JONES DAY |
| 500 Woodward Avenue, Suite 4000 | 150 W. Jefferson Ave., Suite 2100 |
| Detroit, Michigan 48226 | Detroit, MI 48226 |
| P: (517) 371-1730 | (313) 230-7950 |
| bhubbard@dickinsonwright.com | jjjones@jonesday.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Therisa D. Escue, Billy R. Escue, Jr., Kim Schelbe, and Brian P. Weatherill, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia,<br><br>　　　　　Defendants. | Case No. 2:24-cv-10853<br><br>Hon. Brandy R. McMillion,<br>United States District Judge<br><br>Hon. David R. Grand,<br>United States Magistrate Judge |

## ORDER TO ESTABLISH DEADLINE
## TO RESPOND TO COMPLAINT

Pursuant to a Stipulation to Establish Deadline to Respond to the Complaint dated April 18, 2024, the Court orders that the Defendants shall file and serve a motion under Rule 12 or otherwise answer or respond to the complaint on or before June 24, 2024.

Dated: April 18, 2024　　　　　　　　s/Brandy R. McMillion
　　　　　　　　　　　　　　　　　　Hon. Brandy R. McMillion
　　　　　　　　　　　　　　　　　　United States District Judge

3