UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THERISA D. ESCUE, BILLY R. ESCUE, JR., KIM SCHELBE, and BRIAN P. WEATHERILL, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED WHOLESALE MORTGAGE, LLC, UWM HOLDINGS CORPORATION, SFS HOLDING CORP., and MATHEW RANDALL ISHBIA,<br><br>            Defendants. | Case No. 2:24-cv-10853-BRM-DRG<br><br>Hon. Brandy R. McMillion,<br>United States District Judge<br><br>Hon. David R. Grand,<br>United States Magistrate Judge |

## ACCEPTANCE AND ACKNOWLEDGEMENT OF SERVICE

I, Jeffrey J. Jones, attorney for Defendants United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia ("Defendants"), hereby acknowledge and state that I am authorized to accept, and hereby do accept and acknowledge, service of the summons and the Complaint on behalf of Defendants in this matter. Defendants do not waive any defenses or objections to the lawsuit, except for objections based on a defect in the summons or in the service of the summons and Complaint. The agreed due date for responding to the Complaint is set forth in a separate stipulation filed with the Court. [ECF 6].

1

**JONES DAY**

<u>/s/Jeffrey J. Jones</u>
Jeffrey J. Jones (P80231)
150 W. Jefferson Ave., Suite 2100
Detroit, MI 48226
(313) 230-7950
jjjones@jonesday.com

*Counsel for Defendants*

Dated: May 30, 2024

## CERTIFICATE OF SERVICE

I certify that on May 30, 2024, I caused the above Acceptance and Acknowledgment of Service to be electronically filed with the Clerk of the Court through the CM/ECF system, which will effectuate service upon all counsel of record.

*/s/ Jeffrey J. Jones*
Jeffrey J. Jones

*Counsel for Defendants*