# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Therisa D. Escue, Billy R. Escue, Jr., Kim Schelbe, and Brian P. Weatherill, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia,<br><br>　　　　　Defendants. | Case No. 2:24-cv-10853<br><br>Hon. Brandy R. McMillion,<br>United States District Judge<br><br>Hon. David R. Grand,<br>United States Magistrate Judge |

## STIPULATION TO EXCEED PAGE LIMITATIONS
## FOR MOTION TO DISMISS BRIEFS

The undersigned Parties hereby stipulate to the following: Plaintiffs have filed a complaint against Defendants (1) United Wholesale Mortgage, LLC, (2) UWM Holdings Corporation, (3) SFS Holding Corp., and (4) Mathew Randall Ishbia. Defendants intend to file a combined motion to dismiss the complaint in accordance with Federal Rule of Civil Procedure 12. Given the length of the complaint, which includes nine counts against multiple defendants, the parties have conferred and agreed to the following subject to the Court's approval:

　　1.　Defendants shall have up to forty (40) pages for their brief in support of their motion to dismiss.

2. Plaintiffs shall have up to forty (40) pages for their response brief in opposition to Defendants' motion to dismiss.

3. Defendants shall have up to twelve (12) pages for their reply brief in support of their motion to dismiss.

Nothing in this stipulation shall extend the page limitations for any other motions filed. If the Defendants opt to file a motion to strike class allegations, that motion will be governed by the Court's default page limit rules.

Dated: June 11, 2024          Respectfully submitted,

| | |
|---|---|
| */s/ Brandon C. Hubbard (with consent)* | */s/ Jeffrey J. Jones* |
| Brandon C. Hubbard (P71085) | Jeffrey J. Jones (P80231) |
| **DICKINSON WRIGHT PLLC** | JONES DAY |
| 500 Woodward Avenue, Suite 4000 | 150 W. Jefferson Ave., Suite 2100 |
| Detroit, Michigan 48226 | Detroit, MI 48226 |
| P: (517) 371-1730 | (313) 230-7950 |
| bhubbard@dickinsonwright.com | jjjones@jonesday.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Therisa D. Escue, Billy R. Escue, Jr., Kim Schelbe, and Brian P. Weatherill, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia,<br><br>        Defendants. | Case No. 2:24-cv-10853<br><br>Hon. Brandy R. McMillion, United States District Judge<br><br>Hon. David R. Grand, United States Magistrate Judge |

## ORDER TO ESTABLISH PAGE LIMITATIONS FOR MOTION TO DISMISS BRIEFS

Pursuant to a Stipulation to Exceed Page Limitations for Motion to Dismiss Briefs dated June 11, 2024, the Court orders that Defendants shall have up to forty (40) pages for their brief in support of their motion to dismiss; that Plaintiffs shall have up to forty (40) pages for their brief in opposition to Defendants' motion to dismiss; and that Defendants shall have up to twelve (12) pages for their reply brief in support of their motion to dismiss.

    **IT IS SO ORDERED.**

Dated: June 11, 2024

                                                s/Brandy R. McMillion
                                              BRANDY R. MCMILLION
                                              United States District Judge