# APPENDIX

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Case No. 2:24-cv-10853-BRM-DRG

## INDEX OF EXHIBITS
## DEFENDANTS' MOTION TO DISMISS

| Ex. | Exhibit Description |
|---|---|
| 1 | UWM's Wholesale Broker Agreement, signed by Plant City Mortgage Corporation ("Florida Mortgage Firm"), dated June 30, 2023 |
| 2 | "*The Lie That Helped Make UWM America's Largest Mortgage Lender*" published by Hunterbrook Media, dated April 12, 2024 [This is the original version as it appeared on April 12, 2024] |
| 3 | (1) Plaintiff Schelble's Closing Disclosure, issued May 23, 2021 (2) Plaintiff Schelble's Closing Disclosure, issued June 1, 2021 |
| 4 | Plaintiff Weatherill's Mortgage Loan Origination Agreement with Florida Mortgage Firm, dated April 20, 2021 |
| 5 | (1) Plaintiffs Billy and Therisa Escue's Anti-Steering Disclosure of Loan Options Form with eSign Certificate; (2) Plaintiff Schelble's Anti-Steering Disclosure of Loan Options Form with eSign Certificate; (3) Plaintiff Weatherill's Anti-Steering Disclosure of Loan Options Form with eSign Certificate |
| 6 | (1) Plaintiffs Billy and Therisa Escue's Mortgage Contract with UWM; (2) Plaintiff Schelble's Mortgage Contract with UWM; (3) Plaintiff Weatherill's Mortgage Contract with UWM |
| 7 | Plaintiff Weatherill's Closing Disclosure, issued May 25, 2021 |
| 8 | Plaintiff Billy and Therisa Escue's Closing Disclosure, issued February 21, 2022 |