# EXHIBIT 4

The Florida Mortgage Firm  NMLS #289323 | Originator: **Toni Simonds Raulerson NMLS #380055**

# MORTGAGE LOAN ORIGINATION AGREEMENT

(Warning to Broker: The content of this form may vary depending upon the state in which it is used.)

The undersigned agrees to enter into this Mortgage Loan Origination Agreement with **The Florida Mortgage Firm** as an independent contractor to apply for a residential mortgage loan from a participating lender with which we from time to time contract upon such terms and conditions as you may request or a lender may require. You inquired into mortgage financing with **The Florida Mortgage Firm** on __Apr 20 2021__ .

We are licensed as a "Mortgage Broker" under

**SECTION 1. NATURE OF RELATIONSHIP.** In connection with this mortgage loan:
- We are acting as an independent contractor and not as your agent.
- We will enter into separate independent contractor agreements with various lenders.
- While we seek to assist you in meeting your financial needs, we do not distribute the products of all lenders or investors in the market and cannot guarantee the lowest price or best terms available in the market.

**SECTION 2. OUR COMPENSATION.** The lenders whose loan products we distribute generally provide their loan products to us at a wholesale rate.
- The retail price we offer you - your interest rate, total points and fees - will include our compensation.
- In some cases, we may be paid all of our compensation by either you or the lender. For example, in some cases, if you would rather pay a lower interest rate, you may pay higher up-front points and fees.
- Also, in some cases, if you would rather pay less up front, you may be able to pay a higher interest rate in which case we will be paid directly by the lender.

We also may be paid by the lender based on (i) the value of the Mortgage Loan or related servicing rights in the market place or (ii) other services, goods or facilities performed or provided by us to the lender.

By signing below, the mortgage loan originator and mortgage loan applicant(s) acknowledge receipt of a copy of this signed Agreement.

| **MORTGAGE LOAN ORIGINATOR** | **APPLICANT(S)** |
|---|---|
| The Florida Mortgage Firm | |
| Company Name | |
| 2216 S. Alexander St., Plant City, FL 33563 | Brian P Weatherill  *Brian weatherill* |
| | Borrower Signature |
| *[signature]* | |
| Broker Authorized Agent Signature | Borrower Signature |