# EXHIBIT 5

1

# ANTI-STEERING DISCLOSURE OF LOAN OPTIONS

Loan #: ▮▮▮▮▮▮▮▮

Date: JANUARY 31, 2022

Loan Originator: IFG Mortgage, Inc

Borrower(s): BILLY R ESCUE JR

Property Address: ▮▮▮▮▮▮▮▮

In order to facilitate compliance with the anti-steering prohibitions found in 12 CFR § 1026.36(e), your Loan Originator is providing you with this disclosure of loan options that are available for you to choose. These loan options are from creditors with whom the Loan Originator regularly does business with and are for types of transactions for which you have expressed an interest.

## FIXED INTEREST RATE OPTIONS

|  | Loan Option with Lowest Rate | Loan Option with Lowest Rate Without the Following:<br>- Negative Amortization<br>- Prepayment Penalty<br>- Interest Only Payments<br>- Balloon Payment in First Seven Years of Loan Term<br>- Demand Feature<br>- Shared Equity<br>- Shared Appreciation | Loan Option with Lowest Total Dollar Amount for Origination Points or Fees and Discount Points |
|---|---|---|---|
| Interest Rate | 2.250% | 2.250% | 4.500% |
| Total Dollar Amount of Origination Points or Fees and Discount Points | $13,652.26 | $13,652.26 | -$6,630.62 |

**You have not expressed interest in any Adjustable Interest Rate loan options.**



# DocMagic eSign Certificate

| eSign Id: | [redacted] | Reference Id: | [redacted] | From: | UWM DOCMAGICINTEGRATION | Status: | Signed |
|---|---|---|---|---|---|---|---|
| Documents Type: | INITIAL DISCLOSURE | Loan Id: | [redacted] | Documents: | 22 | Signatures: | Y |

## List of Signers

| Name/Email | Signature | Created Date | Started Date | Consented Date | Viewed Date | Completed Date |
|---|---|---|---|---|---|---|
| BILLY R ESCUE JR<br>[redacted] | *Billy R Escue Jr* | 01/31/22<br>01:58:29 PM | 01/31/22<br>02:56:35 PM | 01/31/22<br>02:56:33 PM | 01/31/22<br>02:56:35 PM | |
| JIM ELKINS<br>elkinsjim@gmail.com | *Jim Elkins* | 01/31/22<br>01:58:29 PM | 01/31/22<br>01:59:04 PM | 01/31/22<br>01:59:01 PM | 01/31/22<br>01:59:04 PM | 01/31/22<br>01:59:31 PM |

## Audit Log

| Date/Time | Person | IP Address | Action |
|---|---|---|---|
| 01/31/22 01:58:29 PM | SYSTEM USER | | eSign event created |
| 01/31/22 01:58:29 PM | BILLY R ESCUE JR | [redacted] | Inactive template: invitation was not sent to [redacted] |
| 01/31/22 01:58:29 PM | JIM ELKINS | [redacted] | Invitation sent to elkinsjim@gmail.com |
| 01/31/22 01:59:01 PM | JIM ELKINS | [redacted] | Consented to DocMagic eSign |
| 01/31/22 01:59:03 PM | JIM ELKINS | [redacted] | eSign event started |
| 01/31/22 01:59:03 PM | JIM ELKINS | [redacted] | Initial Disclosure version 1 prepared on January 31, 2022, 1:58 PM PST displayed |
| 01/31/22 01:59:21 PM | JIM ELKINS | [redacted] | Approved electronic representation of signature |
| 01/31/22 01:59:21 PM | JIM ELKINS | [redacted] | Approved electronic representation of signature |
| 01/31/22 01:59:22 PM | JIM ELKINS | [redacted] | Uniform Residential Loan Application signed by Jim Elkins |
| 01/31/22 01:59:25 PM | JIM ELKINS | [redacted] | Tennessee Advance Fee Agreement signed by Jim Elkins |
| 01/31/22 01:59:31 PM | JIM ELKINS | [redacted] | eSign event signing complete |
| 01/31/22 01:59:31 PM | JIM ELKINS | [redacted] | Customer Identification Verification signed by Jim Elkins |
| 01/31/22 02:56:33 PM | BILLY R ESCUE JR | [redacted] | Consented to DocMagic eSign |
| 01/31/22 02:56:33 PM | BILLY R ESCUE JR | [redacted] | Receipt of early disclosures within 3 business days met |
| 01/31/22 02:56:35 PM | BILLY R ESCUE JR | [redacted] | eSign event started |
| 01/31/22 02:56:35 PM | BILLY R ESCUE JR | [redacted] | Initial Disclosure version 1 prepared on January 31, 2022, 1:58 PM PST displayed |
| 01/31/22 03:00:23 PM | BILLY R ESCUE JR | [redacted] | Approved electronic representation of signature |
| 01/31/22 03:00:23 PM | BILLY R ESCUE JR | [redacted] | Approved electronic representation of signature |
| 01/31/22 03:00:24 PM | BILLY R ESCUE JR | [redacted] | Loan Estimate signed by BILLY R ESCUE JR |
| 01/31/22 03:02:30 PM | BILLY R ESCUE JR | [redacted] | Uniform Residential Loan Application signed by BILLY R ESCUE JR |
| 01/31/22 03:04:24 PM | BILLY R ESCUE JR | [redacted] | Tennessee Advance Fee Agreement signed by BILLY R ESCUE JR |
| 01/31/22 03:04:55 PM | BILLY R ESCUE JR | [redacted] | Affiliated Business Arrangement Disclosure signed by BILLY R ESCUE JR |
| 01/31/22 03:05:05 PM | BILLY R ESCUE JR | [redacted] | Borrower Consent to the Use of Tax Return Information signed by BILLY R ESCUE JR |
| 01/31/22 03:05:18 PM | BILLY R ESCUE JR | [redacted] | Borrower Signature Authorization signed by BILLY R ESCUE JR |
| 01/31/22 03:05:33 PM | BILLY R ESCUE JR | [redacted] | Residential Mortgage Credit Score Disclosure Exception Notice signed by BILLY R ESCUE JR |
| 01/31/22 03:05:36 PM | BILLY R ESCUE JR | [redacted] | Federal Equal Credit Opportunity Act Notice (ECOA) signed by BILLY R ESCUE JR |
| 01/31/22 03:06:10 PM | BILLY R ESCUE JR | [redacted] | Electronic Delivery Consent And Intent To Proceed signed by BILLY R ESCUE JR |
| 01/31/22 03:06:27 PM | BILLY R ESCUE JR | [redacted] | Disclosure Notices signed by BILLY R ESCUE JR |
| 01/31/22 03:06:38 PM | BILLY R ESCUE JR | [redacted] | Acknowledgment of Receipt of Homeownership Counseling Notice signed by BILLY R ESCUE JR |
| 01/31/22 03:07:08 PM | BILLY R ESCUE JR | [redacted] | Credit Inquiry Letter Of Explanation signed by BILLY R ESCUE JR |
| 01/31/22 03:07:22 PM | BILLY R ESCUE JR | [redacted] | Borrower's Certification and Authorization signed by BILLY R ESCUE JR |
| | | | Borrower's Certification and Authorization signed by BILLY R |

| | | |
|---|---|---|
| 01/31/22 03:07:42 PM | BILLY R ESCUE JR | ESCUE JR |
| 01/31/22 03:07:56 PM | BILLY R ESCUE JR | eSign event signing complete |
| 01/31/22 03:07:56 PM | BILLY R ESCUE JR | IVES Request for Transcript of Tax Return signed by BILLY R ESCUE JR |
| 01/31/22 03:07:56 PM | SYSTEM USER | eSign event completed |
| 01/31/22 03:07:57 PM | SYSTEM USER | eSign Documents delivered |
| 01/31/22 03:07:57 PM | SYSTEM USER | All clicksigns completed |

## List of Documents

| Document Name | Page(s) | Mark(s) | Signer(s) |
|---|---|---|---|
| ENCLOSED DOCUMENTS LIST | 1 | 0 | 0 |
| LOAN ESTIMATE | 3 | 1 | 1 |
| UNIFORM RESIDENTIAL LOAN APPLICATION | 8 | 2 | 2 |
| UNIFORM RESIDENTIAL LOAN APPLICATION - LENDER LOAN INFORMATION | 2 | 0 | 0 |
| TENNESSEE ADVANCE FEE AGREEMENT | 2 | 2 | 2 |
| AFFILIATED BUSINESS ARRANGEMENT DISCLOSURE | 2 | 1 | 1 |
| BORROWER CONSENT TO THE USE OF TAX RETURN INFORMATION | 1 | 1 | 1 |
| BORROWER SIGNATURE AUTHORIZATION | 1 | 1 | 1 |
| RESIDENTIAL MORTGAGE CREDIT SCORE DISCLOSURE EXCEPTION NOTICE | 3 | 3 | 1 |
| ANTI-STEERING DISCLOSURE OF LOAN OPTIONS | 1 | 0 | 0 |
| FEDERAL EQUAL CREDIT OPPORTUNITY ACT NOTICE (ECOA) | 1 | 1 | 1 |
| CUSTOMER IDENTIFICATION VERIFICATION | 2 | 1 | 1 |
| ELECTRONIC DELIVERY CONSENT AND INTENT TO PROCEED | 2 | 5 | 1 |
| HOUSING COUNSELORS NEAR YOU | 6 | 0 | 0 |
| DISCLOSURE NOTICES | 2 | 3 | 1 |
| ACKNOWLEDGMENT OF RECEIPT OF HOMEOWNERSHIP COUNSELING NOTICE | 1 | 1 | 1 |
| PRIVACY FORM - NO OPT OUT | 2 | 0 | 0 |
| ADDITIONAL DETAILS FOR SERVICES YOU CAN SHOP FOR | 1 | 0 | 0 |
| CREDIT INQUIRY LETTER OF EXPLANATION | 1 | 71 | 1 |
| BORROWER'S CERTIFICATION AND AUTHORIZATION | 3 | 1 | 1 |
| BORROWER'S CERTIFICATION AND AUTHORIZATION | 3 | 1 | 1 |
| IVES REQUEST FOR TRANSCRIPT OF TAX RETURN | 2 | 1 | 1 |

Copyright (c) 2016 DocMagic, Inc. - ALL RIGHTS RESERVED

2

# ANTI-STEERING DISCLOSURE OF LOAN OPTIONS

Loan #:

Date: APRIL 5, 2021

Loan Originator: Carolina Ventures Mortgage, LLC

Borrower(s): Kim Schelble, Yvette Cho

Property Address:

In order to facilitate compliance with the anti-steering prohibitions found in 12 CFR § 1026.36(e), your Loan Originator is providing you with this disclosure of loan options that are available for you to choose. These loan options are from creditors with whom the Loan Originator regularly does business with and are for types of transactions for which you have expressed an interest.

## FIXED INTEREST RATE OPTIONS

|  | Loan Option with Lowest Rate | Loan Option with Lowest Rate Without the Following:<br>■ Negative Amortization<br>■ Prepayment Penalty<br>■ Interest Only Payments<br>■ Balloon Payment in First Seven Years of Loan Term<br>■ Demand Feature<br>■ Shared Equity<br>■ Shared Appreciation | Loan Option with Lowest Total Dollar Amount for Origination Points or Fees and Discount Points |
|---|---|---|---|
| Interest Rate | 2.000% | 2.000% | 5.000% |
| Total Dollar Amount of Origination Points or Fees and Discount Points | $34,211.00 | $34,211.00 | -$4,533.00 |

**You have not expressed interest in any Adjustable Interest Rate loan options.**

ANTI-STEERING DISCLOSURE OF LOAN OPTIONS
ASDLP.UWM  08/20/18

DocMagic eForms



# DocMagic eSign Certificate

| eSign Id: | | Reference Id: | | From: | UWM DOCMAGICINTEGRATION | Status: | Signed |
|---|---|---|---|---|---|---|---|
| Documents Type: | INITIAL DISCLOSURE | Loan Id: | | Documents: | 31 | Signatures: | Y |

## List of Signers

| Name/Email | Signature | Created Date | Started Date | Consented Date | Viewed Date | Completed Date |
|---|---|---|---|---|---|---|
| KIM SCHELBLE | *Kim Schelble* | 04/05/21 10:36:18 AM | 04/05/21 12:28:52 PM | 04/05/21 12:28:55 PM | 04/05/21 12:28:54 PM | 04/05/21 12:33:26 PM |
| YVETTE CHO | *Yvette Cho* | 04/05/21 10:36:19 AM | 04/05/21 12:46:54 PM | 04/05/21 12:46:56 PM | 04/05/21 12:46:56 PM | 04/05/21 12:47:56 PM |
| WHITNEY BULBROOK whitney@carolinaventures.com | *Whitney Bulbrook* | 04/05/21 10:36:19 AM | 04/05/21 10:37:11 AM | 04/05/21 10:37:12 AM | 04/05/21 10:37:12 AM | 04/05/21 10:37:31 AM |

## Audit Log

| Date/Time | Person | IP Address | Action |
|---|---|---|---|
| 04/05/21 10:36:19 AM | SYSTEM USER | | eSign event created |
| 04/05/21 10:36:19 AM | KIM SCHELBLE | | The invitation was not sent to |
| 04/05/21 10:36:19 AM | YVETTE CHO | | The invitation was not sent to |
| 04/05/21 10:36:19 AM | WHITNEY BULBROOK | | Invitation sent to whitney@carolinaventures.com |
| 04/05/21 10:37:11 AM | WHITNEY BULBROOK | | eSign event started |
| 04/05/21 10:37:12 AM | WHITNEY BULBROOK | | Consented to DocMagic eSign |
| 04/05/21 10:37:12 AM | WHITNEY BULBROOK | | Initial Disclosure version 1 prepared on April 05, 2021, 10:36 AM PDT displayed |
| 04/05/21 10:37:13 AM | WHITNEY BULBROOK | | Approved electronic representation of signature |
| 04/05/21 10:37:14 AM | WHITNEY BULBROOK | | Approved electronic representation of signature |
| 04/05/21 10:37:31 AM | WHITNEY BULBROOK | | eSign event signing complete |
| 04/05/21 12:28:53 PM | KIM SCHELBLE | | eSign event started |
| 04/05/21 12:28:54 PM | KIM SCHELBLE | | Consented to DocMagic eSign |
| 04/05/21 12:28:55 PM | KIM SCHELBLE | | Receipt of early disclosures within 3 business days met |
| 04/05/21 12:28:55 PM | KIM SCHELBLE | | Initial Disclosure version 1 prepared on April 05, 2021, 10:36 AM PDT displayed |
| 04/05/21 12:28:57 PM | KIM SCHELBLE | | Approved electronic representation of signature |
| 04/05/21 12:28:57 PM | KIM SCHELBLE | | Approved electronic representation of signature |
| 04/05/21 12:33:26 PM | KIM SCHELBLE | | eSign event signing complete |
| 04/05/21 12:46:54 PM | YVETTE CHO | | eSign event started |
| 04/05/21 12:46:56 PM | YVETTE CHO | | Consented to DocMagic eSign |
| 04/05/21 12:46:56 PM | YVETTE CHO | | Initial Disclosure version 1 prepared on April 05, 2021, 10:36 AM PDT displayed |
| 04/05/21 12:46:58 PM | YVETTE CHO | | Approved electronic representation of signature |
| 04/05/21 12:46:58 PM | YVETTE CHO | | Approved electronic representation of signature |
| 04/05/21 12:47:55 PM | SYSTEM USER | | eSign event completed |
| 04/05/21 12:47:55 PM | YVETTE CHO | | eSign event signing complete |

## List of Documents

| Document Name | Page(s) | Mark(s) | Signer(s) |
|---|---|---|---|
| ENCLOSED DOCUMENTS LIST | 1 | 0 | 0 |
| LOAN ESTIMATE | 3 | 2 | 2 |
| UNIFORM RESIDENTIAL LOAN APPLICATION | 11 | 5 | 3 |
| UNIFORM RESIDENTIAL LOAN APPLICATION - LENDER LOAN INFORMATION | 2 | 0 | 0 |
| AFFILIATED BUSINESS ARRANGEMENT DISCLOSURE | 2 | 2 | 2 |
| AFFILIATED BUSINESS ARRANGEMENT DISCLOSURE STATEMENT NOTICE | 2 | 2 | 2 |
| NORTH CAROLINA - ANTI-COERCION INSURANCE DISCLOSURE | 1 | 2 | 2 |
| BORROWER CONSENT TO THE USE OF TAX RETURN INFORMATION | 1 | 1 | 1 |
| BORROWER CONSENT TO THE USE OF TAX RETURN | | | |

| Document | | | |
|---|---|---|---|
| INFORMATION | 1 | 1 | 1 |
| BORROWER SIGNATURE AUTHORIZATION | 2 | 2 | 2 |
| RESIDENTIAL MORTGAGE CREDIT SCORE DISCLOSURE EXCEPTION NOTICE | 3 | 3 | 1 |
| RESIDENTIAL MORTGAGE CREDIT SCORE DISCLOSURE EXCEPTION NOTICE | 3 | 3 | 1 |
| ANTI-STEERING DISCLOSURE OF LOAN OPTIONS | 1 | 0 | 0 |
| FEDERAL EQUAL CREDIT OPPORTUNITY ACT NOTICE (ECOA) | 1 | 2 | 2 |
| CUSTOMER IDENTIFICATION VERIFICATION | 2 | 1 | 1 |
| CUSTOMER IDENTIFICATION VERIFICATION | 2 | 1 | 1 |
| ELECTRONIC DELIVERY CONSENT AND INTENT TO PROCEED | 2 | 5 | 1 |
| ELECTRONIC DELIVERY CONSENT AND INTENT TO PROCEED | 2 | 5 | 1 |
| NORTH CAROLINA FEE INFORMATION FROM YOUR MORTGAGE BROKER FOR YOUR MORTGAGE LOAN | 1 | 3 | 3 |
| HOUSING COUNSELORS NEAR YOU | 6 | 0 | 0 |
| DISCLOSURE NOTICES | 2 | 6 | 2 |
| ACKNOWLEDGMENT OF RECEIPT OF HOMEOWNERSHIP COUNSELING NOTICE | 1 | 2 | 2 |
| PRIVACY FORM - NO OPT OUT | 2 | 0 | 0 |
| ADDITIONAL DETAILS FOR SERVICES YOU CAN SHOP FOR | 1 | 0 | 0 |
| CREDIT INQUIRY LETTER OF EXPLANATION | 1 | 71 | 1 |
| CREDIT INQUIRY LETTER OF EXPLANATION | 1 | 71 | 1 |
| BORROWER'S CERTIFICATION AND AUTHORIZATION | 3 | 2 | 2 |
| BORROWER'S CERTIFICATION AND AUTHORIZATION | 3 | 2 | 2 |
| IVES REQUEST FOR TRANSCRIPT OF TAX RETURN | 2 | 1 | 1 |
| IVES REQUEST FOR TRANSCRIPT OF TAX RETURN | 2 | 1 | 1 |
| YOUR HOME LOAN TOOLKIT | 28 | 0 | 0 |

Copyright (c) 2016 DocMagic, Inc. - ALL RIGHTS RESERVED

3

# ANTI-STEERING DISCLOSURE OF LOAN OPTIONS

Loan #: ███████

Date: APRIL 20, 2021

Loan Originator: The Florida Mortgage Firm

Borrower(s): Brian P Weatherill

Property Address: ███████

In order to facilitate compliance with the anti-steering prohibitions found in 12 CFR § 1026.36(e), your Loan Originator is providing you with this disclosure of loan options that are available for you to choose. These loan options are from creditors with whom the Loan Originator regularly does business with and are for types of transactions for which you have expressed an interest.

## FIXED INTEREST RATE OPTIONS

| | Loan Option with Lowest Rate | Loan Option with Lowest Rate Without the Following:<br>- Negative Amortization<br>- Prepayment Penalty<br>- Interest Only Payments<br>- Balloon Payment in First Seven Years of Loan Term<br>- Demand Feature<br>- Shared Equity<br>- Shared Appreciation | Loan Option with Lowest Total Dollar Amount for Origination Points or Fees and Discount Points |
|---|---|---|---|
| Interest Rate | 2.000% | 2.000% | 4.625% |
| Total Dollar Amount of Origination Points or Fees and Discount Points | $24,178.78 | $24,178.78 | -$14,825.00 |

**You have not expressed interest in any Adjustable Interest Rate loan options.**






# DocMagic

## DocMagic eSign Certificate

| eSign Id: | | Reference Id: | | From: | UWM DOCMAGICINTEGRATION | Status: | Signed |
|---|---|---|---|---|---|---|---|
| Documents Type: | INITIAL DISCLOSURE | Loan Id: | | Documents: | 24 | Signatures: | Y |

## List of Signers

| Name/Email | Signature | Created Date | Started Date | Consented Date | Viewed Date | Completed Date |
|---|---|---|---|---|---|---|
| BRIAN P WEATHERILL | *Brian P Weatherill* | 04/20/21 01:54:27 PM | 04/20/21 06:36:31 PM | 04/20/21 06:36:35 PM | 04/20/21 06:36:34 PM | 04/20/21 06:49:54 PM |
| TONI SIMONDS RAULERSON toni@flmortgagefirm.com | *Toni Simonds Raulerson* | 04/20/21 01:54:27 PM | 04/20/21 02:38:36 PM | 04/20/21 02:38:37 PM | 04/20/21 02:38:37 PM | 04/20/21 02:38:50 PM |

## Audit Log

| Date/Time | Person | IP Address | Action |
|---|---|---|---|
| 04/20/21 01:54:26 PM | SYSTEM USER | | eSign event created |
| 04/20/21 01:54:27 PM | BRIAN P WEATHERILL | | The invitation was not sent to |
| 04/20/21 01:54:27 PM | TONI SIMONDS RAULERSON | | Invitation sent to toni@flmortgagefirm.com |
| 04/20/21 02:38:36 PM | TONI SIMONDS RAULERSON | | eSign event started |
| 04/20/21 02:38:37 PM | TONI SIMONDS RAULERSON | | Consented to DocMagic eSign |
| 04/20/21 02:38:37 PM | TONI SIMONDS RAULERSON | | Initial Disclosure version 1 prepared on April 20, 2021, 1:54 PM PDT displayed |
| 04/20/21 02:38:38 PM | TONI SIMONDS RAULERSON | | Approved electronic representation of signature |
| 04/20/21 02:38:39 PM | TONI SIMONDS RAULERSON | | Approved electronic representation of signature |
| 04/20/21 02:38:50 PM | TONI SIMONDS RAULERSON | | eSign event signing complete |
| 04/20/21 06:36:32 PM | BRIAN P WEATHERILL | | eSign event started |
| 04/20/21 06:36:34 PM | BRIAN P WEATHERILL | | Consented to DocMagic eSign |
| 04/20/21 06:36:35 PM | BRIAN P WEATHERILL | | Receipt of early disclosures within 3 business days met |
| 04/20/21 06:36:35 PM | BRIAN P WEATHERILL | | Initial Disclosure version 1 prepared on April 20, 2021, 1:54 PM PDT displayed |
| 04/20/21 06:36:37 PM | BRIAN P WEATHERILL | | Approved electronic representation of signature |
| 04/20/21 06:36:37 PM | BRIAN P WEATHERILL | | Approved electronic representation of signature |
| 04/20/21 06:49:53 PM | SYSTEM USER | | eSign event completed |
| 04/20/21 06:49:54 PM | BRIAN P WEATHERILL | | eSign event signing complete |

## List of Documents

| Document Name | Page(s) | Mark(s) | Signer(s) |
|---|---|---|---|
| ENCLOSED DOCUMENTS LIST | 1 | 0 | 0 |
| LOAN ESTIMATE | 3 | 1 | 1 |
| UNIFORM RESIDENTIAL LOAN APPLICATION | 9 | 2 | 2 |
| UNIFORM RESIDENTIAL LOAN APPLICATION - LENDER LOAN INFORMATION | 2 | 0 | 0 |
| AFFILIATED BUSINESS ARRANGEMENT DISCLOSURE | 2 | 1 | 1 |
| AFFILIATED BUSINESS ARRANGEMENT DISCLOSURE STATEMENT NOTICE | 2 | 1 | 1 |
| FLORIDA STATEMENT OF ANTI-COERCION | 1 | 1 | 1 |
| BORROWER CONSENT TO THE USE OF TAX RETURN INFORMATION | 1 | 1 | 1 |
| BORROWER SIGNATURE AUTHORIZATION | 1 | 1 | 1 |
| RESIDENTIAL MORTGAGE CREDIT SCORE DISCLOSURE EXCEPTION NOTICE | 3 | 3 | 1 |
| ANTI-STEERING DISCLOSURE OF LOAN OPTIONS | 1 | 0 | 0 |
| FEDERAL EQUAL CREDIT OPPORTUNITY ACT NOTICE (ECOA) | 1 | 1 | 1 |
| CUSTOMER IDENTIFICATION VERIFICATION | 2 | 1 | 1 |
| ELECTRONIC DELIVERY CONSENT AND INTENT TO PROCEED | 2 | 5 | 1 |
| HOUSING COUNSELORS NEAR YOU | 6 | 0 | 0 |
| DISCLOSURE NOTICES | 2 | 3 | 1 |
| ACKNOWLEDGMENT OF RECEIPT OF HOMEOWNERSHIP | | | |

| | | | |
|---|---|---|---|
| COUNSELING NOTICE | 1 | 1 | 1 |
| PRIVACY FORM - NO OPT OUT | 2 | 0 | 0 |
| ADDITIONAL DETAILS FOR SERVICES YOU CAN SHOP FOR | 1 | 0 | 0 |
| CREDIT INQUIRY LETTER OF EXPLANATION | 1 | 71 | 1 |
| BORROWER'S CERTIFICATION AND AUTHORIZATION | 3 | 1 | 1 |
| BORROWER'S CERTIFICATION AND AUTHORIZATION | 3 | 1 | 1 |
| IVES REQUEST FOR TRANSCRIPT OF TAX RETURN | 2 | 1 | 1 |
| YOUR HOME LOAN TOOLKIT | 28 | 0 | 0 |

Copyright (c) 2016 DocMagic, Inc. - ALL RIGHTS RESERVED