UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Therisa D. Escue, Billy R. Escue, Jr., Kim Schelbe, and Brian P. Weatherill, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia,<br><br>Defendants. | Case No. 2:24-cv-10853<br><br>Hon. Brandy R. McMillion, United States District Judge<br><br>Hon. David R. Grand, United States Magistrate Judge |

**STIPULATION TO ESTABLISH DEADLINE
TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

The undersigned Parties hereby stipulate to the following: (i) on April 2, 2024, Plaintiffs filed a complaint against the Defendants (1) United Wholesale Mortgage, LLC, (2) UWM Holdings Corporation, (3) SFS Holding Corp., and (4) Mathew Randall Ishbia; (ii) on June 21, 2024, Defendants filed a Motion to Dismiss (ECF No. 16), seeking to dismiss the entirety of the complaint; and (iii) Plaintiffs need additional time to address Defendants' arguments, including to file an amended complaint as a matter of course consistent with Rule 15(a)(1). After meeting and conferring, the Parties stipulate that Plaintiffs shall file and serve an amended complaint on or before August 30, 2024, with said filing being deemed an

1

amendment as a matter of course consistent with Rule 15(a)(1). The Defendants shall have 45 days after service to move, plead, or respond to the amended complaint.

| | |
|---|---|
| Dated: July 8, 2024 | Respectfully submitted, |
| */s/ Brandon C. Hubbard* | */s/ Jeffrey J. Jones (w/ permission)* |
| Brandon C. Hubbard (P71085) | Jeffrey J. Jones (P80231) |
| DICKINSON WRIGHT PLLC | JONES DAY |
| 500 Woodward Avenue, Suite 4000 | 150 W. Jefferson Ave., Suite 2100 |
| Detroit, Michigan 48226 | Detroit, MI 48226 |
| P: (517) 371-1730 | (313) 230-7950 |
| bhubbard@dickinsonwright.com | jjjones@jonesday.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Therisa D. Escue, Billy R. Escue, Jr., Kim Schelbe, and Brian P. Weatherill, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia,<br><br>        Defendants. | Case No. 2:24-cv-10853<br><br>Hon. Brandy R. McMillion,<br>United States District Judge<br><br>Hon. David R. Grand,<br>United States Magistrate Judge |

### STIPULATED ORDER TO ESTABLISH DEADLINE TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Pursuant to a July 8, 2024 Stipulation to Establish Deadline to Respond to Defendants' Motion to Dismiss, the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiffs shall file and serve an Amended Complaint on or before **August 30, 2024**, with that amended complaint being deemed an amendment as a matter of course consistent with Rule 15(a)(1).

**IT IS FURTHER ORDERED** that Defendants shall have 45 days after service to move, plead, or respond to the Amended Complaint.

**IT IS SO ORDERED.**

Dated: July 10, 2024

                                        s/Brandy R. McMillion
                                        Hon. Brandy R. McMillion
                                        United States District Judge