UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Therisa D. Escue, Billy R. Escue, Jr., Kim Schelbe, Brian P. Weatherill, Kenneth C. Morandi, Jill Jeffries, and Daniel Singh on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia, <br><br> Defendants. | Case No. 2:24-cv-10853 <br><br> Hon. Brandy R. McMillion, United States District Judge <br><br> Hon. David R. Grand, United States Magistrate Judge |

### STIPULATION TO ESTABLISH RESPONSE AND REPLY BRIEF DEADLINES REGARDING DEFENDANTS' MOTIONS (ECF NOS. 23 AND 24)

On September 17, 2024, Defendants filed a Motion for Relief Under Rule 11, 28 U.S.C. § 1927, and This Court's Inherent Powers (ECF No. 23) and a Motion For Leave to File an Unredacted Version of Motion for Relief Under Rule 11, 28 U.S.C. § 1927, and This Court's Inherent Powers (ECF No. 24) (collectively, the "Motions").

After meeting and conferring relative to a briefing schedule applicable to the Motions, the Parties stipulate that: (i) Plaintiffs shall file and serve their Response

Briefs on or before October 11, 2024; and (ii) Defendants shall file and serve their Reply Briefs on or before October 28, 2024.

Dated: September 27, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Brandon C. Hubbard* | */s/ Jeffrey J. Jones (w/ permission)* |
| Brandon C. Hubbard (P71085) | Jeffrey J. Jones (P80231) |
| DICKINSON WRIGHT PLLC | JONES DAY |
| 500 Woodward Avenue, Suite 4000 | 150 W. Jefferson Ave., Suite 2100 |
| Detroit, Michigan 48226 | Detroit, MI 48226 |
| P: (517) 371-1730 | (313) 230-7950 |
| bhubbard@dickinsonwright.com | jjjones@jonesday.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Therisa D. Escue, Billy R. Escue, Jr., Kim Schelbe, Brian P. Weatherill, Kenneth C. Morandi, Jill Jeffries, and Daniel Singh on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia,<br><br>        Defendants. | Case No. 2:24-cv-10853<br><br>Hon. Brandy R. McMillion, United States District Judge<br><br>Hon. David R. Grand, United States Magistrate Judge |

## ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS (ECF NOS. 23 AND 24)

Pursuant to a September 26, 2024 Stipulation to Establish Response Brief and Reply Brief Deadlines regarding Defendants' Motions (ECF Nos. 23 and 24), and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiffs shall file and serve their responses to Defendants' above-referenced Motions on or before **October 11, 2024**.

**IT IS FURTHER ORDERED** that Defendants shall file and serve their replies to Plaintiffs' responses on or before **October 28, 2024**.

**IT IS SO ORDERED**.

Dated: September 30, 2024

                                                s/Brandy R. McMillion
                                                Hon. Brandy R. McMillion
                                                United States District Judge