UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Therisa D. Escue, Billy R. Escue, Jr., Kim Schelbe, and Brian P. Weatherill, Kenneth C. Morandi, Jill Jeffries, and Daniel Singh, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia, <br><br> Defendants. | Case No. 2:24-cv-10853 <br><br> Hon. Brandy R. McMillion, United States District Judge <br><br> Hon. David R. Grand, United States Magistrate Judge |

### STIPULATION TO EXCEED PAGE LIMITATIONS FOR MOTION TO DISMISS AND MOTION TO STRIKE BRIEFS

The undersigned Parties hereby stipulate to the following: Plaintiffs have filed an amended complaint against Defendants (1) United Wholesale Mortgage, LLC, (2) UWM Holdings Corporation, (3) SFS Holding Corp., and (4) Mathew Randall Ishbia. Defendants intend to file (1) a motion to dismiss the amended complaint pursuant to Fed. R. Civ. P. 12(b)(6); and (2) a motion to strike the class allegations pursuant to Fed. R. Civ. P. 23(d)(1)(D). With respect to Defendants' first motion to dismiss, this Court permitted 40 pages for the opening and response briefs and 12 pages for the reply brief. ECF Nos. 14, 16. Given the length of the amended

1

complaint, which includes additional Plaintiffs, claims, and allegations, the parties have conferred and agreed to the following subject to the Court's approval:

1. Defendants shall have up to fifty (50) pages for their brief in support of their motion to dismiss.

2. Plaintiffs shall have up to fifty (50) pages for their response brief in opposition to Defendants' motion to dismiss.

3. Defendants shall have up to fifteen (15) pages for their reply brief in support of their motion to dismiss.

4. Defendants shall have up to thirty-five (35) pages for their brief in support of their motion to strike.

5. Plaintiffs shall have up to thirty-five (35) pages for their response brief in opposition to Defendants' motion to strike.

6. Defendants shall have up to ten (10) pages for their reply brief in support of their motion to strike.

Nothing in this stipulation shall extend the page limitations for any other motions filed. For the Court's awareness, the Parties will also work together to agree upon a reasonable, extended briefing schedule relative to the foregoing motions, after Plaintiffs have the opportunity to review Defendants' filings.

| | |
|---|---|
| Dated: October 2, 2024 | Respectfully submitted, |
| | |
| */s/ Brandon C. Hubbard (with consent)* | */s/ Jeffrey J. Jones* |
| Brandon C. Hubbard (P71085) | Jeffrey J. Jones (P80231) |
| **DICKINSON WRIGHT PLLC** | JONES DAY |
| 500 Woodward Avenue, Suite 4000 | 150 W. Jefferson Ave., Suite 2100 |
| Detroit, Michigan 48226 | Detroit, MI 48226 |
| P: (517) 371-1730 | (313) 230-7950 |
| bhubbard@dickinsonwright.com | jjjones@jonesday.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Therisa D. Escue, Billy R. Escue, Jr., Kim Schelbe, and Brian P. Weatherill, Kenneth C. Morandi, Jill Jeffries, and Daniel Singh, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia,<br><br>            Defendants. | Case No. 2:24-cv-10853<br><br>Hon. Brandy R. McMillion,<br>United States District Judge<br><br>Hon. David R. Grand,<br>United States Magistrate Judge |

### ORDER SETTING PAGE LIMITS FOR DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE BRIEFS

This matter having come before the Court on the Parties' request, dated October 2, 2024, to exceed the page limitations for Defendants' Motion to Dismiss and Motion to Strike Briefs, and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that Defendants shall have up to **forty-two (42)** pages for their brief in support of their motion to dismiss; and Plaintiffs shall have up to **forty-two (42)** pages for their brief in opposition to Defendants' motion to dismiss; and Defendants shall have up to **twelve (12) pages** for their reply in support of their motion to dismiss.

**IT IS FURTHER ORDERED** that consistent with Local Rule 7.1, Defendants shall have up to **twenty-five (25) pages** for their brief in support of their motion to strike; and Plaintiffs shall have up to **twenty-five (25) pages** for their brief in opposition to Defendants' motion to strike; and Defendants shall have up to **seven (7) pages** for their reply brief in support of their motion to strike.

**IT IS SO ORDERED.**

Dated: October 3, 2024                  s/Brandy R. McMillion
                                                    Hon. Brandy R. McMillion
                                                    United States District Judge