UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

| | |
|---|---|
| Therisa D. Escue, Billy R. Escue, Jr., Kim Schelbe, Brian P. Weatherill, Kenneth C. Morandi, Jill Jeffries, and Daniel Singh on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia,<br><br>            Defendants. | Case No. 2:24-cv-10853<br><br>Hon. Brandy R. McMillion,<br>United States District Judge<br><br>Hon. David R. Grand,<br>United States Magistrate Judge |

**STIPULATION TO ESTABLISH BRIEFING DEADLINES**
**REGARDING DEFENDANTS' MOTIONS (ECF NOS. 30 AND 31)**

The undersigned Parties hereby stipulate to the following: (i) on October 15, 2024, Defendants filed a Motion to Dismiss (ECF No. 30) and a Motion to Strike Class Allegations (ECF No. 31); (ii) on or about October 3, 2024, the Parties recognized that they would "work together to agree upon a reasonable, extended briefing schedule relative to the foregoing motions, after Plaintiffs have the opportunity to review Defendants' filings" (ECF No. 26, PageID.1436); (iii) Plaintiffs' counsel has reviewed each Motion and has determined that Plaintiffs need additional time to prepare a response to each Motion, including because the

1

undersigned counsel for Plaintiffs started a jury trial on October 29, 2024, with the same expected to last through at least the first full week of November 2024; (iv) undersigned counsel for Defendants have week-long out-of-state trips scheduled over the holidays and other year-end travel plans and conflicts as well; and (v) the Parties have in good faith agreed to an extended briefing schedule, and do not seek their respective extensions for any improper purpose.

After meeting and conferring, the Parties stipulate that: (i) Plaintiffs shall file and serve response briefs on or before **December 12, 2024**; and (ii) Defendants shall file and serve reply briefs on or before **January 16, 2025**.

| | |
|---|---|
| Dated: October 29, 2024 | Respectfully submitted, |
| */s/ Brandon C. Hubbard* | */s/ Jeffrey J. Jones (w/permission)* |
| Brandon C. Hubbard (P71085) | Jeffrey J. Jones (P80231) |
| DICKINSON WRIGHT PLLC | JONES DAY |
| 500 Woodward Avenue, Suite 4000 | 150 W. Jefferson Ave., Suite 2100 |
| Detroit, Michigan 48226 | Detroit, MI 48226 |
| P: (517) 371-1730 | (313) 230-7950 |
| bhubbard@dickinsonwright.com | jjjones@jonesday.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DISTRICT**

| | |
|---|---|
| Therisa D. Escue, Billy R. Escue, Jr., Kim Schelbe, Brian P. Weatherill, Kenneth C. Morandi, Jill Jeffries, and Daniel Singh on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia,<br><br>    Defendants. | Case No. 2:24-cv-10853<br><br>Hon. Brandy R. McMillion,<br>United States District Judge<br><br>Hon. David R. Grand,<br>United States Magistrate Judge |

## ORDER TO ESTABLISH BRIEFING DEADLINES REGARDING DEFENDANTS' MOTIONS (ECF NOS. 30 AND 31)

Pursuant to an October 29, 2024 Stipulation to Establish Briefing Deadlines Regarding Defendants' Motions (ECF Nos. 30 and 31), the Court orders that relative to ECF Nos. 30 and 31, Plaintiffs shall file and serve response briefs on or before **December 12, 2024**, and Defendants shall file and serve reply briefs on or before **January 16, 2025**.

 **IT IS SO ORDERED.**

Dated: October 30, 2024          s/Brandy R. McMillion
                   Hon. Brandy R. McMillion
                   United States District Judge