UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Therisa D. Escue, Billy R. Escue, Jr., Kim Schelbe, Brian P. Weatherill, Kenneth C. Morandi, Jill Jeffries, and Daniel Singh on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia,<br><br>Defendants. | Case No. 2:24-cv-10853<br><br>Hon. Brandy R. McMillion, United States District Judge<br><br>Hon. David R. Grand, United States Magistrate Judge |

**STIPULATION TO ESTABLISH BRIEFING DEADLINES REGARDING DEFENDANTS' SECOND MOTION FOR SANCTIONS (ECF NO. 38)**

The undersigned Parties hereby stipulate to the following: (i) on December 13, 2024, Defendants filed a Motion For Relief Under Rule 11, 28 U.S.C. § 1927, And This Court's Inherent Powers Based On New Allegations In First Amended Complaint ("Defendants' Motion," ECF No. 38); (ii) Plaintiffs' counsel has out-of-state plans scheduled over the holidays, as well as other year-end conflicts; and (iii) the Parties have in good faith agreed to an extended briefing schedule, and do not seek their respective extensions for any improper purpose.

1

After meeting and conferring, the Parties stipulate that: (i) Plaintiffs shall file and serve a response brief on or before **January 24, 2025**; and (ii) Defendants shall file and serve a reply brief on or before **February 14, 2025**.

| | |
|---|---|
| Dated: December 23, 2024 | Respectfully submitted, |

/s/ *Brandon C. Hubbard*  
Brandon C. Hubbard (P71085)  
DICKINSON WRIGHT PLLC  
500 Woodward Avenue, Suite 4000  
Detroit, Michigan 48226  
P: (517) 371-1730  
bhubbard@dickinsonwright.com  

*Counsel for Plaintiffs*

/s/ *Jeffrey J. Jones (w/permission)*  
Jeffrey J. Jones (P80231)  
JONES DAY  
150 W. Jefferson Ave., Suite 2100  
Detroit, MI 48226  
(313) 230-7950  
jjjones@jonesday.com  

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Therisa D. Escue, Billy R. Escue, Jr., Kim Schelbe, Brian P. Weatherill, Kenneth C. Morandi, Jill Jeffries, and Daniel Singh on behalf of themselves and all others similarly situated, <br><br>         Plaintiffs, <br><br>    v. <br><br> United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia, <br><br>         Defendants. | Case No. 2:24-cv-10853 <br><br> Hon. Brandy R. McMillion, United States District Judge <br><br> Hon. David R. Grand, United States Magistrate Judge |

**ORDER SETTING BRIEFING DEADLINES REGARDING DEFENDANTS' SECOND MOTION FOR SANCTIONS (ECF NO. 38)**

Pursuant to a December 23, 2024 Stipulation To Establish Briefing Deadlines Regarding Defendants' Motion (ECF No. 38), the Court orders that relative to ECF No. 38, Plaintiffs shall file and serve a response brief on or before **January 24, 2025**, and Defendants shall file and serve a reply brief on or before **February 14, 2025**.

Dated:  December 23, 2024

                                                  s/Brandy R. McMillion
                                                  Hon. Brandy R. McMillion
                                                  United States District Judge