# APPENDIX

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

### Case No. 2:24-cv-10853-BRM-DRG

### INDEX OF EXHIBITS

### DECLARATION OF STEPHEN COWEN
### IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR RELIEF UNDER RULE 11, 28 U.S.C. § 1927, AND THE COURT'S INHERENT POWERS BASED ON NEW ALLEGATIONS IN THE FIRST AMENDED COMPLAINT

| Ex. | Exhibit Description |
|---|---|
| A | "*Dear Reader – Hunterbrook Media Launch*" published by Hunterbrook Media, dated April 2, 2024 |
| B | "*620 Credit Score: Is it Good or Bad?*" published by Experian |
| C | Fannie Mae Webpage – "*General Requirements for Credit Scores*" |
| D | Plaintiff Morandi's Borrower's Certification and Authorization, dated May 19, 2022 |
| E | Plaintiff Schelble's Borrower's Certification and Authorization, dated April 5, 2021 |

1