**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Therisa D. Escue, Billy R. Escue, Jr., Kim Schelble, Brian P. Weatherill, Kenneth C. Morandi, Jill Jeffries, and Daniel Singh on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia,<br><br>    Defendants. | Case No. 2:24-cv-10853-BRM-DRG<br><br>Hon. Brandy R. McMillion, United States District Judge<br><br>Hon. David R. Grand, United States Magistrate Judge |

## NOTICE OF APPEARANCE

Please take notice that Patrick J. Masterson of Dickinson Wright PLLC hereby enters his appearance on behalf of all Plaintiffs.

Dated:  May 7, 2025

Respectfully submitted,

By: /s/ *Patrick J. Masterson*
Patrick J. Masterson (P85457)
DICKINSON WRIGHT PLLC
500 Woodward Ave., Suite 4000
Detroit, MI 48226
Tel.: 313.223.3500
pmasterson@dickinsonwright.com

*Attorney for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2025, I caused the foregoing document to be filed with the Clerk of the Court using CM/ECF, which will effectuate service upon all counsel of record.

/s/ *Patrick J. Masterson*
Patrick J. Masterson (P85457)

*Attorney for Plaintiffs*