APPENDIX

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Case No. 2:24-cv-10853-BRM-DRG

INDEX OF EXHIBITS
IN SUPPORT OF DEFENDANTS' CONSOLIDATED MOTION
FOR RELIEF UNDER RULE 11, 28 U.S.C. § 1927,
AND THE COURT'S INHERENT POWERS

| Ex. | Exhibit Description |
|---|---|
| A. | Email from Plaintiffs' Counsel, dated December 5, 2024 |
| B. | CRA Declaration No. 1, dated June 21, 2024 |
| C. | CRA Declaration No. 2, dated November 8, 2024 |
| D. | Declaration of Stephen Cowen with Exhibits 1 – 58 |
| 1. | "*The Lie That Helped Make UWM America's Largest Mortgage Lender*" published by Hunterbrook Media |
| 2. | UWM's SEC Form 10-K, as submitted to the SEC on February 28, 2024 |
| 3. | "*Inside Hunterbrook's plans for a 'news hedge fund*" published by the Financial Times on November 5, 2023 |
| 4. | "*UWM is the first target of a new activist short seller. Will it matter?*" published by Crains Detroit Business on April 4, 2024 |
| 5. | Docket Activity Report downloaded from PACER for the period of April 2, 2024 – April 3, 2024 |
| 6. | Webscreen of Nasdaq statistics for UWM Holdings Corporation Class A Common Stock (UWMC) |
| 7. | "*Guarding Against a Short Attack*", published by the Harvard Law School Forum on Corporate Governance on September 19, 2023 |

1

| Ex. | Exhibit Description |
|---|---|
| 8. | Hunterbrook Media, "*About Us*" |
| 9. | Screenshot of a text message |
| 10. | Transcription of a voice message |
| 11. | Plaintiffs Billy and Theresa Escue's Closing Disclosure, dated February 22, 2021 |
| 12. | Plaintiff Schelble's Closing Disclosure, dated August 25, 2021 |
| 13. | Plaintiff Schelble's Loan Commitment, dated June 4, 2021 |
| 14. | "*How should I use lender credits and points (also called discount points)?*" published by the Consumer Financial Protection Bureau on October 19, 2023 |
| 15. | "*How We Crunched the Numbers Behind the UWM Investigation*" published by Hunterbrook Media on April 2, 2024 |
| 16. | Plaintiff Schelble's Closing Disclosure, dated May 23, 2021 |
| 17. | Plaintiff Schelble's Closing Disclosure, dated June 1, 2021 |
| 18. | UWM's Wholesale Broker Agreement as it appeared on June 30, 2023 |
| 19-1 | Gold Star Mortgage Financial Group, Corporation's Wholesale Broker Agreement |
| 19-2 | Michigan Mutual, Inc.'s Broker Agreement |
| 19-3 | Sierra Pacific Mortgage Company, Inc.'s Rate Lock Policy |
| 20. | The Consumer Financial Protection Bureau's ("CFPB") Home Loan Toolkit |
| 21. | "*Shopping for a Mortgage FAQs*" published by the Federal Trade Commission |
| 22. | "*What is the difference between a loan interest rate and the APR?*" published by the CFPB on January 30, 2024 |
| 23. | "*Annual Percentage Rate (APR): What Is It And How Does It Work?*" published by Quicken Loans on May 15, 2024 |

| Ex. | Exhibit Description |
|---|---|
| 24. | "*What Are Mortgage Rates And How Are They Determined?*" published by Wells Fargo |
| 25. | "*What is APR? Learn the Basics*" published by Wells Fargo |
| 26. | "*What is mortgage APR? – Mortgage rate vs. APR*" published by U.S. Bank |
| 27. | Sample New Jersey Mortgage Broker Agreement utilized by UWM |
| 28. | Anti-Steering Disclosure of Loan Options form |
| 29. | Plaintiffs Billy and Therisa Escues' Uniform Residential Loan Application, dated January 31, 2022 |
| 30. | Plaintiff Schelble's Uniform Residential Loan Application, dated April 5, 2021 |
| 31. | "*Qualifying for a Mortgage When You're Self-Employed*" published Freddie Mac on November 1, 2022 |
| 32. | Plaintiff Weatherill's Loan Estimate, issued on April 20, 2021 |
| 33. | CFPB's official comment to 12 C.F.R. § 1026.36 - Prohibited Acts or Practices and Certain Requirements for Credit Secured by a Dwelling |
| 34. | Letter sent from Boies Schiller Flexner LLP ("BSF") to Garrett Bradley Todd of Katzman Enterprises on April 4, 2024 |
| 35. | List of individuals or entities to whom BSF sent document preservation letters |
| 36. | Cease and Desist Letter, dated April 17, 2024, sent from attorneys at Jones Day to attorneys at BSF and Dickinson Wright PLLC |
| 37. | Letter sent from attorneys at BSF and Dickinson Wright PLLC to attorneys at Jones Day, dated April 26, 2024 |
| 38. | Letter sent from attorneys at Jones Day to attorneys at BSF and Dickinson Wright PLLC, dated May 2, 2024 |
| 39. | Letter sent from attorneys at BSF and Dickinson Wright PLLC to attorneys at Jones Day, dated May 24, 2024 |
| 40. | Letter sent from attorneys at Jones Day to attorneys at BSF and Dickinson Wright PLLC, dated June 20, 2024 |

| Ex. | Exhibit Description |
|---|---|
| 41. | Plaintiffs Therisa and Billy Escues' Anti-Steering Disclosure of Loan Options form, dated January 31, 2022. |
| 42. | Plaintiff Schelble's Anti-Steering Disclosure of Loan Options form, dated April 5, 2021 |
| 43. | Plaintiff Weatherill's Anti-Steering Disclosure of Loan Options form, dated April 20, 2021 |
| 44. | Mortgage Loan Origination Agreement signed by Plaintiff Weatherill, dated April 20, 2021 |
| 45. | Hunterbrook Media's "Were you ripped off?" Solicitation Page |
| 46. | "*Dear Reader – Hunterbrook Media Launch*" published by Hunterbrook Media |
| 47. | "*UWM's Shell Game: How United Wholesale Mortgage Executives Helped Create An 'Independent' Company That Has Sent UWM An Estimated $1.9 Billion In Loans,*" published by Hunterbrook Media on April 25, 2024 |
| 48. | Copy of the webpage for a YouTube video entitled, "*'F**k Those Guys, We're Number One': How An NBA Owner Fleeced America,*" published by the channel PABLO TORRES FINDS OUT on April 2, 2024 |
| 49. | Certified transcript of the YouTube video entitled, "*'F**k Those Guys, We're Number One': How An NBA Owner Fleeced America,*" published by the channel PABLO TORRES FINDS OUT on April 2, 2024 |
| 50. | Plaintiffs Morandi's Closing Disclosure, dated June 3, 2022 |
| 51. | Plaintiff Morandi's Closing Disclosure, dated June 6, 2022 |
| 52. | Plaintiff Morandi's Closing Disclosure, dated June 16, 2022 |
| 53. | Plaintiff Morandi's Uniform Residential Loan Application, dated June 17, 2022 |
| 54. | Plaintiff Morandi's Uniform Residential Loan Application, dated May 19, 2022 |
| 55. | Plaintiff Morandi's Request for Verification of Employment, dated June 14, 20 |
| 56. | Plaintiff Schelble's Loan Estimate, issued on April 5, 2021 |

| Ex. | Exhibit Description |
|---|---|
| 57. | Plaintiff Morandi's Certification and Authorization, dated May 19, 2022 |
| 58. | Plaintiff Schelble's Certification and Authorization, dated April 5, 2021 |
| **E.** | **Declaration of Garrett B. Todd with Exhibits 1 – 4** |
| 1. | Plaintiff Morandi's Certified Credit Report, dated May 12, 2022 |
| 2. | Email Exchange with Loan Officer from Allied First Bank, dated May 11, 2022 |
| 3. | Plaintiff Morandi's Certified Credit Report, dated May 27, 2022 |
| 4. | Appraisal Services Summary, dated May 27, 2022 |