# EXHIBIT A

| | |
|---|---|
| **From:** | Brandon C. Hubbard <BHubbard@dickinson-wright.com> |
| **Sent:** | Thursday, December 5, 2024 3:28 PM |
| **To:** | Dengler, Molly M.; jzach@bsfllp.com; dsimons@bsfllp.com; asteinmetz@bsfllp.com; tulrich@bsfllp.com; mmao@bsfllp.com; mayala@bsfllp.com |
| **Cc:** | Jones, Jeffrey J.; Kcehowski, Rebekah B.; Cowen, Stephen J. |
| **Subject:** | RE: Escue, et al. v. Ishbia, et al., Case No. 2:24-cv-10853-BRM-DRG |

**This Message Is From an External Sender**

If you are concerned about the message's content, highlight the email in your inbox and click "Report Suspicious" in the Outlook ribbon -or- contact 6Help.

Report Suspicious

Molly,

Thank you for your communication—confirming receipt.  Please be advised that we respectfully disagree with your motion papers, and that our team will defend against the same should your clients proceed with filing.

Regards,

Brandon



**Brandon C. Hubbard**
Practice Group Chair - Midwest Region
O:517-487-4724
BHubbard@dickinsonwright.com

123 W. Allegan Street, Suite 900, Lansing, MI 48933

**From:** Dengler, Molly M. <mdengler@jonesday.com>
**Sent:** Monday, November 11, 2024 7:03 PM
**To:** Brandon C. Hubbard <BHubbard@dickinson-wright.com>; jzach@bsfllp.com; dsimons@bsfllp.com; asteinmetz@bsfllp.com; tulrich@bsfllp.com; mmao@bsfllp.com; mayala@bsfllp.com
**Cc:** Jones, Jeffrey J. <jjjones@jonesday.com>; Kcehowski, Rebekah B. <rbkcehowski@jonesday.com>; Cowen, Stephen J. <scowen@jonesday.com>
**Subject:** Escue, et al. v. Ishbia, et al., Case No. 2:24-cv-10853-BRM-DRG

Counsel:

Please see the attached materials, including the attached cover letter.  Accompanying declarations and exhibits are available through the ShareFile link below.  Please let me know if there are any issues accessing the files.  Copies of these materials have been mailed as well.

https://filexferna.sharefile.com/f/fo19cdce-3f78-47c7-af4f-8998d16a6fc6

Best regards,

Molly Dengler
Associate
**JONES DAY® - One Firm Worldwide®**
150 W. Jefferson, Suite 2100
Detroit, Michigan 48226
Office   +1.313.230.7909
Mobile  +1.614.579.5890
mdengler@jonesday.com

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***
The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail. Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.