# EXHIBIT B
# CRA Declaration No. 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Therisa D. Escue, Billy R. Escue, Jr., Kim Schelbe, and Brian P. Weatherill, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia,<br><br>            Defendants. | Case No. 2:24-cv-10853-BRM-DRG<br><br>Hon. Brandy R. McMillion,<br>United States District Judge<br><br>Hon. David R. Grand,<br>United States Magistrate Judge |

**DECLARATION OF ALEX STRICKER**

I, Alex Stricker, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a Principal at CRA International, Inc. ("Charles River Associates"), a consulting firm specializing in economic and financial analysis.

2. I submit this Declaration based on my personal knowledge and my review of the materials described below.

3. I have reviewed and analyzed the data sets identified in the Hunterbrook article published on April 2, 2024, including the Home Mortgage Disclosure Act ("HMDA") database. I have also analyzed the deed data that is available through a mortgage analytics platform that I understand is the same analytics platform used by Hunterbrook ("Deed Data").

████████████████████████████

5. The Escue loan was a "cash-out" refinancing. Based on his loan file, Billy Escue's loan-to-value ratio ("LTV") was 79.7% and his FICO credit score was 751. The note rate was 3.499%. According to Fannie Mae and Freddie Mac Selling Guidelines, the Escue loan would therefore be subject to a price adjustment given the cash-out refinancing, LTV, and FICO score. According to Freddie Mac Bulletin 2022-22 published on October 31, 2022, Freddie Mac's loan level price adjustment was 0.875% for cash-out loans with Escue's FICO and LTV originated before January 31, 2023.

6. The Escue note rate was lower than other potential measures of average note rate available in the data. In the HMDA data, the average note rate among first lien "cash-out" refinances with a CLTV between 75.01 and 80 percent is 4.39%. In the population of wholesale loans originated by the "top 24" wholesale lenders (analyzing the top 25 but excluding UWM), the average note rate was 4.21%.

7. Using my replication of the Hunterbrook file that consists of the merged Deed Data and HMDA data ("Hunterbrook Data File"), the average note rate for "cash-out" refinance loans with 75.01–80 LTV originated in January or February

2

2022 by the "top 24" wholesale lenders (analyzing the top 25 but excluding UWM) was 3.58%.

8. Plaintiffs allege that, in 2023, 8,665 mortgage brokers sent "more than 99% of their loans to UWM." I reviewed the Deed Data and made the following determinations regarding those statements. The Plaintiffs appear to rely on data that includes a loan officer NMLS ID to identify "brokers." A broker firm may have multiple loan officers with unique NMLS ID numbers. Thus, some of the "brokers" referenced were not brokers, but individual loan officers who work for brokers. For example, Plaintiff Weatherill's mortgage was originated at a broker firm called The Florida Mortgage Firm (NMLS ID 289323) by loan officer Toni Simonds Raulerson (NMLS ID 380055).

9. Almost 49% or approximately 4300 "brokers" in the Deed Data file (some of whom were individual loan officers, and not broker firms) who sent more than 99% of their loans to UWM closed just one loan for any of the lenders contained in the Deed Data during the entire year in 2023 and that one loan turned out to be a UWM loan.

10. Almost 73% or approximately 6500 "brokers" in the Deed Data (some of whom were individual loan officers, and not broker firms) who sent more than 99% of their loans to UWM closed three or fewer loans for any lenders during the entire year in 2023.

3

Regulation Z [12 CFR Part 1026.18(e)] refers to the average annual percentage or "APR." The APR is the "all-in" cost of the loan over the term of the loan expressed as a rate. The APR considers the interest rate, points, mortgage broker fees, and other charges that a borrower pays to receive the loan. Regulation C defines the average prime offer rate "APOR" as an annual percentage rate that is derived from a survey of average interest rates and other loan pricing terms currently offered to consumers by a set of creditors for mortgage loans that have low-risk pricing characteristics [12 CFR 1003.4 (a)(12)(ii)]. The rate spread is the difference between the mortgage loan's APR and APOR for a comparable transaction as of the date the interest rate is set. Under Regulation C, the rate spread is reported with a lender's annual HMDA filing to the Consumer Financial Protection Bureau. The rate spread is a common measure used in mortgage finance compliance to determine an "all-in" cost of financing in relation to the applicable prevailing market APR at the time the loan is locked.

11. Publicly available HMDA data (used by Hunterbrook) contains rate spread data. In 2023, the average rate spread (APR minus APOR) for loans closed by UWM was 0.20%, which was a lower rate spread than the average rate spread for all retails loans (0.25%) or for all wholesale loans (0.22%).

12. Hunterbrook stated that it used the top 25 wholesale lenders in a given year for its comparative analysis. The rate spread (APR minus APOR) for two of

4

the three loans identified by plaintiffs (Weatherill and Schelble) was lower than the average rate spread of wholesale loans funded by the top 25 wholesale lenders in the years in which the loans were made. Weatherill and Schelble had a negative rate spread indicating a lower cost than the prevailing market APR.

13. In 2023 there were over 70 different lenders who predominantly offered only wholesale loans (over 95% of their loans were wholesale) and over 200 additional lenders who offered wholesale loans as a sizeable percentage of their business (between 95% and 10% of their loans were wholesale). Hundreds of additional lenders also offered wholesale loans as a smaller percentage of their loans (less than 10%).

14. The Hunterbrook Data File referenced in the Hunterbrook article does not include or otherwise break out the data required to determine the following for any given loan:

- The borrower's FICO scores (i.e., credit scores);

- Adjustments made to the loan price based on the borrower's FICO scores;

- Adjustments made to the loan price based on a combination of the borrower's FICO scores and the LTV for a given loan;

- The borrower's length of employment or length of self-employment in a given job;

- The length of time for a given lock-in period for a given loan price (e.g., 14, 30, 45, or 60 day lock-in period);

5

- The amount of prior debt that the borrower is paying off at closing or the amount of cash "taken out" by the borrower at closing as part of the loan;

- The cash out loan price adjustment for a given loan that relies on knowing LTV and FICO; and

- The amount of money paid to a broker by a lender at closing (i.e., "origination charges" on the Closing Disclosure paid by UWM or another lender at closing).

I declare under penalty of perjury that the forgoing is true and correct.

Executed on June 21, 2024.

_____
Alex Stricker
Principal, CRA International, Inc.