# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Therisa D. Escue, Billy R. Escue, Jr., Kim Schelble, and Brian P. Weatherill, on behalf of themselves and all others similarly situated,<br><br>     *Plaintiffs*,<br><br>v.<br><br>United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia,<br><br>     *Defendants*. | Case No. 2:24-cv-10853-BRM-DRG<br><br>Hon. Brandy R. McMillion,<br>United States District Judge<br><br>Hon. David R. Grand,<br>Magistrate Judge |

## **DECLARATION OF STEPHEN J. COWEN**

I, Stephen J. Cowen, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm Jones Day, counsel to Defendants United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia ("Defendants") in the above-captioned action. As such, I am fully familiar with the facts set forth herein.

2. I make this Declaration based upon my personal knowledge, as informed by the documents attached hereto and my involvement in this matter.

3. I submit this Declaration in connection with Defendant's Consolidated Motion for Relief Under Rule 11, 28 U.S.C. § 1927, and the Court's Inherent Powers filed in the above-captioned matter.

4. Attached hereto as Exhibit 1 is a true and correct copy of an article entitled "The Lie That Helped Make UWM America's Largest Mortgage Lender." This copy of the article, published by Hunterbrook Media, is a version of the article as it appeared on April 12, 2024. It appears the article has since been edited. Highlighting is added to cited portions of the document.

5. Attached hereto as Exhibit 2 is a true and correct copy of UWM's SEC Form 10-K, as submitted to the SEC on February 28, 2024. Highlighting is added to cited portions of the document.

6. Attached hereto as Exhibit 3 is a true and correct copy of an article entitled "Inside Hunterbrook's plans for a 'news hedge fund'" published by the Financial Times on November 5, 2023. This source is available online at the following URL: https://www.ft.com/content/1401c36e-dee3-47a0-8e0e-c362ff7bd1dd. Highlighting is added to cited portions of the document.

7. Attached hereto as Exhibit 4 is a true and correct copy of an article entitled "UWM is the first target of a new activist short seller. Will it matter?" This article was published by Crain's Detroit Business on April 4, 2024. This source is

2

available online at the following URL: https://www.crainsdetroit.com/banking-finance/uwm-shorted-hunterbrook-hedge-fund-mortgage-experts-dont-buy-it. Highlighting is added to cited portions of the document.

8. Attached hereto as Exhibit 5 is a true and correct copy of a Docket Activity Report downloaded from PACER for the period of April 2, 2024 – April 3, 2024. This document evidences the time of the filing of Plaintiffs' Complaint.

9. Attached hereto as Exhibit 6 is a true and correct copy of a webscreen from www.nasdaw.com/market-activity/stocks/uwmc/historical, which reflects the trading statistics of UWM stock on the day of the filing of Plaintiffs' Complaint. Highlighting is added to cited portions of the document.

10. Attached hereto as Exhibit 7 is a true and correct copy of an article entitled "Guarding Against a Short Attack," published by the Harvard Law School Forum on Corporate Governance on September 19, 2023. This source is available online at the following URL: https://corpgov.law.harvard.edu/2023/09/19/guarding-against-a-short-attack/. Highlighting is added to cited portions of the document.

11. Attached hereto as Exhibit 8 is a true and correct copy of Hunterbrook Media's "About Us" page, available at https://hntrbrk.com/about-us/. Highlighting is added to cited portions of the document.

12. Attached hereto as Exhibit 9 is a true and correct copy of a screenshot of a text message provided to UWM relaying what an alleged "private investigator" sent to a UWM borrower in or around late March or early April 2024.

13. Attached hereto as Exhibit 10 is a true and correct copy of a transcription of a voice message provided to UWM in or around late March or early April 2024, in which an alleged "private investigator" leaves a message for a UWM borrower.

14. Attached hereto as Exhibit 11 is a true and correct copy of Plaintiffs Billy and Theresa Escues' Closing Disclosure, dated February 22, 2021. Highlighting is added to cited portions of the document. Personally identifiable information is redacted.

15. Attached hereto as Exhibit 12 is a true and correct copy of Plaintiff Schelble's Closing Disclosure, dated August 25, 2021. Highlighting is added to cited portions of the document. Personally identifiable information is redacted.

16. Attached hereto as Exhibit 13 is a true and correct copy of Plaintiff Schelble's Loan Commitment, dated June 4, 2021. Highlighting is added to cited portions of the document. Personally identifiable information is redacted.

17. Attached hereto as Exhibit 14 is a true and correct copy of an article, published by the Consumer Financial Protection Bureau on October 19, 2023,

entitled "How should I use lender credits and points (also called discount points)?" This source is available online at the following URL: https://www.consumerfinance.gov/ask-cfpb/how-should-i-use-lender-credits-and-points-also-called-discount-points/#:~:text=OCT%2019%2C%202023-,How%20should%20I%20use%20lender%20credits%20and,also%20called%20discount%20points)%3F&text=Generally%2C%20you%20can%20use%20lender,for%20paying%20more%20at%20closing.  Highlighting is added to cited portions of the document.

18. Attached hereto as Exhibit 15 is a true and correct copy of an article, published by Hunterbrook Media on April 2, 2024, entitled "How We Crunched the Numbers Behind the UWM Investigation." This source is available online at the following URL: https://hntrbrk.com/how-we-crunched-the-numbers-behind-the-uwm-investigation/. Highlighting is added to cited portions of the document.

19. Attached hereto as Exhibit 16 is a true and correct copy of Plaintiff Schelble's Closing Disclosure, dated May 23, 2021. Highlighting is added to cited portions of the document. Personally identifiable information is redacted.

20. Attached hereto as Exhibit 17 is a true and correct copy of Plaintiff Schelble's Closing Disclosure, dated June 1, 2021. Highlighting is added to cited portions of the document. Personally identifiable information is redacted.

21. Attached hereto as Exhibit 18 is a true and correct copy of UWM's Wholesale Broker Agreement as it appeared on June 30, 2023. Highlighting is added to cited portions of the document.

22. Attached hereto as Exhibit 19-1 is a true and correct copy of Gold Star Mortgage Financial Group, Corporation's Wholesale Broker Agreement. Highlighting is added to cited portions of the document.

23. Attached hereto as Exhibit 19-2 is a true and correct copy of Michigan Mutual, Inc.'s Broker Agreement. This source is available online at the following URL: https://wholesale.mimutual.com/links/mimutual-broker-application-and-agreement. Highlighting is added to cited portions of the document.

24. Attached hereto as Exhibit 19-3 is a true and correct copy of Sierra Pacific Mortgage Company, Inc.'s Rate Lock Policy. This source is available online at the following URL: https://www.sierrapacificmortgage.com/announcements/SierraPacificWholesale_LockPolicy04.01.2021.pdf. Highlighting is added to cited portions of the document.

25. Attached hereto as Exhibit 20 is a true and correct copy of the Consumer Financial Protection Bureau's ("CFPB") Home Loan Toolkit. Highlighting is added to cited portions of the document.

26. Attached hereto as Exhibit 21 is a true and correct copy of an article published by the Federal Trade Commission, entitled "Shopping for a Mortgage FAQs." This source is available online at the following URL: https://consumer.ftc.gov/articles/shopping-mortgage-faqs. Highlighting is added to cited portions of the document.

27. Attached hereto as Exhibit 22 is a true and correct copy of an article published by the CFPB on January 30, 2024, entitled "What is the difference between a loan interest rate and the APR?" This source is available online at the following URL: https://www.consumerfinance.gov/ask-cfpb/what-is-the-difference-between-a-loan-interest-rate-and-the-apr-en-733/#:~:text=A%20loan's%20interest%20rate%20is,fees%20charged%20with%20the%20loan. Highlighting is added to cited portions of the document.

28. Attached hereto as Exhibit 23 is a true and correct copy of an article published by Quicken Loans on May 15, 2024, entitled "Annual Percentage Rate (APR): What Is It And How Does It Work?" This source is available online at the following URL: https://www.quickenloans.com/learn/apr. Highlighting is added to cited portions of the document.

29. Attached hereto as Exhibit 24 is a true and correct copy of an article published by Quicken Loans on July 24, 2023, entitled "What Are Mortgage Rates

7

And How Are They Determined?" This source is available online at the following URL:

https://web.archive.org/web/20231207172826/https://www.quickenloans.com/learn/what-are-mortgage-rates. Highlighting is added to cited portions of the document.

30. Attached hereto as Exhibit 25 is a true and correct copy of an article published by Wells Fargo entitled "What is APR? Learn the Basics." This source is available online at the following URL:

https://www.wellsfargo.com/mortgage/learning/what-is-apr/#:~:text=and%20monthly%20payment.-,Annual%20percentage%20rate,discount%20points%20and%20other%20fees. Highlighting is added to cited portions of the document.

31. Attached hereto as Exhibit 26 is a true and correct copy of an article published by U.S. Bank entitled "What is mortgage APR? – Mortgage rate vs. APR." This source is available online at the following URL: https://www.usbank.com/home-loans/mortgage/first-time-home-buyers/what-is-mortgage-apr.html. Highlighting is added to cited portions of the document.

32. Attached hereto as Exhibit 27 is a true and correct copy of a sample New Jersey Mortgage Broker Agreement utilized by UWM. Highlighting is added to cited portions of the document.

33. Attached hereto as Exhibit 28 is a true and correct copy of an Anti-Steering Disclosure of Loan Options form.

34. Attached hereto as Exhibit 29 is a true and correct copy of Plaintiffs Billy and Therisa Escues' Uniform Residential Loan Application, dated January 31, 2022. Highlighting is added to cited portions of the document. Personally identifiable information is redacted.

35. Attached hereto as Exhibit 30 is a true and correct copy of Plaintiff Schelble's Uniform Residential Loan Application, dated April 5, 2021. Highlighting is added to cited portions of the document. Personally identifiable information is redacted.

36. Attached hereto as Exhibit 31 is a true and correct copy of a blog post, published by Freddie Mac on November 1, 2022, entitled "Qualifying for a Mortgage When You're Self-Employed." This source is available online at the following URL: https://myhome.freddiemac.com/blog/homebuying/qualifying-mortgage-when-youre-self-employed. Highlighting is added to cited portions of the document.

37. Attached hereto as Exhibit 32 is a true and correct copy of Plaintiff Weatherill's Loan Estimate, issued on April 20, 2021. Personally identifiable information is redacted.

38. Attached hereto as Exhibit 33 is a true and correct copy of the CFPB's official comment to 12 C.F.R. § 1026.36 - Prohibited Acts or Practices and Certain Requirements for Credit Secured by a Dwelling. This source is available online at the following URL: https://www.consumerfinance.gov/rules-policy/regulations/1026/interp-36/#36-e-Interp. Highlighting is added to cited portions of the document.

39. Attached hereto as Exhibit 34 is a true and correct copy of a letter sent from Boies Schiller Flexner LLP ("BSF") to Garrett Bradley Todd of Katzman Enterprises on April 4, 2024. This letter may properly be classified as purporting to be a document preservation letter pertaining to this matter.

40. Attached hereto as Exhibit 35 is a true and correct copy of a list of individuals or entities to whom BSF sent document preservation letters. This list of individuals or entities was sent from John Zach of BSF to Jeffrey J. Jones of Jones Day on May 24, 2024.

41. Attached hereto as Exhibit 36 is a true and correct copy of a Cease and Desist Letter, dated April 17, 2024, which was sent from attorneys at Jones Day to attorneys at BSF and Dickinson Wright PLLC.

42. Attached hereto as Exhibit 37 is a true and correct copy of a letter, dated April 26, 2024, which was sent from attorneys at BSF and Dickinson Wright PLLC to attorneys at Jones Day.

43. Attached hereto as Exhibit 38 is a true and correct copy of a letter, dated May 2, 2024, which was sent from attorneys at Jones Day to attorneys at BSF and Dickinson Wright PLLC.

44. Attached hereto as Exhibit 39 is a true and correct copy of a letter, dated May 24, 2024, which was sent from attorneys at BSF and Dickinson Wright PLLC to attorneys at Jones Day.

45. Attached hereto as Exhibit 40 is a true and correct copy of a letter, dated June 20, 2024, which was sent from attorneys at Jones Day to attorneys at BSF and Dickinson Wright PLLC.

46. Attached hereto as Exhibit 41 is a true and correct copy of Plaintiffs Therisa and Billy Escues' Anti-Steering Disclosure of Loan Options form, dated January 31, 2022. Personally identifiable information is redacted.

47. Attached hereto as Exhibit 42 is a true and correct copy of Plaintiff Schelble's Anti-Steering Disclosure of Loan Options form, dated April 5, 2021. Personally identifiable information is redacted.

48. Attached hereto as Exhibit 43 is a true and correct copy of Plaintiff Weatherill's Anti-Steering Disclosure of Loan Options form, dated April 20, 2021. Personally identifiable information is redacted.

49. Attached hereto as Exhibit 44 is a true and correct copy of a Mortgage Loan Origination Agreement, signed by Plaintiff Weatherill on April 20, 2021. Highlighting is added to cited portions of the document.

50. Attached hereto as Exhibit 45 is a true and correct copy of Hunterbrook Media's solicitation page as it appears currently. This page has been edited since the time of the filing of Plaintiffs' Complaint. This source is available online at the following URL: https://hntrbrk.com/were-you-ripped-off/.

51. Attached hereto as Exhibit 46 is a true and accurate copy of an article titled "Dear Reader — Hunterbrook Media Launch," published by Hunterbrook Media on April 2, 2024. This source is available online at the following URL: https://hntrbrk.com/dear-reader/. Highlighting is added to cited portions of the document.

52. Attached hereto as Exhibit 47 is a true and correct copy of an article entitled, "UWM's Shell Game: How United Wholesale Mortgage Executives Helped Create An 'Independent' Company That Has Sent UWM An Estimated $1.9 Billion In Loans," published by Hunterbrook Media on April 25, 2024. Highlighting is added to cited portions of the document.

53. Attached hereto as Exhibit 48 is a true and correct copy of the webpage for a YouTube video entitled, "'F**k Those Guys, We're Number One': How An NBA Owner Fleeced America," published by the channel PABLO TORRES FINDS OUT on April 2, 2024. This source is available online at the following URL: https://www.youtube.com/watch?v=FrWuKlxZ064. Highlighting is added to cited portions of the document.

54. Attached hereto as Exhibit 49 is a true and correct copy of a transcript of the YouTube video entitled, "'F**k Those Guys, We're Number One': How An NBA Owner Fleeced America," published by the channel PABLO TORRES FINDS OUT on April 2, 2024. Highlighting is added to cited portions of the document.

55. Attached hereto as Exhibit 50 is a true and correct copy of Plaintiffs Morandi's Closing Disclosure, dated June 3, 2022. Highlighting is added to cited portions of the document. Personally identifiable information is redacted.

13

56. Attached hereto as Exhibit 51 is a true and correct copy of Plaintiff Morandi's Closing Disclosure, dated June 6, 2022. Highlighting is added to cited portions of the document. Personally identifiable information is redacted.

57. Attached hereto as Exhibit 52 is a true and correct copy of Plaintiff Morandi's Closing Disclosure, dated June 16, 2022. Highlighting is added to cited portions of the document. Personally identifiable information is redacted.

58. Attached hereto as Exhibit 53 is a true and correct copy of Plaintiff Morandi's Uniform Residential Loan Application, dated June 17, 2022. Highlighting is added to cited portions of the document. Personally identifiable information is redacted.

59. Attached hereto as Exhibit 54 is a true and correct copy of Plaintiff Morandi's Uniform Residential Loan Application, dated May 19, 2022. Highlighting is added to cited portions of the document. Personally identifiable information is redacted.

60. Attached hereto as Exhibit 55 is a true and correct copy of Plaintiff Morandi's Request for Verification of Employment, dated June 14, 2022. Highlighting is added to cited portions of the document. Personally identifiable information is redacted.

61. Attached hereto as Exhibit 56 is a true and correct copy of Plaintiff Schelble's Loan Estimate, issued on April 5, 2021. Highlighting is added to cited portions of the document. Personally identifiable information is redacted.

62. Attached hereto as Exhibit 57 is a true and accurate copy of Plaintiff Morandi's "Certificate and Authorization" form, dated May 19, 2022. Highlighting is added to cited portions of the document. Personally identifiable information is redacted.

63. Attached hereto as Exhibit 58 is a true and accurate copy of Plaintiff Schelble's "Certificate and Authorization" form, dated April 5, 2021. Highlighting is added to cited portions of the document. Personally identifiable information is redacted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 30, 2025

                                                             **Stephen J. Cowen**