# EXHIBIT 4



Sign In

Newsletters

Subscribe

BREAKING NEWS | Detroit Riverfront Conservancy CFO charged in $40M embezzlement scheme

Banking & Finance

# UWM is the first target of a new activist short seller. Will it matter?

By Nick Manes



**Credit:** Nick Manes/Crain's Detroit Business

A pedestrian bridge at UWM Holdings' headquarters in Pontiac.

 Reprints    Share

April 04, 2024 05:46 AM

United Wholesale Mortgage is the first company to draw the unwanted attention of a new high-profile activist hedge fund, but industry experts are unconvinced just yet that there's fire accompanying the smoke.

The Pontiac-based wholesale mortgage lender, the largest housing financier in the country, is the subject of a new report published Tuesday by the media arm of New York City-based Hunterbrook Capital, an activist hedge fund that has taken a short position betting against the company's stock (NYSE: UWMC) while taking a long position on its bitter rival, Detroit-based Rocket Companies Inc. (NYSE: RKT). In other words, betting UWM's stock price will fall and Rocket's will rise.

6/5/24, 1:16 PM                    UWM shorted by Hunterbrook hedge fund. Mortgage experts don't buy it. | Crain's Detroit Business

Case 2:24-cv-10853-BRM-DRG ECF No. 51-9, PageID.2853 Filed 05/30/25 Page 3 of 6

**Related →**

UWM CEO Ishbia 'taking a stand' against cross-town rival Rocket Mortgage

Rocket Mortgage ready to do battle with UWM over brokers' independence

UWM prevails in 'All In' monopoly lawsuit

Hunterbrook Media says the newly created media outlet operates independently of its trading arm, but stories are provided to the $100 million hedge fund in advance of publication and can be traded on.

Coinciding with the report by Hunterbrook Media — which lays out how purportedly independent mortgage brokers have increasingly sent the majority of their business to UWM, allegedly to the detriment of consumers — a lawsuit seeking class-action status was filed Tuesday in federal court in Detroit alleging much of the same details as laid out in the Hunterbrook Media report.

A UWM spokesperson labeled the Hunterbrook report as "riddled with inaccuracies and incorrect information," but declined at this time to provide specific details. They called the affiliated lawsuit "a sham."

The Hunterbrook Media report acknowledges that data analysis and research — as well as the planned date of publication of the story — were sent in advance to the Boies Schiller Flexner LLP law firm, which filed the lawsuit on behalf of four U.S. homeowners.

UWM's stock has dropped about 6.7% from Tuesday's market opening to Wednesday's close, while Rocket's stock fell about 3.4% over the same period. Both stocks were largely flat in Wednesday trading.

A Rocket spokesperson declined to comment for this report.

The crux of the Hunterbrook report stems around the finding — based on its own analysis using myriad public data — that $39 billion in U.S. mortgages came from brokers who sent UWM more than 99% of their business, according to the report.

"The story of how UWM ascended is complicated, involving many chapters, from a housing bubble that popped the global economy to a regulatory regime that scared big banks out of the mortgage industry," reads the report. "But it's also simple. It's the story of a lie: UWM telling homebuyers that its mortgages come from independent brokers — while turning those brokers into loyalists who send the company business regardless of price."

But mortgage industry experts say the practice of brokers working with few lenders is far from a scandal, akin to how car dealers tend to steer buyers to the financing company that most benefits the dealership, and how buyers are encouraged to shop among dealers.

"It's not exactly news that mortgage brokers go to the wholesaler that can make them the most money," said Guy Cecala, executive chairman of industry trade publication Inside Mortgage Finance. "I mean, that's the nature of the business. And ultimately, it's the responsibility of the borrower to do some comparison shopping."

## More litigation for UWM

The Hunterbrook report was published Tuesday afternoon, just hours before the affiliated lawsuit was filed seeking a class action.

The lawsuit alleges UWM of "orchestrating and executing a deliberate scheme, in coordination with a host of corrupted mortgage brokers, to cheat hundreds of thousands of borrowers out of billions of dollars in excess fees and costs that they paid to finance their homes," according to the filing.

The case is brought on behalf of four homeowners in Florida, North Carolina and Tennessee, all with mortgages through UWM. As defendants, the case names United Wholesale Mortgage LLC; the publicly traded affiliate UWM Holdings Corp.; UWM CEO Mat Ishbia; and SFS Holding Corp, the entity through which Ishbia and his family members hold their ownership of the company.

"As alleged in our filing, UWM has systematically and intentionally corrupted the wholesale mortgage channel through fraudulent practices to line its own pockets and those of its senior executives, including Mr. Ishbia, at the expense of everyday Americans," John Zach, the lead attorney in the case, said in a statement provided to Crain's by the Boies Schiller law firm. "Homebuyers are legally and morally entitled to receive honest, unconflicted assistance from the brokers they hire to help them secure the lowest prices for a loan. UWM turns this process on its head by corrupting brokers and tricking homebuyers into paying billions of dollars more in costs and fees."

UWM, however, denies such allegations.

"Although the real party behind it is a hedge fund named Hunterbrook, the lawyers concealed the hedge fund's involvement," a UWM spokesperson said in a statement. "Hunterbrook's business model is to sensationalize public information to manipulate the stock market, thereby enriching their wealthy funders at the expense of regular investors, many of whom are hard-working UWM employees. UWM will defend these allegations to the fullest extent permitted by law and stands with the thousands of independent mortgage brokers who serve the unique needs of borrowers across the country."

The lawsuit stands as the latest in a string of litigation to which UWM has been a party, sometimes as defendants and sometimes as plaintiffs.

Much of that litigation stems from UWM's 2021 "All In" ultimatum requiring independent brokers who wish to do business with the company to cease sending mortgage deals to rival Rocket Mortgage, as well as Madison, Wis.-based Fairway Independent Mortgage Corp., previously another wholesale mortgage broker.

Subsequently, UWM has filed multiple lawsuits against brokers it alleges violated that ultimatum.

In turn, UWM has been sued by some brokers alleging the company is trying to create a monopoly within the wholesale lending space. Two federal judges in the last two months, however, have disagreed with those allegations.

Interest from short sellers is far from new for either Rocket or UWM. Per data from Yahoo Finance, short sellers hold positions in the two companies' total stock float amounting to 13.8% and 16.8%, respectively.

Rocket and UWM were briefly caught up in the Gamestop "meme stock" craze in early 2021, during which retail investors drove up the prices of companies that saw a significant amount of their stock held by short sellers.

**A new model**

UWM's "All In" ultimatum stands at the heart of the report brought by Hunterbrook Media, which called the business maneuver "a Sophie's choice" for brokers.

Since Ishbia initiated the ultimatum, the company's share of the independent mortgage broker market has jumped to 48% from 31%, the report notes, citing data from Inside Mortgage Finance and a UWM securities filing.

Also, since handing down the ultimatum, "the number of loan officers sending 99% or more of their mortgages to UWM has doubled," the Hunterbrook report said, citing its own analysis.

The report from the hedge fund's media arm goes into great detail on its reporting and how it arrived at its conclusions.

Specifically, the analysis relied on two public datasets: data from the federal Home Mortgage Disclosure Act, which provides loan-level detail and includes information about the interest rates and closing costs of loans; as well as county-level data from deeds of trust, which look at individual mortgage closings and include information about which loan officers and brokers were involved.

By merging the datasets — which the report says consisted of millions of loans — those working on the story said they were able to look at two questions: to what extent are brokers shopping and to what extent are borrowers ending up with the "best deal"?

Hunterbrook's overall conclusion is that many brokers signed up to work with UWM are not shopping around to multiple lenders and that their close affiliation with the company is to the detriment of the homebuying public.

While acknowledging multiple variables, the report also pointed out shortcomings in the reporting. Specifically, that HMDA data does not include details on credit scores, a key factor in the mortgage rates individuals receive when obtaining a loan.

In the absence of credit scores, the report says that the loan-to-value ratio was used "to control for differences in the financial realities of borrowers."

6/5/24, 1:16 PM   UWM shorted by Hunterbrook hedge fund. Mortgage experts don't buy it. | Crain's Detroit Business

Case 2:24-cv-10853-BRM-DRG ECF No. 51-9, PageID.2856 Filed 05/30/25 Page 6 of 6

Cecala with Inside Mortgage Finance also pointed to the lack of credit scores as a significant shortcoming in the Hunterbrook report, calling them the "the biggest factor in underwriting a mortgage and determining what your interest rate is, and perhaps what some of your additional charges are going to be."

All told, it remains to be seen what impact the Hunterbrook report or the affiliated lawsuit will have for UWM operations going forward. A spokesperson for the company declined to comment on specific courses of action that may be taken.

The launch of Hunterbrook on Tuesday with its UWM report did catch the attention of those in the financial world, particularly with the model of employing journalists to find information on companies that the affiliated hedge fund can then trade on.

It's not an entirely new model.

Hedge fund Hindenburg Research, for example, frequently "investigates companies, finds problems, shorts the companies, and then noisily publishes its investigation to draw attention to the problems," Bloomberg columnist Matt Levine wrote Tuesday just after the release of Hunterbrook's report.

"But whereas Hindenburg is straightforwardly a short-selling firm, Hunterbrook's news site is at least theoretically independent of its hedge fund, and if it publishes enough good general news then perhaps it can become more widely read and trusted — and have more stock-price impact — than a pure hedge fund," Levine wrote.

For its part, Hunterbrook Media insists it is fully independent of the affiliated trading arm.

"Importantly: Hunterbrook Media's reporting may drive Hunterbrook Capital's investments," reads the outlet's About Us section on its website. "Hunterbrook Capital's investments must never drive Hunterbrook Media's reporting."

By **Nick Manes**
Nick Manes is a reporter covering residential real estate and local mortgage companies for Crain's Detroit Business. He previously covered finance and tech startups. He joined Crain's in 2020 after six years as a reporter at MiBiz.

Banking & Finance, Legal Issues, News

# More in Banking & Finance →