# EXHIBIT 5

**Report Filed Period: 4/2/2024 - 4/3/2024**

| Case Number/Title | Dates | Category/ Event | Docketed by | Notes |
|---|---|---|---|---|
| 2:24-cv-10853-BRM-DRG Escue et al v. Ishbia et al | Entered: 04/02/2024 17:42:35 Filed: 04/02/2024 | Category: cmp Event: Civil Case - Complaint Document: 1 | B. Hubbard Type: aty | Cause: 18:1962 Racketeering (RICO) Act NOS: Racketeer/Corrupt Organization Office: Detroit Presider: Brandy R. McMillion Referral: David R. Grand Jury demand: Plaintiff Case Flags: reassigned |
| | | COMPLAINT filed by All Plaintiffs against All Defendants with Jury Demand. Plaintiff requests summons issued. Receipt No: AMIEDC-9735583 - Fee: $ 405. County of 1st Plaintiff: Out of State - County Where Action Arose: Oakland - County of 1st Defendant: Oakland. [Previously dismissed case: No] [Possible companion case(s): None] (Hubbard, Brandon) | | |
| | Entered: 04/03/2024 10:48:01 Filed: 04/03/2024 | Category: service Event: Summons Issued* Document: 2 | J. Heacox Type: crt | |
| | | SUMMONS Issued for *Mathew Randall Ishbia, SFS Holding Corp., UWM Holdings Corporation, United Wholesale Mortgage, LLC* (JHea) | | |
| | Entered: 04/03/2024 10:49:09 Filed: 04/03/2024 | Category: notice Event: Notice to Parties of Consent of a Civil Action before a Magistrate Judge Option | J. Heacox Type: crt | |
| | | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (JHea) | | |