# EXHIBIT 6

Nasdaq

Market Activity | News + Insights | Solutions | About | Nasdaq+

UWMC | Quotes | News & Analysis | Dividend History | Historical Quotes | Historical NOCP | Financials | Ear... | Portfolio | Watchlist

Ex-Dividend Date : Jun 20, 2024

UWMC has a High Technical Rating by Nasdaq Dorsey Wright. Discover why technical analysis matters

**$7.305**  -0.055  -0.75%

Jun 14, 2024 11:01 AM ET

Market: Open

**UWM Holdings Corporation Class A Common Stock (UWMC)**

Bid: $7.30 X 442   Ask: $7.31 X 102   Volume: 107,260
52 Week Range: 4.49 - 7.78   High/Low: 7.26 - 7.39

Historical Quotes:   UWMC                                                                                   Edit my quotes

## UWMC / Historical Quotes

### UWM Holdings Corporation Class A Common Stock (UWMC) Historical Quotes

1M  6M  YTD  1Y  5Y  MAX                                                                            ⬇ Download

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 04/03/2024 | $6.10 | 6,132,987 | $6.01 | $6.16 | $5.86 |
| 04/02/2024 | $6.00 | 7,162,303 | $6.53 | $6.55 | $5.96 |
| 04/01/2024 | $6.56 | 4,347,970 | $7.27 | $7.27 | $6.55 |
| 03/28/2024 | $7.26 | 3,898,695 | $7.31 | $7.53 | $7.17 |
| 03/27/2024 | $7.21 | 1,958,582 | $7.36 | $7.415 | $7.155 |
| 03/26/2024 | $7.29 | 2,003,038 | $7.50 | $7.51 | $7.20 |
| 03/25/2024 | $7.43 | 1,990,802 | $7.60 | $7.75 | $7.43 |
| 03/22/2024 | $7.62 | 2,157,271 | $7.47 | $7.66 | $7.38 |
| 03/21/2024 | $7.49 | 2,595,886 | $7.18 | $7.55 | $7.15 |
| 03/20/2024 | $7.15 | 1,570,997 | $6.74 | $7.16 | $6.73 |

‹  1  …  5  **6**  7  …  13  ›

Show: 10                                                                      Showing 51 - 60 of 125

## Latest UWMC News

**STOCKS**
UWM Holdings Corporation - (UWMC) Price Target Increased by 14.21% to 6.15
Aug 31, 2023  •  Fintel

**STOCKS**
UBS Maintains UWM Holdings Corporation - (UWMC) Neutral Recommendation
Aug 30, 2023  •  Fintel

**EARNINGS**
3 Mortgage Companies To Watch On Rising Home Sales
Aug 25, 2023  •  MarketBeat



MY QUOTES