# EXHIBIT 9



Thank you

Today 1:40 PM

Hope you're doing well. Sorry to bother you.
I have a person from a law firm that has been reaching out to me Saying

I am a private investigator working on behalf of a consumer protection investigation looking into illegally inflated mortgage costs. We believe you may have been a victim, and we are doing research to support a class action law suit. If you wish to be included, please call me at 727-314-3659, or contact UWM.Investigations@BSFLLP.-com. They are a law firm and will explain everything to you. Thank you for your time.

3