# EXHIBIT 10

**<u>Voicemail Solicitation Transcription:</u>**

"Good afternoon, this is Michelle [].  I am a private investigator.  I am actually trying to find Lindsay Cameron.  I'm working for a law firm that is going to have a class action lawsuit against a mortgage company that illegally, um, overcharged for interest rates, fees, and costs.  And that your property on Town Line Road in Lancaster, uh, that you either purchased or refinanced in January of this year, uh.  If this is Lindsay give me a call if you get a chance.  If it's not, and you know Lindsey and could pass this on to her I will also send you a text message.  I appreciate your time. 727-314-3659.  Thank you."