# EXHIBIT 11

## (OMITTED)