# EXHIBIT 12

(OMITTED)