# EXHIBIT 13

# LOAN COMMITMENT

Applicant(s):  Kim Schelble, Yvette Cho

Property Address:  ███████████████████████

Pending Loan Number:  ███████████

Preparation Date:  JUNE 4, 2021

Dear Applicant:
It is a pleasure to notify you that your application for the mortgage loan has been approved subject to the following conditions set forth below.   This commitment is good for 30 days from date of preparation.

LOAN TERMS:
| | | |
|---|---|---|
| Principal Amount: | $ 536,000.00 | |
| Term: | 360 | months |
| Due in: | 360 | months |
| Interest Rate: | 2.750 % | |
| Discount Fee: | $ 2,953.41 | (paid at closing) |
| Commitment Fee: | $ N/A | (paid at closing). |
| Funds to be escrowed: | YES | |
| PMI Required: | NO | |
| Loan Type: | FIXED | |
| LTV: | 80.00 % | |
| Monthly Payment: | $ 2,954.27 | |
| First Payment Date: | JULY 1, 2021 | |

CONDITIONS:
Evidence of Title:  Evidence of Title is to be provided to the Lender and must indicate no liens, encumbrances, or any adverse covenants or conditions to title unless approved by Lender.   The Title Binder/Commitment must be issued from a firm or source, and in a form, acceptable to lender.   Borrower will be charged for the cost of providing such title and the cost of recording documents, all of which will be ordered by Lender unless requested otherwise.

Insurance Requirements:  At the time of settlement we will require an original insurance policy containing fire and extended coverage insurance in an amount at least equal to that of the mortgage through a company acceptable to Lender.   A receipt showing premiums paid in advance for one year will be required, or Lender will borrower to pay such premiums at closing and said payments to be disclosed on the HUD-1 Settlement Statement or Closing Disclosure (as applicable).   If lender determines this property is in an area designated as a special flood hazard area, Lender will require "Flood Insurance" at the time of settlement.   Federal law requires that flood insurance, available through any agent, be written in either the maximum amount available or the loan balance, whichever is the lesser.   This insurance will be mandatory until this loan is paid in full.

Documentation:  The mortgage or deed of trust, note and other pertinent loan documents will be provided by Lender and must be signed by all applicants that are to be contractually liable under this obligation.   Further, the mortgage or deed of trust, must also be signed by any non-applicant spouses if their signature is required under state law to create a valid lien, pass clear title, or waive inchoate rights to property.   Samples of loan documents are available upon request.

---



Cancellation:  The Lender is no longer obligated  by this commitment if the loan does not close within 30 days of the date of this commitment.  The Lender reserves the right to terminate this commitment prior to the settlement of the loan in the event Lender is made aware of an adverse change in your personal or financial status, or the improvements on the property are damaged by fire or any other casualty.

Other Conditions:  If you made loan application with a mortgage broker, then a detailed list of all requirements to be met prior to closing was issued to your mortgage broker on your behalf.  If there are still some outstanding conditions not yet met at the time of this commitment, then they will be required to be brought to settlement and approved by Lender prior to closing.  A list of these outstanding conditions are available upon request from the Lender (or from your mortgage broker or escrow agent, if more convenient).

Commitment Fee Refund:  The Lender generally does not collect the commitment fee prior to closing.  However, in the event an applicant has paid a commitment fee to Lender, such fee will be refunded if the loan did not close for any of the following causes: (1) Commitment period is not reasonable given the prevailing market conditions (2) The loan is declined due to applicant's lack of creditworthiness, or (3) The loan is declined due to the appraised value of the subject property.

COMMITMENT ISSUED BY:
Lender:  Carolina Ventures Mortgage, LLC (NMLS # 3038)

DocMagic *eForms*
2021052606230

