# EXHIBIT 16

# (OMITTED)