# EXHIBIT 29

To be completed by the **Lender:** IFG Mortgage, Inc

Lender Loan No./Universal Loan Identifier ▮▮▮▮▮▮ _____ Agency Case No. _____

# Uniform Residential Loan Application

**Verify and complete the information on this application.** If you are applying for this loan with others, each additional Borrower must provide information as directed by your Lender.

## Section 1: Borrower Information.
This section asks about your personal information and your income from employment and other sources, such as retirement, that you want considered to qualify for this loan.

### 1a. Personal Information

**Name** *(First, Middle, Last, Suffix)*
BILLY R ESCUE JR
**Alternate Names** - *List any names by which you are known or any names under which credit was previously received (First, Middle, Last, Suffix)*

**Social Security Number** ▮▮▮▮▮▮▮▮▮
*(or Individual Taxpayer Identification Number)*
**Date of Birth** (mm/dd/yyyy)  **Citizenship**
▮▮/1965  ⊗ U.S. Citizen
○ Permanent Resident Alien
○ Non-Permanent Resident Alien

**Type of Credit**
⊗ I am applying for **individual credit.**
○ I am applying for **joint credit.** Total Number of Borrowers: _____
  Each Borrower intends to apply for joint credit. **Your initials:** _____

**List Name(s) of Other Borrower(s) Applying for this Loan**
*(First, Middle, Last, Suffix)*

**Marital Status**
⊗ Married
○ Separated
○ Unmarried*
* *Single, Divorced, Widowed, Civil Union, Domestic Partnership, Registered Reciprocal Beneficiary Relationship*

**Dependents** *(not listed by another Borrower)*
Number _____
Ages _____

**Contact Information**
**Home** Phone ▮▮▮▮▮▮▮▮▮▮
**Cell** Phone
**Work** Phone ▮▮▮▮▮▮▮▮▮▮ Ext. _____
Email ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Current Address**
Street ▮▮▮▮▮▮▮▮▮ _____ Unit # _____
City ▮▮▮▮▮▮ _____ State ▮▮ Zip ▮▮▮▮▮ Country US
How Long at Current Address? 20 Years _____ Months **Housing** ○ No primary housing expense ⊗ Own ○ Rent ($_____/month)

**If at Current Address for LESS than 2 years, list Former Address**  [X] *Does not apply*
Street _____ Unit # _____
City _____ State _____ Zip _____ Country _____
How Long at Former Address? _____Years _____Months **Housing** ○ No primary housing expense ○ Own ○ Rent ($_____/month)

**Mailing Address** - *if different from Current Address*  [X] *Does not apply*
Street _____ Unit # _____
City _____ State _____ Zip _____ Country _____

---

**Borrower Name:** BILLY R ESCUE JR

Uniform Residential Loan Application
Freddie Mac Form 65 Fannie Mae Form 1003
Effective Date 01/2021

Page 1 of 8



DocMagic *eForms*
v08.24.2017

## 1b. Current Employment/Self Employment and Income ☐ Does not apply

**Employer or Business Name** West End Construction LLC  **Phone** (615)851-1880
**Street** 919 Conference Dr. Ste 4-259  **Unit #**
**City** Goodlettsville  **State** TN  **Zip** 37072  **Country** US
**Position or Title** DRIVER
**Start Date** 06/01/2021 (mm/dd/yyyy)
**How long in this line of work?** ___ Years 7 Months

Check if this statement applies:
☐ I am employed by a family member, property seller, real estate agent, or other party to the transaction.

**Gross Monthly Income**
Base $ 3,988.00 /month
Overtime $ ___ /month
Bonus $ ___ /month
Commissions $ ___ /month
Military Entitlements $ ___ /month
Other $ ___ /month
**TOTAL** $ 3,988.00 /month

☐ Check if you are the Business Owner or Self-Employed
○ I have an ownership share of less than 25%. **Monthly Income (or Loss)**
○ I have an ownership share of 25% or more $ ___

## 1c. IF APPLICABLE, Complete Information for Additional Employment/Self Employment and Income  ☒ Does not apply

## 1d. IF APPLICABLE, Complete Information for Previous Employment/Self Employment and Income  ☐ Does not apply

Provide at least 2 years of current and previous employment and Income

**Employer or Business Name** ELITE TRUCKING AND EXCAVATION LLC
**Street** 564 THOMPSON LN  **Unit #**
**City** Portland  **State** TN  **Zip** 37148  **Country** US
**Position or Title** DRIVER
**Start Date** 08/01/2018 (mm/dd/yyyy)
**End Date** 06/01/2021 (mm/dd/yyyy)

☐ Check if you were the Business Owner or Self-Employed

**Previous Gross Monthly Income** $ 3,033.00 /month

## 1e. Income from Other Sources  ☒ Does not apply

Include income from other sources below. Under Income Source, choose from the sources listed here:
* Alimony                  * Child Support         * Interest and Dividends        * Notes Receivable       * Royalty Payments        * Unemployment Benefits
* Automobile Allowance     * Disability            * Mortgage Credit Certifcate    * Public Assistance      * Separate Maintenance    * VA Compensation
* Boarder Income           * Foster Care           * Mortgage Differential         * Retirement             * Social Security         * Other
* Captial Gains            * Housing or Parsonage  Payments                        (e.g. Pension IRA)       * Trust

NOTE: Reveal alimony, child support, separate maintenance, or other income ONLY IF you want it considered in determining your qualification for this loan.

## Section 2: Financial Information - Assets and Liabilities.
This section asks about things you own that are worth money and that you want considered to qualify for this loan. It then asks about your liabilities (or debts) that you pay each month, such as credit cards, alimony, or other expenses.

## 2a. Assets - Bank Accounts, Retirement, and Other Accounts You Have

Include all accounts below. Under Account Type, choose from the types listed here:
* Checking              * Certificate of Deposit    * Stock Options      * Bridge Loan Proceeds            * Trust Account
* Savings               * Mutual Fund               * Bonds              * Individual Development Account  * Cash Value of Life Insurance
* Money Market          * Stocks                    * Retirement (e.g., 401k, IRA)                         (used for the transaction)

| Account Type - use list above | Financial Institution | Account Number | Cash or Market Value |
|---|---|---|---|
|  |  |  | $ |
|  |  | **Provide TOTAL Amount Here** | $ |

**Borrower Name:** BILLY R ESCUE JR
Uniform Residential Loan Application
Freddie Mac Form 65 Fannie Mae Form 1003
Effective Date 01/2021

Page 2 of 8



DocMagic eForms
v08.24.2017

### 2b. Other Assets You Have  ☐ Does not apply

Inlcude all other assets and credits below. Under Asset or Credit Type, choose from the types listed here:

**Assets**
* Proceeds from Real Estate Property to be sold on or before closing
* Proceeds from Sale of Non-Real Estate Asset
* Secured Borrowed Funds
* Unsecured Borrowed Funds
* Other

**Credits**
* Earnest Money
* Employer Assistance
* Lot Equity
* Relocation Funds
* Rent Credity
* Sweat Equity
* Trade Equity

### 2c. Liabilities - Credit Cards, Other Debits, and Leases that You Owe   ☐ Does not apply

List all liabilities below (except real estate) and include deferred payments. Under Account Type, choose from the types listed here:

* Revolving *(e.g., credit cards)*   * Installment *(e.g., car, student, personal loans)*   * Open 30-Day *(balance paid monthly)*   * Lease (not real estate)   * Other

| Account Type -use list above | Company Name | Account Number | Unpaid Balance | To be paid off at or before closing | Monthly Payment |
|---|---|---|---|---|---|
| Installment | OLD HICK | | $ 35,604.00 | [X] | $ 692.00 |
| Installment | OLD HICK | | $ 20,476.00 | [X] | $ 516.00 |
| Installment | OLD HICK | | $ 15,419.00 | [X] | $ 514.00 |
| Revolving | DISCOVER | | $ 3,440.00 | [X] | $ 69.00 |
| Revolving | SYNCB/SAMS | | $ 2,320.00 | [X] | $ 67.00 |
| Revolving | GS BANKUSA | | $ 2,322.00 | [X] | $ 116.10 |
| Revolving | JPMCB CARD | | $ 1,563.00 | [X] | $ 38.00 |
| Revolving | SYNCB/LOWE | | $ 1,348.00 | [X] | $ 29.00 |

### 2d. Other Liabilities and Expenses   [X] Does not apply

Include all other liabilities and expenses below. Choose from the types listed here:
* Alimony  * Child Support  * Separate Maintenance  * Job Related Expenses  * Other

Monthly Payment

## Section 3: Financial Information - Real Estate.
This section asks you to list all properties you currently own and what you owe on them.   ☐ I do not own any real estate

### 3a. Property You Own

If you are refinancing, list the property you are refinancing FIRST.

**Address**  Street _____  Unit # _____
City _____  State _____  Zip _____  Country _____

| Property Value | Status: Sold, Pending Sale, or Retained | Intended Occupancy: Investment, Primary Residence, Second Home, Other | Monthly Insurance, Taxes, Association Dues, etc. if not included in Monthly Mortgage Payment | For 2-4 Unit Primary or Investment Property | |
|---|---|---|---|---|---|
| | | | | Monthly Rental Income | For LENDER to Calculate: Net Monthly Rental Income |
| $ 305,000.00 | Retained | PrimaryResidence | $ 0.00 | $ | $ |

**Mortgage Loans on this Property**  ☐ Does not apply

| Creditor Name | Account Number | Monthly Mortgage Payment | Unpaid Balance | To be paid off at or before closing | Type: FHA, VA, Conventional, USDA-RD, Other | Credit Limit: (if applicable) |
|---|---|---|---|---|---|---|
| NEWRES-SHE | | $ 1,288.00 | $ 157,156.00 | [X] | | $ |

### 3b. IF APPLICABLE, Complete Information for Additional Property   [X] Does not apply

---

Borrower Name: BILLY R ESCUE JR

Uniform Residential Loan Application
Freddie Mac Form 65 Fannie Mae Form 1003
Effective Date 01/2021

Page 3 of 8

DocMagic eForms
v08.24.2017



**Section 4: Loan and Property Information.** This section asks about the loan's purpose and the property you want to purchase or refinance.

### 4a. Loan and Property Information

Loan Amount $ 243,200.00      Loan Purpose   ○ Purchase   ⊗ Refinance   ○ Other _____

Property Address  Street _____
Unit # _____  City _____  State _____  Zip _____
County _____  Number of Units 1  Property Value $ 305,000.00

Occupancy  ⊗ Primary Residence   ○ Second Home   ○ Investment Property

1. **Mixed-Use Property.** If you will occupy the property, will you set aside space within the property to operate your own business? *(e.g., daycare facility, medical office, beauty/barber shop)*  ⊗ NO  ○ YES
2. **Manufactured Home.** Is the property a manufactured home? *(e.g., a factory built dwelling built on a permanent chassis)*  ⊗ NO  ○ YES

### 4b. Other New Mortgage Loans on the Property You are Buying or Refinancing    [X] *Does not apply*

### 4c. Rental Income on the Property You Want to Purchase   For Purchase Only   [X] *Does not apply*

### 4d. Gifts or Grants You Have Been Given or Will Receive for this Loan   [X] *Does not apply*

Include all gifts and grants below. Under Source, choose from the sources listed here:
* Community Nonprofit    * Federal Agency    * Relative    * State Agency    * Lender
* Employer    * Local Agency    * Religious Nonprofit    * Unmarried Partner    * Other

Borrower Name: BILLY R ESCUE JR
Uniform Residential Loan Application    Page 4 of 8
Freddie Mac Form 65 Fannie Mae Form 1003
Effective Date 01/2021



DocMagic eForms
v08.24.2017

**Section 5: Declarations.** This section asks you specific questions about the property, your funding, and your past financial history.

### 5a. About this Property and Your Money for this Loan

| | | |
|---|---|---|
| **A.** | Will you occupy the property as your primary residence? | ○ NO  ⊗ YES |
| | If YES, have you had an ownership interest in another property in the last three years? | ○ NO  ⊗ YES |
| | If YES, complete (1) and (2) below: | |
| | (1) What type of property did you own: primary residence (PR), FHA secondary residence (SR), second home (SH), or investment property (IP)? | PR _____ |
| | (2) How did you hold title to the property: by yourself (S), jointly with your spouse (SP), or jointly with another person (O) | SP _____ |
| **B.** | If this is a Purchase Transaction: Do you have a family relationship or business affiliation with the seller of the property? | ⊗ NO  ○ YES |
| **C.** | Are you borrowing any money for this real estate transaction *(e.g., money for your closing costs or down payment)* or obtaining any money from another party, such as the seller or realtor, that you have not disclosed on this loan application? If YES, what is the amount of this money? | ⊗ NO  ○ YES  $ _____ |
| **D.** | 1. Have you or will you be applying for a mortgage loan on another property (not the property securing this loan) on or before closing this transaction that is not disclosed on this loan application? | ⊗ NO  ○ YES |
| | 2. Have you or will you be applying for any new credit *(e.g., installment loan, credit card, etc.)* on or before closing this loan that is not disclosed on this application? | ⊗ NO  ○ YES |
| **E.** | Will this property be subject to a lien that could take priority over the first mortgage lien, such as a clean energy lien paid through your property taxes *(e.g., the Property Assessed Clean Energy Program)*? | ⊗ NO  ○ YES |

### 5b. About Your Finances

| | | |
|---|---|---|
| **F.** | Are you a co-signer or guarantor on any debt or loan that is not disclosed on this application? | ⊗ NO  ○ YES |
| **G.** | Are there any outstanding judgments against you? | ⊗ NO  ○ YES |
| **H.** | Are you currently delinquent or in default on a Federal debt? | ⊗ NO  ○ YES |
| **I.** | Are you a party to a lawsuit in which you potentially have any personal financial liability? | ⊗ NO  ○ YES |
| **J.** | Have you conveyed title to any property in lieu of foreclosure in the past 7 years? | ⊗ NO  ○ YES |
| **K.** | Within the past 7 years, have you completed a pre-foreclosure sale or short sale, whereby the property was sold to a third party and the Lender agreed to accept less than the outstanding mortgage balance due? | ⊗ NO  ○ YES |
| **L.** | Have you had property foreclosed upon in the last 7 years? | ⊗ NO  ○ YES |
| **M.** | Have you declared bankruptcy within the past 7 years? If YES, identify the type(s) of bankruptcy: ☐ Chapter 7  ☐ Chapter 11  ☐ Chapter 12  ☐ Chapter 13 | ⊗ NO  ○ YES |

**Borrower Name:** BILLY R ESCUE JR

Uniform Residential Loan Application
Freddie Mac Form 65 Fannie Mae Form 1003
Effective Date 01/2021

Page 5 of 8

DocMagic eForms
v08.24.2017



## Section 6: Acknowledgments and Agreements. This section tells you about your legal obligations when you sign this application.

**Acknowledgments and Agreements**

**Definitions:**
- "Lender" includes the Lender's agents, service providers, and any of their successors and assigns.
- "Other Loan Participants" includes (i) any actual or potential owners of a loan resulting from this application (the "Loan"), (ii) acquirers of any beneficial or other interest in the Loan, (iii) any mortgage insurer, (iv) any guarantor, (v) any servicer of the Loan, and (vi) any of these parties' service providers, successors or assigns.

**I agree to, acknowledge, and represent the following:**

**(1) The Complete Information for this Application**
- The information I have provided in this application is true, accurate, and complete as of the date I signed this application.
- If the information I submitted changes or I have new information before closing of the Loan, I must change and supplement this application, including providing any updated/supplemented real estate sales contract.
- For purchase transactions: The terms and conditions of any real estate sales contract signed by me in connection with this application are true, accurate, and complete to the best of my knowledge and belief. I have not entered into any other agreement,

written or oral, in connection with this real estate transaction.
- The Lender and Other Loan Participants may rely on the information contained in the application before and after closing of the Loan.
- Any intentional or negligent misrepresentation of information may

result in the imposition of:
  (a) civil liability on me, including monetary damages, if a person suffers any loss because the person relied on any misrepresentation that I have made on this application, and/or
  (b) criminal penalties on me including, but not limited to, fine or imprisonment or both under the provisions of Federal law (18 U.S.C. §§ 1001 *et seq.*).

**(2) The Property's Security**
The Loan I have applied for in this application will be secured by a mortgage or deed of trust which provides the Lender a security interest in the property described in this application.

**(3) The Property's Appraisal, Value, and Condition**
- Any appraisal or value of the property obtained by the Lender is for use by the Lender and Other Loan Participants.
- The Lender and Other Loan Participants have not made any representation or warranty, express or implied, to me about the property, its condition, or its value.

**(4) Electronic Records and Signatures**
- The Lender and Other Loan Participants may keep any paper record and/or electronic record of this application, whether or not the Loan is approved.
- If this application is created as (or converted into) an "electronic application", I consent to the use of "electronic records" and "electronic signatures" as the terms are defined in and governed by applicable Federal and/or state electronic transactions laws.
- I intend to sign and have signed this application either using my:
  (a) electronic signature; or
  (b) a written signature and agree that if a paper version of this application is converted into an electronic application, the application will be an electronic record, and the representation of my written signature on this application will be my binding electronic signature.
- I agree that the application, if delivered or transmitted to the Lender or Other Loan Participants as an electronic record with my electronic signature, will be as effective and enforceable as a paper application signed by me in writing.

**(5) Delinquency**
- The Lender and Other Loan Participants may report information about my account to credit bureaus. Late payments, missed payments, or other defaults on my account may be reflected in my credit report and will likely affect my credit score.
- If I have trouble making my payments I understand that I may contact a HUD-approved housing counseling organization for advice about actions I can take to meet my mortgage obligations.

**(6) Authorization for Use and Sharing of Information**
By signing below, in addition to the representations and agreements made above, I expressly authorize the Lender and Other Loan Participants to obtain, use, and share with each other (i) the Loan application and related loan information and documentation, (ii) a consumer credit report on me, and (iii) my tax return information, as necessary to perform the actions listed below, for so long as they have an interest in my loan or its servicing:
(a) process and underwrite my loan;
(b) verify any data contained in my consumer credit report, my loan application and other information supporting my loan application;
(c) inform credit and investment decisions by the Lender and Other Loan Participants;
(d) perform audit, quality control, and legal compliance analysis and reviews;
(e) perform analysis and modeling for risk assessments;
(f) monitor the account for this loan for potential delinquencies and determine any assistance that may be available to me; and
(g) other actions permissible under applicable law.

Borrower Signature  _____ Date (mm/dd/yyyy) _____

Additional Borrower Signature _____ Date (mm/dd/yyyy) _____

**Borrower Name:** BILLY R ESCUE JR

Uniform Residential Loan Application  Page 6 of 8
Freddie Mac Form 65 Fannie Mae Form 1003
Effective Date 01/2021

DocMagic eForms
v08.24.2017

## Section 7: Military Service. This section asks questions about you (or your deceased spouse's) military service.

**Military Service of Borrower**

**Military Service** - Did you (or your deceased spouse) ever serve, or are you currently serving, in the United States Armed Forces? ☒ NO ○ YES

*If YES, check all that apply:*
☐ Currently serving on active duty with projected expiration date of service/tour _____ (mm/dd/yyyy)
☐ Currently retired, discharged, or separated from service
☐ Only period of service was a non-activated member of the Reserve on National Guard
☐ Surviving spouse

## Section 8: Demographic Information. This section asks about your ethnicity, sex, and race.

**Demographic Information of Borrower**

**The purpose of collecting this information** is to help ensure that all applicants are treated fairly and that the housing needs of communities and neighborhoods are being fulfilled. For residential mortgage lending, federal law requires that we ask applicants for their demographic information (ethnicity, sex, and race) in order to monitor our compliance with equal credit opportunity, fair housing, and home mortgage disclosure laws. You are not required to provide this information, but are encouraged to do so. You may select one or more designations for "Ethnicity" and one or more designations for "Race." **The law provides that we may not discriminate** on the basis of this information, or on whether you choose to provide it. However, if you choose not to provide the information and you have made this application in person, federal regulations require us to note your ethnicity, sex, and race on the basis of visual observation or surname. The law also provides that we may not discriminate on the basis of age or marital status information you provide in this application.

**Instructions:** You may select one or more "Hispanic or Latino" origins and one or more designations for "Race." If you do not wish to provide some or all of this information, select the applicable check box.

**Ethnicity**
☐ Hispanic or Latino
  ☐ Mexican ☐ Puerto Rican ☐ Cuban
  ☐ Other Hispanic or Latino - *Enter origin:*

  *Examples: Argentinean, Colombian, Dominican, Nicaraguan, Salvadoran, Spaniard, etc.*
☒ Not Hispanic or Latino
☐ I do not wish to provide this information

**Sex**
☐ Female
☒ Male
☐ I do not wish to provide this information

**Race**
☐ American Indian or Alaska Native - *Enter name of enrolled or principal tribe:* _____
☐ Asian
  ☐ Asian Indian ☐ Chinese ☐ Filipino
  ☐ Japanese ☐ Korean ☐ Vietnamese
  ☐ Other Asian - *Enter race:* _____
  *Examples: Hmong, Laotian, Thai, Pakistani, Cambodian, etc.*
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
  ☐ Native Hawaiian ☐ Guamanian or Chamorro ☐ Samoan
  ☐ Other Pacific Islander - *Enter race:* _____
  *Examples: Fijian, Tongan, etc.*
☒ White
☐ I do not wish to provide this information

**Be Completed by Financial Institution** *(for application taken in person):*
Was the ethnicity of the Borrower collected on the basis of visual observation or surname? ○ NO ○ YES
Was the sex of the Borrower collected on the basis of visual observation or surname? ○ NO ○ YES
Was the race of the Borrower collected on the basis of visual observation or surname? ○ NO ○ YES

**The Demographic Information was provided through:**
☐ Face-to-Face Interview *(includes Electronic Media w/Video Component)* ☒ Telephone Interview ☐ Fax or Mail ☐ Email or Internet

**Borrower Name:** BILLY R ESCUE JR

Uniform Residential Loan Application
Freddie Mac Form 65 Fannie Mae Form 1003
Effective Date 01/2021

Page 7 of 8

DocMagic eForms
v08.24.2017



### Section 9: Loan Originator Information. To be completed by your Loan Originator.

**Loan Originator Information**

Loan Originator Organization Name: IFG Mortgage, Inc
Address: ███████
Loan Originator Organization NMLSR ID #: 1798471
State License ID #: TN Mortgage Broker Lic: 164590
Loan Originator Name: Jim Elkins
Loan Originator NMLSR ID #: 128374
State License ID #: TN Mortgage Broker Lic: 124951
Email: elkinsjim@gmail.com
Phone: (615)590-7463
Signature: *Jim Elkins* 01/31/22 01:59:22 PM PST
Date (mm/dd/yyyy):

---

**Borrower Name:** BILLY R ESCUE JR

Uniform Residential Loan Application
Freddie Mac Form 65  Fannie Mae Form 1003
Effective Date 01/2021

Page 8 of 8

DocMagic eForms
v08.24.2017



To be completed by the **Lender:** IFG Mortgage, Inc
Lender Loan No./Universal Loan Identifier _____  Agency Case No. _____

# Uniform Residential Loan Application - Lender Loan Information
This section is completed by your Lender.

## L1. Property and Loan Information

**Community Property State**
☐ At least one borrower lives in a community property state.
☐ The property is in a community property state.

**Transaction Detail**
☐ Conversion of Contract for Deed or Land Contract
☐ Renovation
☐ Construction-Conversion/Construction-to-Permanent
  ○ Single-Closing  ○ Two-Closing
Construction/Improvement Costs $ _____
Lot Acquired Date _____ (mm/dd/yyyy)
Original Cost of Lot $ 0.00

**Refinance Type**
○ No Cash Out
○ Limited Cash Out
⊗ Cash Out

**Refinance Program**
○ Full Documentation
○ Interest Rate Reduction
○ Streamlined without Appraisal
○ Other _____

**Energy Improvement**
☐ Mortgage loan will finance energy-related improvements.
☐ Property is currently subject to a lien that could take priority over the first mortgage lien, such as a clean energy lien paid through property taxes (e.g., the Property Assessed Clean Energy program).

**Project Type**  ☐ Condominium  ☐ Cooperative  ☐ Planned Unit Development (PUD)  ☒ Property is not located in a project

## L2. Title Information

**Title to the Property Will be Held in What Name(s):**
BILLY R ESCUE, JR and DIANE ESCUE

**For Refinance:** Title to the Property is **Currently** Held in What Name(s):

**Estate Will be Held in**
⊗ Fee Simple
○ Leasehold Expiration Date _____ (mm/dd/yyyy)
**Manner in Which Title Will be Held**
○ Sole Ownership   ⊗ Joint Tenancy with Right of Survivorship
○ Life Estate      ○ Tenancy by the Entirety
○ Tenancy in Common  ○ Other

**Trust Information**
○ Title Will be Held by an *Inter Vivos (Living)* Trust
○ Title Will be Held by a Land Trust
**Indian Country Land Tenure**
○ Fee Simple On a Reservation
○ Individual Trust Land *(Allotted/Restricted)*
○ Tribal Trust Land On a Reservation
○ Tribal Trust Land Off Reservation
○ Alaska Native Corporation Land

## L3. Mortgage Loan Information

**Mortgage Type Applied For**
⊗ Conventional   ○ USDA-RD
○ FHA   ○ VA   ○ Other: _____

**Amortization Type**
⊗ Fixed Rate   ○ Other *(explain):* _____
○ Adjustable Rate
  **If Adjustable Rate:**
  Initial Period Prior to First Adjustment _____ (months)
  Subsequent Adjustment Period _____ (months)
**Loan Features**
☐ Balloon/Balloon Term _____ (months)
☐ Interest Only/Interest Only Term _____ (months)
☐ Negative Amortization
☐ Prepayment Penalty/Prepayment Penalty Term _____ (months)
☐ Temporary Interest Rate Buydown/Initial Buydown Rate _____ %
☐ Other *(explain):* _____

**Terms of Loan**
Note Rate 3.499 %
Loan Term 216 (months)

**Mortgage Lien Type**
⊗ First Lien
○ Subordinate Lien

**Proposed Monthly Payment for Property**
First Mortgage (P & I)                    $ 1,519.06
Subordinate Lien(s) (P & I)               $
Homeowner's Insurance                      $ 76.50
Supplemental Property Insurance            $
Property Taxes                             $ 130.57
Mortgage Insurance                         $
Association/Project Dues (Condo, Co-Op, PUD) $
Other                                      $
**TOTAL**                                  $ 1,726.13

---

**Borrower Name(s):** BILLY R ESCUE JR
Uniform Residential Loan Application - Lender Loan Information
Freddie Mac Form 65 ■ Fannie Mae Form 1003
*Effective 1/2021*

Page 1 of 2

DocMagic *eForms*
20220131135822- 



| **L4.** | **Qualifying the Borrower - Minimum Required Funds or Cash Back** | | |
|---|---|---|---:|
| | **DUE FROM BORROWER(S)** | | |
| A. | Sales Contract Price | $ | |
| B. | Improvements, Renovations, and Repairs | $ | 0.00 |
| C. | Land *(if acquired separately)* | $ | |
| D. | For Refinance: Balance of Mortgage Loans on the Property to be paid off in the Transaction *(See Table 3a. Property You Own)* | $ | 157,156.00 |
| E. | Credit Cards and Other Debts Paid Off *(See Table 2c. Liabilities - Credit Cards, Other Debts, and Leases that You Owe)* | $ | 82,492.00 |
| F. | Borrower Closing Costs *(including Prepaid and Initial Escrow Payments)* | $ | 6,018.31 |
| G. | Discount Points | $ | -2,752.63 |
| H. | **TOTAL DUE FROM BORROWER(s)** *(Total of A thru G)* | $ | 242,913.68 |
| | **TOTAL MORTGAGE LOANS** | | |
| I. | Loan Amount<br>Loan Amount Excluding Financed Mortgage Insurance *(or Mortgage Insurance Equivalent)* $ 243,200.00<br>Financed Mortgage Insurance *(or Mortgage Insurance Equivalent)* Amount $ 0.00 | $ | 243,200.00 |
| J. | Other New Mortgage Loans on the Property the Borrower(s) is Buying or Refinancing *(See Table 4b. Other New Mortgage Loans on the Property You are Buying or Refinancing)* | $ | |
| K. | **TOTAL MORTGAGE LOANS** *(Total of I and J)* | $ | 243,200.00 |
| | **TOTAL CREDITS** | | |
| L. | Seller Credits *(Enter the amount of Borrower(s) costs paid by the property seller)* | $ | |
| M. | Other Credits *(Enter the sum of all other credits - Borrower Paid Fees, Earnest Money, Employer Assisted Housing, Lease Purchase Fund, Lot Equity, Relocation Funds, Sweat Equity, Trade Equity, Other)* | $ | 0.00 |
| N. | **TOTAL CREDITS** *(Total of L and M)* | $ | 0.00 |
| | **CALCULATION** | | |
| | TOTAL DUE FROM BORROWER(s) *(Line H)* | $ | 242,913.68 |
| | LESS TOTAL MORTGAGE LOANS *(Line K)* AND TOTAL CREDITS *(Line N)* | - $ | 243,200.00 |
| | **Cash From/To the Borrower** *(Line H minus Line K and Line N)*<br>NOTE: This amount does not include reserves or other funds that may be required by the Lender to be verified. | $ | -286.32 |

**Borrower Name(s):** BILLY R ESCUE JR
Uniform Residential Loan Application - Lender Loan Information
Freddie Mac Form 65 ■ Fannie Mae Form 1003
*Effective 1/2021*                                                                                Page 2 of 2

DocMagic *eForms*
20220131135822

