# EXHIBIT 35

### List of Recipients of Document Preservation Letters

Mathew Ishbia
United Wholesale Mortgage, LLC
UWM Holdings Corporation
SFS Holding Corp
VEMA Mortgage LLC
Prospect Financial Group Inc.
Hantz Financial Services, Inc.
Northstar Mortgage Group LLC
 C2 Financial Corporation
Road To Home Mortgage, LLC
Carolina Ventures Mortgage, LLC
Guarantee Mortgage, LLC
Turbo Mortgage Funding LLC
Diversified Financial Services, Inc.
Shoreline Mortgage, Inc.
JKS Mortgage, LLC
American Royal Mortgage Corp
Creekside Mortgage LLC
JB Associates, LLC
MKS Lending LLC
RTW Holdings LLC
Unified Home Loans
Pacific Coast Home Loans & Realty, Inc
Higginbotham, Bradford Scott
Sinberg Capital Lending, LLC
PrimeSource Funding, Inc.
Mutual Financial Corporation
TRB Solutions LTD.
Kevin Gardner Inc.
Rosegate Mortgage, LLC
Madison Mortgage Services Inc.
Cobalt Mortgage, LLC.
Second Generation Mortgage Group, LLC
Intent Mortgage, LLC
Whitney Bulbrook
Katrina Elizabeth DiBiase Mrs.
Garrett Bradley Todd
Matthew Christian Arnold
Skylar Richardson Welch
Lee Samuel Lieberman
William Todd Bitter
Michael Scott Roberts
James Elkins
Timothy Chiangpradit
Marcus Kenneth Truscott

Aaron M Sinberg
Heather Ashley Sammons
Stephen James Esler
Evan White
Joseph G Tafolla IV
Corwin Eric Moser
Tenby J. Dahman
Ivan Mauricio Navarro
Travis Lemmon
Alan Baker Holmes Jr
Melanie W. Walburg
Mariana Kotzeva
Erica Leiman-Spellacy
Michael Jeffrey Tranckino
Nicholas P Ceccarini
mary smbatian
William Morales
David John Jamison
Dylan Patrick Walsh
Travis Oraha Jamil