# EXHIBIT 41

## ANTI-STEERING DISCLOSURE OF LOAN OPTIONS

Loan #:

Date: JANUARY 31, 2022

Loan Originator: IFG Mortgage, Inc

Borrower(s): BILLY R ESCUE JR

Property Address:

In order to facilitate compliance with the anti-steering prohibitions found in 12 CFR § 1026.36(e), your Loan Originator is providing you with this disclosure of loan options that are available for you to choose. These loan options are from creditors with whom the Loan Originator regularly does business with and are for types of transactions for which you have expressed an interest.

### FIXED INTEREST RATE OPTIONS

|  | Loan Option with Lowest Rate | Loan Option with Lowest Rate Without the Following:<br>■ Negative Amortization<br>■ Prepayment Penalty<br>■ Interest Only Payments<br>■ Balloon Payment in First Seven Years of Loan Term<br>■ Demand Feature<br>■ Shared Equity<br>■ Shared Appreciation | Loan Option with Lowest Total Dollar Amount for Origination Points or Fees and Discount Points |
|---|---|---|---|
| Interest Rate | 2.250% | 2.250% | 4.500% |
| Total Dollar Amount of Origination Points or Fees and Discount Points | $13,652.26 | $13,652.26 | -$6,630.62 |

**You have not expressed interest in any Adjustable Interest Rate loan options.**

ANTI-STEERING DISCLOSURE OF LOAN OPTIONS
ASDLP.UWM  08/20/18





