# EXHIBIT 1



PO BOX 2969, RANCHO CUCAMONGA, CA 91729
Phone: 800-500-6117
Fax: 800-500-5364

**Add Product**

## MERGED INFILE CREDIT REPORT

| FILE # | | FNMA # | | DATE COMPLETED | 5/12/2022 | RQD' BY | GARRETT TODD |
|---|---|---|---|---|---|---|---|
| SEND TO | | NATIONAL TRUST LENDING | | DATE ORDERED | 5/12/2022 | | |
| | | CUST. # 6646A | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | 7100 HAYVENHURST AVE STE 101 | | PRICE | | LOAN TYPE | |
| | | VAN NUYS, CA 91406 | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | | |

| APPLICANT | | | | CO-APPLICANT | | | |
|---|---|---|---|---|---|---|---|
| APPLICANT | MORANDI, KENNETH | | | CO-APPLICANT | | | |
| SOC SEC # | | DOB | | SOC SEC # | | DOB | |
| MARITAL STATUS | | | | DEPENDENTS | | | |
| CURRENT ADDRESS | | | | | LENGTH | 12 | |
| PREVIOUS ADDRESS | | | | | LENGTH | | |

### SCORE MODELS

EQUIFAX/FICO CLASSIC V5 FACTA - KENNETH C MORANDI -
SCORE: **603**
00038 - SERIOUS DELINQUENCY, AND DEROGATORY PUBLIC RECORD OR COLLECTION FILED
00013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
00018 - NUMBER OF ACCOUNTS WITH DELINQUENCY
00014 - LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
FA - NUMBER OF INQUIRIES ADVERSELY AFFECTED THE SCORE, BUT NOT SIGNIFICANTLY

TRANSUNION/FICO CLASSIC (04) - KENNETH C MORANDI -
SCORE: **659**
038 - SERIOUS DELINQUENCY, AND PUBLIC RECORD OR COLLECTION FILED
013 - TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN
018 - NUMBER OF ACCOUNTS WITH DELINQUENCY
010 - PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS
FA - INQUIRIES IMPACTED THE CREDIT SCORE

EXPERIAN/FAIR, ISAAC (VER. 2) - KEN MORANDI -
SCORE: **600**
38 - SERIOUS DELINQUENCY AND PUBLIC RECORD OR COLLECTION FILED
10 - PROPORTION OF BALANCE TO HIGH CREDIT ON BANK REVOLVING OR ALL REVOLVING ACCOUNTS
18 - NUMBER OF ACCOUNTS WITH DELINQUENCY
14 - LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
08 - TOO MANY INQUIRIES LAST 12 MONTHS

Request New Tradeline                                                                                           Hide Trended Data

### OPEN ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| B | B | NATIONSTAR/MR COOPER | 03/22 | 03/07 | $239000 | $253859 | $0 | 84 | 0 | 0 | 0 | AS AGREED |
| | | | | 03/22 | MTG | 432 $971 | | | | | | XP/TU/EF |

**History:** 03/22; 00000000000000000000000000-000000000000000000000000000000000000000000
ACCOUNT INFORMATION DISPUTED BY CONSUMER; CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY

ECOA KEY:    B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER;
M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**Certified Credit: PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify this reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | | | FNMA # | | DATE COMPLETED | 5/12/2022 | RQD' BY | GARRETT TODD |
|---|---|---|---|---|---|---|---|---|
| SEND TO | | NATIONAL TRUST LENDING | | | DATE ORDERED | 5/12/2022 | | |
| | | CUST. # 6646A | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | 7100 HAYVENHURST AVE STE 101 | | | PRICE | | LOAN TYPE | |
| | | VAN NUYS, CA 91406 | | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | MORANDI, KENNETH | CO-APPLICANT | |
| SOC SEC # | DOB | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

### OPEN ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |

FIRST; LOAN MODIFIED UNDER A FEDERAL GOVERNMENT PLAN

| Trended | 02/22 | 01/22 | 12/21 | 11/21 | 10/21 | 09/21 | 08/21 | 07/21 | 06/21 | 05/21 | 04/21 | 03/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 971 | 971 | 971 | 971 | 971 | 971 | 971 | 971 | 971 | 971 | 965 | 965 |
| Actual ($) | 971 | 982 | 971 | 971 | 982 | 971 | 965 | 965 | - | 965 | 1931 | 965 |
| Balance ($) | 254048 | 254237 | 254425 | 254612 | 254799 | 254985 | 255170 | 255354 | 255538 | 255538 | 255721 | 256085 |

| | 02/21 | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 | 04/20 | 03/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 965 | 965 | 965 | 965 | 965 | 965 | 965 | 965 | 965 | 965 | - | - |
| Actual ($) | 965 | 965 | 965 | 965 | 965 | 965 | 965 | 965 | - | 2108 | - | - |
| Balance ($) | 256265 | 256446 | 256625 | 256804 | 256982 | 257336 | 257336 | 257512 | 257688 | 257688 | - | - |

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | FREEDOM FINANCIAL ASSE | 03/22 | 08/21 / 03/22 | $10925 / INST | $9956 049 $344 | $0 | 8 | 0 | 0 | 0 | AS AGREED XP/TU/EF |

History: 03/22; 00000000

| Trended | 02/22 | 01/22 | 12/21 | 11/21 | 10/21 | 09/21 | 08/21 | 07/21 | 06/21 | 05/21 | 04/21 | 03/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 344 | 344 | 344 | 344 | 344 | 344 | 344 | - | - | - | - | - |
| Actual ($) | 344 | 344 | 344 | 344 | 344 | 344 | - | - | - | - | - | - |
| Balance ($) | 10106 | 10272 | 10417 | 10558 | 10704 | 10840 | 10979 | - | - | - | - | - |

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | MISSION LANE TAB BANK | 05/22 | 07/19 / 05/22 | $1300 / REV | $364 MIN $25 | $0 | 34 | 0 | 0 | 0 | AS AGREED XP/TU/EF |

History: 05/22; 000000000000000000000000000000000

| Trended | 04/22 | 03/22 | 02/22 | 01/22 | 12/21 | 11/21 | 10/21 | 09/21 | 08/21 | 07/21 | 06/21 | 05/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | - | 25 |
| Actual ($) | 150 | 25 | 75 | 300 | 100 | 100 | 50 | 69 | 50 | - | - | 76 |
| Balance ($) | 205 | 288 | 263 | 211 | 264 | 358 | 245 | 204 | 269 | 215 | - | 130 |

| | 04/21 | 03/21 | 02/21 | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 25 | 25 | 0 | 25 | 25 | 25 | 25 | 0 | 25 | 25 | 25 | 25 |

ECOA KEY:   B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

Certified Credit: PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify this reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | | FNMA # | | DATE COMPLETED | 5/12/2022 | RQD' BY | GARRETT TODD |
|---|---|---|---|---|---|---|---|
| SEND TO | | NATIONAL TRUST LENDING | | DATE ORDERED | 5/12/2022 | | |
| | | CUST. # 6646A | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | 7100 HAYVENHURST AVE STE 101 | | PRICE | | LOAN TYPE | |
| | | VAN NUYS, CA 91406 | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | | |

| | APPLICANT | | CO-APPLICANT | |
|---|---|---|---|---|
| APPLICANT | MORANDI, KENNETH | CO-APPLICANT | | |
| SOC SEC # | | DOB | SOC SEC # | DOB |
| MARITAL STATUS | | | DEPENDENTS | |

## OPEN ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |

| | 04/21 | 03/21 | 02/21 | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actual ($) | 150 | - | 87 | 93 | 25 | 44 | - | 102 | 50 | 32 | 150 | - |
| Balance ($) | 203 | 260 | 0 | 87 | 58 | 82 | 44 | 0 | 102 | 150 | 32 | 182 |

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | CAPITAL ONE | 04/22 | 05/19 | $500 | $299 | $0 | 36 | 0 | 0 | 0 | AS AGREED |
| | | | | 04/22 | REV | MIN $25 | | | | | | XP/TU/EF |

History: 04/22; 000000000000000000000000000000000

| Trended | 03/22 | 02/22 | 01/22 | 12/21 | 11/21 | 10/21 | 09/21 | 08/21 | 07/21 | 06/21 | 05/21 | 04/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 0 | 25 | 25 | 23 |
| Actual ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| Balance ($) | 257 | 290 | 265 | 360 | 370 | 304 | 289 | 143 | 0 | 202 | 167 | 23 |
| | 03/21 | 02/21 | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 | 04/20 |
| Scheduled ($) | 25 | 25 | 0 | 25 | 25 | 0 | 25 | 0 | 24 | 25 | 25 | - |
| Actual ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| Balance ($) | 50 | 119 | 0 | 146 | 168 | 0 | 114 | 0 | 24 | 74 | 40 | - |

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | | 04/22 | 11/18 | $1500 | $220 | $0 | 41 | 0 | 0 | 0 | AS AGREED |
| | | | | 04/22 | REV | MIN $25 | | | | | | XP/TU/EF |

History: 04/22; 0000000000000000000000000000000000000

| Trended | 03/22 | 02/22 | 01/22 | 12/21 | 11/21 | 10/21 | 09/21 | 08/21 | 07/21 | 06/21 | 05/21 | 04/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 0 | 25 | 0 | 25 |
| Actual ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| Balance ($) | 297 | 335 | 172 | 338 | 214 | 271 | 305 | 366 | 0 | 38 | 0 | 61 |
| | 03/21 | 02/21 | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 | 04/20 |
| Scheduled ($) | 0 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | - |
| Actual ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| Balance ($) | 0 | 34 | 100 | 148 | 170 | 36 | 101 | 188 | 73 | 98 | 146 | - |

ECOA KEY:   B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**Certified Credit: PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify this reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | | FNMA # | DATE COMPLETED | 5/12/2022 | RQD' BY | GARRETT TODD |
|---|---|---|---|---|---|---|
| SEND TO | | NATIONAL TRUST LENDING | DATE ORDERED | 5/12/2022 | | |
| | | CUST. # 6646A | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | 7100 HAYVENHURST AVE STE 101 | PRICE | | LOAN TYPE | |
| | | VAN NUYS, CA 91406 | REF. # | | | |
| PROPERTY ADDRESS | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | MORANDI, KENNETH | CO-APPLICANT | |
| SOC SEC # | ███  DOB ███ | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

## OPEN ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | MERRICK BANK CORP | 04/22 | 06/17 / 04/22 | $2300 / REV | $209 / MIN $38 | $0 | 59 | 0 | 0 | 0 | AS AGREED / XP/TU/EF |

History: 04/22; 00000000000000000000000000000000000000000000000000
ACCOUNT PREVIOUSLY IN DISPUTE-NOW RESOLVED-REPORTED BY SUBSCRIBER

| Trended | 03/22 | 02/22 | 01/22 | 12/21 | 11/21 | 10/21 | 09/21 | 08/21 | 07/21 | 06/21 | 05/21 | 04/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 3 | 3 | 38 | 38 |
| Actual ($) | 50 | 50 | 235 | 50 | 227 | 50 | 40 | 3 | 3 | 99 | 100 | 150 |
| Balance ($) | 351 | 390 | 313 | 535 | 515 | 787 | 699 | 218 | 3 | 3 | 99 | 193 |

| | 03/21 | 02/21 | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 | 04/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 38 | 38 | 3 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | - |
| Actual ($) | 54 | 3 | 146 | 50 | 101 | 200 | 150 | 350 | 250 | 100 | 50 | - |
| Balance ($) | 336 | 54 | 3 | 146 | 190 | 101 | 294 | 433 | 618 | 849 | 928 | - |

## CLOSED ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | LOANME INC | 07/16 | 05/16 / 06/16 | $2600 / INST | $0 / 047 $0 | $0 | 3 | 0 | 0 | 0 | PAID / XP |

History: 07/16; -00

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | SYNCB/AMAZON | 06/20 | 02/20 / --/-- | $1500 / REV | $0 / $0 | $0 | 04 | 0 | 0 | 0 | PAID / XP/TU/EF |

History: 06/20; -0000
ACCOUNT CLOSED BY CONSUMER

| Trended | 05/20 | 04/20 | 03/20 | 02/20 | 01/20 | 12/19 | 11/19 | 10/19 | 09/19 | 08/19 | 07/19 | 06/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| Actual ($) | - | - | - | 0 | - | - | - | - | - | - | - | - |
| Balance ($) | - | - | - | 0 | - | - | - | - | - | - | - | - |

ECOA KEY: B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

Certified Credit: PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify the reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | | | FNMA # | | DATE COMPLETED | 5/12/2022 | RQD' BY | GARRETT TODD |
|---|---|---|---|---|---|---|---|---|
| SEND TO | | NATIONAL TRUST LENDING | | | DATE ORDERED | 5/12/2022 | | |
| | | CUST. # 6646A | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | 7100 HAYVENHURST AVE STE 101 | | | PRICE | | LOAN TYPE | |
| | | VAN NUYS, CA 91406 | | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | MORANDI, KENNETH | CO-APPLICANT | |
| SOC SEC # | ▮▮▮▮  DOB ▮▮▮▮ | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

## DEROGATORY ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | HSBC BANK | 07/21 | 03/19 / 06/20 | $4500 / REV | $5335 / $267* | $5335 | 29 | 1 | 1 | 3 | CHARGE OFF / XP/EF |

**History:** 07/21; -54321000000000000000000000000  
**Late Dates:** 6/21-150+, 5/21-120, 4/21-90, 3/21-60, 2/21-30

| Trended | 06/21 | 05/21 | 04/21 | 03/21 | 02/21 | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 172 | 172 | 166 | 166 | 145 | - | - | - | - | - | - | 45 |
| Actual ($) | 50 | 50 | 50 | 50 | 50 | - | - | - | - | - | - | 50 |
| Balance ($) | 5298 | 5179 | 5060 | 4945 | 4829 | - | - | - | - | - | - | 4500 |
| | 06/20 | 05/20 | 04/20 | 03/20 | 02/20 | 01/20 | 12/19 | 11/19 | 10/19 | 09/19 | 08/19 | 07/19 |
| Scheduled ($) | 45 | 45 | - | - | - | - | - | - | - | - | - | - |
| Actual ($) | 50 | 50 | - | - | - | - | - | - | - | - | - | - |
| Balance ($) | 4436 | 4486 | - | - | - | - | - | - | - | - | - | - |

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | PROGRESSIVE MGMT SYSTE | 05/22 | 04/18 / 11/18 | $2069 / COLL | $2736 / UNK - | $2736 | 49 | 0 | 0 | 0 | COLLECTION / XP/TU |

**History:** 05/22; --------------------------------------------------  
ACCOUNT INFORMATION DISPUTED BY CONSUMER; ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

| Trended | 04/22 | 03/22 | 02/22 | 01/22 | 12/21 | 11/21 | 10/21 | 09/21 | 08/21 | 07/21 | 06/21 | 05/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| Actual ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| Balance ($) | 2729 | 2714 | 2699 | 2684 | 2665 | 2650 | 2632 | - | - | - | - | - |

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | PROGRESSIVE MGMT SYSTE | 05/22 | 04/18 / 07/18 | $887 / COLL | $1168 / UNK - | $1168 | 50 | 0 | 0 | 0 | COLLECTION / XP/TU |

**History:** 05/22; --------------------------------------------------  
ACCOUNT INFORMATION DISPUTED BY CONSUMER; ORIGINAL CREDITOR: MEDICAL PAYMENT DATA

| Trended | 04/22 | 03/22 | 02/22 | 01/22 | 12/21 | 11/21 | 10/21 | 09/21 | 08/21 | 07/21 | 06/21 | 05/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| Actual ($) | - | - | - | - | - | - | - | - | - | - | - | - |

ECOA KEY:   B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**Certified Credit:** PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify the reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | | | FNMA # | | DATE COMPLETED | 5/12/2022 | RQD' BY | GARRETT TODD |
|---|---|---|---|---|---|---|---|---|
| SEND TO | | NATIONAL TRUST LENDING | | | DATE ORDERED | 5/12/2022 | | |
| | | CUST. # 6646A | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | 7100 HAYVENHURST AVE STE 101 | | | PRICE | | LOAN TYPE | |
| | | VAN NUYS, CA 91406 | | | REF. # | | | |

**PROPERTY ADDRESS**

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | MORANDI, KENNETH | CO-APPLICANT | |
| SOC SEC # | DOB | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

## DEROGATORY ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| | | Trended | 04/22 | 03/22 | 02/22 | 01/22 | 12/21 | 11/21 | 10/21 | 09/21 | 08/21 | 07/21 | 06/21 | 05/21 |
| | | Balance ($) | 1164 | 1158 | 1152 | 1145 | 1136 | - | 1118 | 1110 | 1104 | 1098 | 1091 | 1083 |
| | | | 04/21 | 03/21 | 02/21 | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 |
| | | Scheduled ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Actual ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Balance ($) | 1077 | - | - | - | - | - | - | - | - | - | - | - |
| B | B | N/A | 12/21 | --/-- | $795 | $795 | $795 | - | - | - | COLLECTION |
| | | | | 11/15 | COLL | - | | | | | EF |
| | | CONSUMER DISPUTES THIS ACCOUNT INFORMATION; MEDICAL; ORIGINAL CREDITOR: MEDICAL PAYMENT DATA, ASSIGNED ON 04/19 | | | | | | | | | |
| B | B | GRANT & WEBER | 05/22 | 06/19 | $121 | $172 | $172 | 32 | 0 | 0 | 0 | COLLECTION |
| | | | | --/-- | COLL | 001 - | | | | | | XP/TU |
| | | History: 05/22; ------------------------------- | | | | | | | | | |
| | | SUBSCRIBER REPORTS DISPUTE RESOLVED-CONSUMER DISAGREES; ORIGINAL CREDITOR: MEDICAL PAYMENT DATA | | | | | | | | | |
| | | Trended | 04/22 | 03/22 | 02/22 | 01/22 | 12/21 | 11/21 | 10/21 | 09/21 | 08/21 | 07/21 | 06/21 | 05/21 |
| | | Scheduled ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Actual ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Balance ($) | 171 | 170 | 169 | 168 | 167 | 166 | 165 | 164 | 163 | 162 | 161 | 160 |
| | | | 04/21 | 03/21 | 02/21 | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 |
| | | Scheduled ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Actual ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Balance ($) | 159 | 158 | 157 | 156 | 155 | 154 | 153 | 152 | 151 | 150 | 149 | 148 |
| B | B | LENDCLUBBK | 01/21 | 12/19 | $10000 | $0 | $0 | 13 | 1 | 1 | 1 | CHARGE OFF |
| | | | | 09/20 | INST | 60 $0 | | | | | | XP/TU/EF |
| | | History: 01/21; -3210000000000 | | | | | | | | | |
| | | Late Dates: 12/20-90, 11/20-60, 10/20-30 | | | | | | | | | |
| | | ACCOUNT TRANSFERRED OR SOLD; CHARGED OFF ACCOUNT; FIXED RATE | | | | | | | | | |

ECOA KEY:   B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

Certified Credit: PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | | | FNMA # | | DATE COMPLETED | 5/12/2022 | RQD' BY | GARRETT TODD |
|---|---|---|---|---|---|---|---|---|
| SEND TO | | NATIONAL TRUST LENDING | | | DATE ORDERED | 5/12/2022 | | |
| | | CUST. # 6646A | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | 7100 HAYVENHURST AVE STE 101 | | | PRICE | | LOAN TYPE | |
| | | VAN NUYS, CA 91406 | | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | MORANDI, KENNETH | CO-APPLICANT | |
| SOC SEC # | ▉▉▉ DOB ▉▉▉ | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

### DEROGATORY ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |

| | Trended | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 | 04/20 | 03/20 | 02/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Scheduled ($) | - | 311 | 311 | 311 | 311 | 311 | 311 | - | - | - | - | - |
| | Actual ($) | - | - | - | - | - | - | 311 | - | - | - | - | - |
| | Balance ($) | 10571 | 10469 | 10251 | 10034 | 9816 | 9598 | 9380 | - | - | - | - | - |

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| B | B | ONEMAIN ▉▉▉ | 08/21 | 03/20 | $5473 | $0 | $0 | 17 | 4 | 5 | 4 | SETTLED |
| | | | | 11/20 | INST | 54 $0 | | | | | | XP/TU/**EF** |

**History:** 08/21; -33332222211110000
**Late Dates:** 7/21-90, 6/21-90, 5/21-90, 4/21-90, 3/21-60, 2/21-60, 1/21-60, 12/20-60, 11/20-60, 10/20-30, 9/20-30, 8/20-30, 7/20-30
ACCOUNT PAID FOR LESS THAN FULL BALANCE

| Trended | 07/21 | 06/21 | 05/21 | 04/21 | 03/21 | 02/21 | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 196 | 196 | 196 | 196 | 196 | 196 | 196 | 196 | 196 | 196 | 196 | 196 |
| Actual ($) | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 | 147 |
| Balance ($) | 3690 | 3837 | 3985 | 4132 | 4280 | 4427 | 4575 | 4722 | 4869 | 5017 | 5164 | 5312 |

| | 07/20 | 06/20 | 05/20 | 04/20 | 03/20 | 02/20 | 01/20 | 12/19 | 11/19 | 10/19 | 09/19 | 08/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 196 | 196 | 196 | - | - | - | - | - | - | - | - | - |
| Actual ($) | - | 196 | 196 | - | - | - | - | - | - | - | - | - |
| Balance ($) | 5315 | 5315 | 5356 | - | - | - | - | - | - | - | - | - |

### OTHER CREDIT HISTORY
*** NONE ***

### TRADE SUMMARY

The merge process is automated and the report may include some duplications and/or omissions. Inquiries regarding any disputed items should be directed to CERTIFIED CREDIT REPORTING customer service.

-

ECOA KEY:  B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**Certified Credit:** PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | | | FNMA # | DATE COMPLETED | 5/12/2022 | RQD' BY | GARRETT TODD |
|---|---|---|---|---|---|---|---|
| SEND TO | | NATIONAL TRUST LENDING | | DATE ORDERED | 5/12/2022 | | |
| | | CUST. # 6646A | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | 7100 HAYVENHURST AVE STE 101 | | PRICE | | LOAN TYPE | |
| | | VAN NUYS, CA 91406 | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | MORANDI, KENNETH | CO-APPLICANT | |
| SOC SEC # | ▮▮▮  DOB  ▮▮▮ | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

### TRADE SUMMARY

| | # | BALANCE | HIGH CREDIT | PAYMENTS | PAST DUE |
|---|---|---|---|---|---|
| MORTGAGE | 1 | 253859 | 239000 | 971 | 0 |
| AUTO | 0 | 0 | 0 | 0 | 0 |
| EDUCATION | 0 | 0 | 0 | 0 | 0 |
| OTHER INSTALLMENT | 4 | 9956 | 10925 | 344 | 0 |
| OPEN | 0 | 0 | 0 | 0 | 0 |
| REVOLVING | 6 | 1092 | 5600 | 113 | 0 |
| OTHER | 4 | 4871 | 3872 | 0 | 4871 |
| TOTAL | 15 | 269778 | 259397 | 1428 | 4871 |

| | | | |
|---|---|---|---|
| SECURED DEBT | 253859 | OLDEST TRADELINE | 03/07 |
| UNSECURED DEBT | 21254 | REVOLVING CREDIT UTILIZATION | 20% |
| | | TOTAL DEBT/HIGH CREDIT | 105% |

### DEROGATORY SUMMARY

| | | | | | |
|---|---|---|---|---|---|
| CHARGE OFFS: | 2 | 30 DAYS: | 3 | INQUIRIES: | 7 |
| COLLECTIONS: | 4 | 60 DAYS: | 3 | MOST RECENT LATE: | undetermined |
| BANKRUPTCY: | 0 | 90 DAYS: | 3 | DISPUTES: | 5 |
| PUBLIC RECORDS: | 0 | OTHER: | 0 | | |

### MORTGAGE SUMMARY

| | APPLICANT | CO-APPLICANT |
|---|---|---|
| # OF 30 DAY MTG DELINQ | 0 | |
| # OF 60 DAY MTG DELINQ | 0 | |
| # OF 90 DAY MTG DELINQ | 0 | |
| # OF INQUIRIES | 7 | |
| TRADELINE COUNT | 15 | |

### PUBLIC RECORDS
*** NONE ***

### INQUIRIES (LAST 120 DAYS)

| | | | | | |
|---|---|---|---|---|---|
| **XP**/EF | B | 05/03/22 | FACTUAL DATA | | FINANCE |
| TU | B | 05/03/22 | ALLIED FIRST BANK | | FINANCE/NONPERSONAL |
| TU | B | 04/02/22 | FB T/MERCURY | | FINANCE |
| XP | B | 03/29/22 | CORELOGIC CREDIT SOLUT | | FINANCE |
| TU | B | 03/29/22 | GLOBAL EQUITY FINANC | | FINANCE |
| EF | B | 03/29/22 | CREDCO | | MISC |
| **XP**/TU/EF | B | 03/26/22 | CREDCO | | FINANCE |

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**Certified Credit:** PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| | | | | | |
|---|---|---|---|---|---|
| FILE # | | FNMA # | DATE COMPLETED | 5/12/2022 | RQD' BY | GARRETT TODD |
| SEND TO | NATIONAL TRUST LENDING | | DATE ORDERED | 5/12/2022 | | |
| | CUST. # 6646A | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 7100 HAYVENHURST AVE STE 101 | | PRICE | | LOAN TYPE | |
| | VAN NUYS, CA 91406 | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | MORANDI, KENNETH | CO-APPLICANT | |
| SOC SEC # | ▮▮▮ DOB ▮▮▮ | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

### SOURCE OF INFORMATION

1 EXPERIAN - PULLED ON: 05/12/22
   NAME: KEN MORANDI  ▮▮▮  DOB: ▮▮▮
   SSN:
   ADDRESS: ▮▮▮ - REPORTED 07/05 - 09/21
   ADDRESS: ▮▮▮ - REPORTED 08/19
   ADDRESS ▮▮▮ - REPORTED 06/06 - 01/09
   EMPLOYER: GARDNER TRUCKING// - REPORTED 05/16
   EMPLOYER: TOPHRE INC//1610 OLD COUNTRY RD, WESTBURY - REPORTED 11/06

2 TRANSUNION - PULLED ON: 05/12/22 - INFILE DATE: 04/01/82
   NAME: KENNETH C MORANDI
   NAME: MORANDI,KEN
   NAME: DOB: ▮▮▮
   SSN:
   ADDRESS: ▮▮▮ - REPORTED 07/05
   ADDRESS: ▮▮▮ - REPORTED 06/06
   ADDRESS: ▮▮▮ - REPORTED 07/19
   EMPLOYER: TOPHRE INC/REGIONAL MGR/
   EMPLOYER: TOPREY INC//

3 EQUIFAX - PULLED ON: 05/12/22 - INFILE DATE: 03/10/83
   NAME: KENNETH C MORANDI DOB: ▮▮▮
   NAME: KENNETH CHARLES MORANDI
   SSN: ▮▮▮
   ADDRESS: ▮▮▮ - REPORTED 07/05 - 05/22
   ADDRESS: ▮▮▮ - REPORTED 06/06 - 06/19
   ADDRESS: ▮▮▮ - REPORTED 08/19 - 01/20

### EXPERIAN FRAUD SHIELD

*** FRAUD SHIELD ***
1 - MORANDI, KENNETH
* FROM 02/01/22 INQ COUNT FOR SSN - 3
* FROM 02/01/22 INQ COUNT FOR ADDRESS - 1
* INPUT SSN ISSUED ▮▮▮

### REMARKS

1 - EXPERIAN MESSAGE: ICRAA REPORT

### MISCELLANEOUS INFORMATION

- Instant View Password: ▮▮▮

- To verify the authenticity of this credit report, please visit https://certifiedcredit.meridianlink.com and click on the Instant View link. Enter ▮▮▮ to view the report. For any inquiries regarding this report or services provided by Certified Credit please contact us at 800-500-6117.

### CREDITORS

| | | |
|---|---|---|
| AMERICAN GENERAL FINANCE | 501 MAIN ST N, AMORY MS 388213140 | (601) 258-9811 |
| CAP 1 BANK | , | 800-955-7070 |
| CAPITAL 1 BK | 11013 W BROAD ST, GLEN ALLEN VA 23060 | |
| CAPITAL ONE BANK | PO BOX 85064, GLEN ALLEN VA 23058 | 800-955-7070* |
| CBCInnovis | 875 Greentree Road, Pittsburgh, PA 15220 | 877-237-8317 |
| CBCINNOVIS | 875 PARKWAY CENTER, PITTSBURGH, PA 15220-3508 | 877-237-8317 |

ECOA KEY:  B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**Certified Credit: PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | | FNMA # | DATE COMPLETED | 5/12/2022 | RQD' BY | GARRETT TODD |
|---|---|---|---|---|---|---|
| SEND TO | | NATIONAL TRUST LENDING | DATE ORDERED | 5/12/2022 | | |
| | | CUST. # 6646A | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | 7100 HAYVENHURST AVE STE 101 | PRICE | | LOAN TYPE | |
| | | VAN NUYS, CA 91406 | REF. # | | | |
| PROPERTY ADDRESS | | | | | | |

| | APPLICANT | | CO-APPLICANT | |
|---|---|---|---|---|
| APPLICANT | MORANDI, KENNETH | CO-APPLICANT | | |
| SOC SEC # | ███ | DOB ███ | SOC SEC # | DOB |
| MARITAL STATUS | | | DEPENDENTS | |

### CREDITORS

| Creditor | Address | Phone |
|---|---|---|
| CENTEX | **SOME THRU VETERANS UNITED, 855-683-3101 | 888-480-2432 |
| CENTEX HOME EQUITY/NATION STAR MORT | 350 highland dr, LEWISVILLE, TX 75067 | 888-480-2432 MTG |
| CONSOL PLUS | 1875 SOUTH GRANT STREET SUITE 400, SAN MATEO, CA 94402 | 888-950-4829 |
| CREDCO | 12395 FIRST AMERICAN WAY, POWAY, CA 92064 | 800-637-2422 |
| CRTFDCRDT | 1180 OLYMPIC DR # 207, CORONA, CA 91719 | 909-3713911 |
| FA CREDCO | 12385 FIRST AMERIC, POWAY CA 92064 | 800-637-2422 |
| GEMB/AMAZO | PO BOX 981432, EL PASO, TX 79998-1432 | 866-634-8379 |
| GRANT & WEBER | 26575 WEST AGOURA ROAD, CALABASAS, CA 91302 | 818-871-7700 |
| GRANT&WEBER | 26575 W AGOURA RD, CALABASAS, CA 91302 | 818-871-7700 |
| HSBC BANK | , | 888-662-4722 |
| LENDCLUBBK | , | 888-596-3157 |
| LENDING CLUB - | AUTOMATED WITH PH# ON LOAN, NO CONF CALLS | 888-596-3157 |
| LENDING CLUB CORPORATION | 71 STEVENSON SUITE 300, SAN FRANCISCO, CA 94105 | 888-596-3157 |
| LOANME INC. | , | 844-764-7368 |
| MERRICK | 10705 S JORDAN GTWY STE, SOUTH JORDAN UT 84095 | 800-657-1341 |
| MERRICK BANK CORP*** | PO BOX 9201, OLD BETHPAGE NY 11804 | 1-800-253-2322 |
| MERRICK BK*** | PO BOX 5000, DRAPER UT 84020 | 800-253-2322 |
| MISSION LANE | , | 855-570-3732 |
| NATIONSTAR mortgage | , | 888-480-2432 |
| ONEMAIN | , | 866-698-8332 |
| PROG MGT SYS | 1521 W. CAMERON AVE FIRST FLOOR, WEST COVINA, CA 91790 | 800-640-9211 |
| PROGRESSIVE MGMT SYSTE | 1521 W CAMERON AVE FL 1, WEST COVINA, CA 91790 | 800-640-9211 |
| SYNCB/AMAZON | PO BOX 965015, ORLANDO, FL 32896 | 866-634-8379 |

### DISCLAIMER

-
An asterisk (*) following the payment amount indicates the repositories have no payment data and that the amount was automatically calculated as a percentage of the account balance.

-
This is a report containing information supplied by the repositories listed above. The merge process is automated and the report may include some duplications and/or omissions. Inquiries regarding any disputed items should be directed to the creditor reporting the item, or to the appropriate repository service center(s) listed below.

-

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**Certified Credit:** PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | | FNMA # | DATE COMPLETED | 5/12/2022 | RQD' BY | GARRETT TODD |
|---|---|---|---|---|---|---|
| SEND TO | | NATIONAL TRUST LENDING | DATE ORDERED | 5/12/2022 | | |
| | | CUST. # 6646A | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | 7100 HAYVENHURST AVE STE 101 | PRICE | | LOAN TYPE | |
| | | VAN NUYS, CA 91406 | REF. # | | | |
| PROPERTY ADDRESS | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | MORANDI, KENNETH | CO-APPLICANT | |
| SOC SEC # | DOB | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

### DISCLAIMER

| EXPERIAN | TRANSUNION | EQUIFAX |
|---|---|---|
| PO BOX 2002 | PO BOX 2000 | PO BOX 740241 |
| ALLEN, TX 75013 | CHESTER, PA 19016 | ATLANTA, GA 30374 |
| 888-397-3742 | 800-916-8800 | 800-685-1111 |
| www.experian.com/reportaccess | transunion.com/myoptions | www.equifax.com/fcra |

*** END OF REPORT 10/2/2024 2:49:37 PM ***

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**Certified Credit:** PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

**NATIONAL TRUST LENDING**  
7100 HAYVENHURST AVE STE 101  
VAN NUYS, CA 91406  
8008034603

**REPORT #:**

RETURN SERVICE REQUESTED

KENNETH MORANDI

**Your Credit Score and the Price You Pay for Credit**

| Your Credit Score | | |
|---|---|---|
| **Your credit score** | **603**<br>Source: EQUIFAX | Model: EQUIFAX/FICO CLASSIC V5 FACTA<br>Date: 05/12/22 |
| **Understanding Your Credit Score** | | |
| What you should know about credit scores | Your credit score is a number that reflects the information in your credit report.<br><br>Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors.<br><br>Your credit score can change, depending on how your credit history changes. | |
| How we use your credit score | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. | |
| The range of scores | Scores range from a low of 334 to a high of 818.<br><br>Generally, the higher your score, the more likely you are to be offered better credit terms. | |
| How your score compares to the scores of other consumers | Your credit score ranks higher than 14 percent of U.S. consumers. | |
| Key factors that adversely affected your credit score | • SERIOUS DELINQUENCY, AND DEROGATORY PUBLIC RECORD OR COLLECTION FILED<br>• TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN<br>• NUMBER OF ACCOUNTS WITH DELINQUENCY<br>• LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED<br>• NUMBER OF INQUIRIES ADVERSELY AFFECTED THE SCORE, BUT NOT SIGNIFICANTLY | |
| **Checking Your Credit Report** | | |
| What if there are mistakes in your credit report? | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate. | |
| How can you obtain a copy of your credit report? | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br><br>To order your free annual credit report:<br><br>*By telephone:* Call toll-free: 1-877-322-8228<br>*On the web:* Visit www.annualcreditreport.com<br>*By mail:* Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to:<br><br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 | |
| How can you get more information? | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's web site at www.consumerfinance.gov/learnmore. | |

**Notice to the Home Loan Applicant**

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.