# EXHIBIT  2

**Subject:**        RE: Fw: Ken's Updated Regular FHA 360 Month Amortization Mortgage

---------- Forwarded message ---------
From: **ken morandi** <kenmorandi@yahoo.com>
Date: Thu, May 12, 2022 at 10:57 AM
Subject: Fw: Ken's Updated Regular FHA 360 Month Amortization Mortgage
To: Garrett Lender <Garrettbtodd@gmail.com>

This is what he sent me
I would like to have 10000 cash

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Brian DeAngelo" <bdeangelo@alliedfirst.com>
**To:** "kenmorandi@yahoo.com" <kenmorandi@yahoo.com>
**Cc:**
**Sent:** Wed, May 11, 2022 at 7:14 PM
**Subject:** Re: Ken's Updated Regular FHA 360 Month Amortization Mortgage

OLD MONTHLY

Mortgage Monthly $971.00 /$253,859 Total /432 Months / -6 Years / 72 Months

CONSOL Plus Mon   $344.00 /$9956.00 Total/49 months

CAPITAL ONE Mon   $25.00 / $299.00 Total

CAPITAL ONE Mon   $25.00/ $220.00 Total

MERRICK BANK       $38.00/$209.00 Total

MISSION LNTAB      $25.00 /$205.00 Total

**$264,934.00------------ $1428,00 Monthly Outgoing Household Bills**

**$7479.00 -------------- $0.00, 00 Collections** Progressive, Progressive, Medical Co, HSBC Bank, Grant Web

1

==NEW MONTHLY== / NO CASH   / Plan A

Mortgage Payment $1774.00 /360 MONTHS / 30 YR FIXED

CONSOL Plus Mon   $000.00 /$000000000/0000000000

CAPITAL ONE Mon   $000.00 /$000000000/0000000000

CAPITAL ONE Mon   $000.00 /$000000000/0000000000

CAPITAL ONE Mon   $000.00 /$000000000/0000000000

MERRICK BANK         $000.00 /$000000000/0000000000

MISSION LNTAB       $000.00 /$000000000/0000000000

**$269,000.00------------ $1799,00 Monthly Outgoing Household Bills**

==NEW MONTHLY== / $10,00 CASH / PLAN B

Mortgage Payment $1774.00 /360 MONTHS / 30 YR FIXED

CONSOL Plus Mon   $000.00 /$000000000/0000000000

CAPITAL ONE Mon   $000.00 /$000000000/0000000000

CAPITAL ONE Mon   $000.00 /$000000000/0000000000

CAPITAL ONE Mon   $000.00 /$000000000/0000000000

MERRICK BANK         $000.00 /$000000000/0000000000

MISSION LNTAB       $000.00 /$000000000/0000000000

**$279,000.00------------ $1899,00 Monthly Outgoing Payment**

==THE MASSIVE BENEFITS==

- Paying off Your Settlement that your House is currently tied to Loan Modification <span style="color:red">432 Months / -6 Years / 72 Months over the Top</span>
- Going back to a regular 360 Month FHA Loan backed by HUD / Moving forward 72 Months, Getting you out of RED
- Re-Establishing Your Credit Score from a 580 Bottom Feeder Score currently to over a 680 entering your retirement years / Paying off Debt
- You're capitalizing on your Huge Equity opportunity that will be available to you / If you don't convert into regular loan , Interest will keep accruing sink your ship
- Eligible for Numerous Financial opportunities come your way, Credit Score higher,  Finance what Life brings your way at best interest rates , saving you thousands

*** You Have Great Equity, You Make the Required Monthly Income , You Pay your Bills on Time, THIS IS YOUR OPPORTUNITY TO CAPATALIZE, DON'T MISS OPPURNITY *******



The Basic Documents needed for Mobile Notary to pick up Saturday 5-14-2022

- **Sign Upfront DocuSign**
- **Mortgage Statement, Most Recent**
- **Homeowners Insurance, 1st Page Declaration Page**
- **Last 4 Paystubs / TDS Total Distribution Service**
- **Last 2 Years Tax Returns 2020' & 2019' /Total Distribution Service Full Tax Returns to include w2 All Pages**
- **Last 2 Months Bank Statements, Account that: All Pages on Account TDS Payroll Check is Deposited All Pages**

- **Driver's License, Front Only,  ( Front Only )**
- **SS Card, Front Only ( Front Only )**






Brian J DeAngelo

Senior Loan Officer

NMLS 2049022

Direct   (480) 704-4419

Mobile  (602) 330-1646

Fax       (480) 923-0147

Email: bdeangelo@Alliedfirst.com

Mortgate Production Office:

17550 N. Perimeter Dr.  Suite 400

Scottsdale, AZ 85255


Corporate Headquarters:
Allied First Bank, sb - NMLS# 203463
Certificate # 55130
3201 Orchard Road
Oswego, IL  60543

*Your High Tech Bank with the Home Town Touch*

******************* Internet Email Confidentiality *******************

The information contained in this message (including any attachments) may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that it is strictly prohibited (a) to disseminate, distribute or copy this communication or any of the information contained in it, or (b) to take any action based on the information in it. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

*************************************************************

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.