# EXHIBIT 3

PO BOX 2969, RANCHO CUCAMONGA, CA 91729
Phone:   800-500-6117
Fax:     800-500-5364

**Add Product**

# MERGED INFILE CREDIT REPORT

| FILE # |  | FNMA # |  | DATE COMPLETED | 5/27/2022 | RQD' BY | GARRETT TODD |
|---|---|---|---|---|---|---|---|
| SEND TO | NATIONAL TRUST LENDING | | | DATE ORDERED | 5/27/2022 | | |
| | CUST. # 6646A | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | 7100 HAYVENHURST AVE STE 101 | | | PRICE | | LOAN TYPE | |
| | VAN NUYS, CA 91406 | | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | MORANDI, KENNETH | CO-APPLICANT | |
| SOC SEC # | ▮▮▮ DOB ▮▮▮ | SEC # ▮▮▮ DOB | |
| MARITAL STATUS | | DEPENDENTS | |
| CURRENT ADDRESS | ▮▮▮ | LENGTH | 12 |
| PREVIOUS ADDRESS | | LENGTH | |

### SCORE MODELS

EQUIFAX/FICO CLASSIC V5 FACTA - KENNETH C MORANDI - ▮▮▮
**SCORE: 680**
00040 - DEROGATORY PUBLIC RECORD OR COLLECTION FILED
00014 - LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
00020 - LENGTH OF TIME SINCE DEROGATORY PUBLIC RECORD OR COLLECTION IS TOO SHORT
00006 - TOO MANY CONSUMER FINANCE COMPANY ACCOUNTS
FA - NUMBER OF INQUIRIES ADVERSELY AFFECTED THE SCORE, BUT NOT SIGNIFICANTLY

TRANSUNION/FICO CLASSIC (04) - KENNETH C MORANDI - ▮▮▮
**SCORE: 725**
030 - TIME SINCE MOST RECENT ACCOUNT OPENING IS TOO SHORT
012 - LENGTH OF TIME REVOLVING ACCOUNTS HAVE BEEN ESTABLISHED
005 - TOO MANY ACCOUNTS WITH BALANCES
010 - PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS
FA - INQUIRIES IMPACTED THE CREDIT SCORE

EXPERIAN/FAIR, ISAAC (VER. 2) - KEN MORANDI - ▮▮▮
**SCORE: 735**
10 - PROPORTION OF BALANCE TO HIGH CREDIT ON BANK REVOLVING OR ALL REVOLVING ACCOUNTS
14 - LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED
08 - TOO MANY INQUIRIES LAST 12 MONTHS
05 - TOO MANY ACCOUNTS WITH BALANCES

**Request New Tradeline**                                           **Hide Trended Data**

### OPEN ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED / DLA | DATE OPENED / ACCT TYPE | HIGH CREDIT OR LIMIT / TERMS | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | NATIONSTAR/MR COOPER ▮▮▮ | 03/22 03/22 | 03/07 MTG | $239000 432 $971 | $253859 | $0 | 84 | 0 | 0 | 0 | AS AGREED XP/TU/EF |

**History:** 03/22; 0000000000000000000000000-00000000000000000000000000000000000000000000
ACCOUNT INFORMATION DISPUTED BY CONSUMER; CONVENTIONAL REAL ESTATE LOAN, INCLUDING PURCHASE MONEY FIRST; LOAN MODIFIED UNDER A FEDERAL GOVERNMENT PLAN

**ECOA KEY:**   B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

---

**Certified Credit:  PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify this reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | | | FNMA # | | DATE COMPLETED | 5/27/2022 | RQD' BY | GARRETT TODD |
|---|---|---|---|---|---|---|---|---|
| SEND TO | | NATIONAL TRUST LENDING | | | DATE ORDERED | 5/27/2022 | | |
| | | CUST. # 6646A | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | 7100 HAYVENHURST AVE STE 101 | | | PRICE | | LOAN TYPE | |
| | | VAN NUYS, CA 91406 | | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | | | |

| | APPLICANT | | | | CO-APPLICANT | | |
|---|---|---|---|---|---|---|---|
| APPLICANT | MORANDI, KENNETH | | | CO-APPLICANT | | | |
| SOC SEC # | | DOB | | SOC SEC # | | DOB | |
| MARITAL STATUS | | | | DEPENDENTS | | | |

## OPEN ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED / DLA | DATE OPENED | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | | Trended | 02/22 | 01/22 | 12/21 | 11/21 | 10/21 | 09/21 | 08/21 | 07/21 | 06/21 | 05/21 | 04/21 | 03/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Scheduled ($) | 971 | 971 | 971 | 971 | 971 | 971 | 971 | 971 | 971 | 971 | 965 | 965 |
| | | Actual ($) | 971 | 982 | 971 | 971 | 982 | 971 | 965 | 965 | - | 965 | 1931 | 965 |
| | | Balance ($) | 254048 | 254237 | 254425 | 254612 | 254799 | 254985 | 255170 | 255354 | 255538 | 255538 | 255721 | 256085 |
| | | | 02/21 | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 | 04/20 | 03/20 |
| | | Scheduled ($) | 965 | 965 | 965 | 965 | 965 | 965 | 965 | 965 | 965 | 965 | - | - |
| | | Actual ($) | 965 | 965 | 965 | 965 | 965 | 965 | 965 | 965 | - | 2108 | - | - |
| | | Balance ($) | 256265 | 256446 | 256625 | 256804 | 256982 | 257336 | 257336 | 257512 | 257688 | 257688 | - | - |

| B | B | FREEDOM FINANCIAL ASSE | 04/22 | 08/21 04/22 | $10925 INST | $9797 049 $344 | $0 | 9 | 0 | 0 | 0 | AS AGREED XP/TU/EF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

History: 04/22; 000000000

| | | Trended | 03/22 | 02/22 | 01/22 | 12/21 | 11/21 | 10/21 | 09/21 | 08/21 | 07/21 | 06/21 | 05/21 | 04/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Scheduled ($) | 344 | 344 | 344 | 344 | 344 | 344 | 344 | 344 | - | - | - | - |
| | | Actual ($) | 344 | 344 | 344 | 344 | 344 | 344 | 344 | - | - | - | - | - |
| | | Balance ($) | 9956 | 10106 | 10272 | 10417 | 10558 | 10704 | 10840 | 10979 | - | - | - | - |

| B | B | CAPITAL ONE | 05/22 | 11/18 04/22 | $1500 REV | $429 MIN $25 | $0 | 42 | 0 | 0 | 0 | AS AGREED XP/TU/EF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

History: 05/22; 0000000000000000000000000000000000000000

| | | Trended | 04/22 | 03/22 | 02/22 | 01/22 | 12/21 | 11/21 | 10/21 | 09/21 | 08/21 | 07/21 | 06/21 | 05/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Scheduled ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 0 | 25 | 0 |
| | | Actual ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| | | Balance ($) | 220 | 297 | 335 | 172 | 338 | 214 | 271 | 305 | 366 | 0 | 38 | 0 |
| | | | 04/21 | 03/21 | 02/21 | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 |
| | | Scheduled ($) | 25 | 0 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| | | Actual ($) | - | - | - | - | - | - | - | - | - | - | - | - |

ECOA KEY:   B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

Certified Credit: PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | | | FNMA # | | DATE COMPLETED | 5/27/2022 | RQD' BY | GARRETT TODD |
|---|---|---|---|---|---|---|---|---|
| SEND TO | | NATIONAL TRUST LENDING | | | DATE ORDERED | 5/27/2022 | | |
| | | CUST. # 6646A | | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | 7100 HAYVENHURST AVE STE 101 | | | PRICE | | LOAN TYPE | |
| | | VAN NUYS, CA 91406 | | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | | CO-APPLICANT | |
| SOC SEC # | DOB | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

## OPEN ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |

| | | | 04/21 | 03/21 | 02/21 | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Balance ($) | 61 | 0 | 34 | 100 | 148 | 170 | 36 | 101 | 188 | 73 | 98 | 146 |

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | MISSION LANE TAB BANK | 05/22 | 07/19 05/22 | $1300 REV | $364 MIN $25 | $0 | 34 | 0 | 0 | 0 | AS AGREED XP/TU/EF |

History: 05/22; 000000000000000000000000000000000

| Trended | 04/22 | 03/22 | 02/22 | 01/22 | 12/21 | 11/21 | 10/21 | 09/21 | 08/21 | 07/21 | 06/21 | 05/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | - | 25 |
| Actual ($) | 150 | 25 | 75 | 300 | 100 | 100 | 50 | 69 | 50 | - | - | 76 |
| Balance ($) | 205 | 288 | 263 | 211 | 264 | 358 | 245 | 204 | 269 | 215 | - | 130 |

| | 04/21 | 03/21 | 02/21 | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 25 | 25 | 0 | 25 | 25 | 25 | 25 | 0 | 25 | 25 | 25 | 25 |
| Actual ($) | 150 | - | 87 | 93 | 25 | 44 | - | 102 | 50 | 32 | 150 | - |
| Balance ($) | 203 | 260 | 0 | 87 | 58 | 82 | 44 | 0 | 102 | 150 | 32 | 182 |

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | FB&T/MERCURY | 05/22 | 04/22 05/22 | $1500 REV | $336 $17* | $0 | 2 | 0 | 0 | 0 | AS AGREED XP/TU/EF |

History: 05/22; 00

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | CAPITAL ONE | 04/22 | 05/19 04/22 | $500 REV | $299 MIN $25 | $0 | 36 | 0 | 0 | 0 | AS AGREED XP/TU/EF |

History: 04/22; 000000000000000000000000000000000000

| Trended | 03/22 | 02/22 | 01/22 | 12/21 | 11/21 | 10/21 | 09/21 | 08/21 | 07/21 | 06/21 | 05/21 | 04/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 0 | 25 | 25 | 23 |
| Actual ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| Balance ($) | 257 | 290 | 265 | 360 | 370 | 304 | 289 | 143 | 0 | 202 | 167 | 23 |

| | 03/21 | 02/21 | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 | 04/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 25 | 25 | 0 | 25 | 25 | 0 | 25 | 0 | 24 | 25 | 25 | - |

ECOA KEY:  B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

Certified Credit: PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify this reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | | FNMA # | | DATE COMPLETED | 5/27/2022 | RQD' BY | GARRETT TODD |
|---|---|---|---|---|---|---|---|
| SEND TO | | NATIONAL TRUST LENDING | | DATE ORDERED | 5/27/2022 | | |
| | | CUST. # 6646A | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | 7100 HAYVENHURST AVE STE 101 | | PRICE | | LOAN TYPE | |
| | | VAN NUYS, CA 91406 | | REF. # | | | |

**PROPERTY ADDRESS**

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | MORANDI, KENNETH | CO-APPLICANT | |
| SOC SEC # | ▓▓▓▓  DOB ▓▓▓▓ | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

## OPEN ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |

| | 03/21 | 02/21 | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 | 04/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actual ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| Balance ($) | 50 | 119 | 0 | 146 | 168 | 0 | 114 | 0 | 24 | 74 | 40 | - |

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | B | MERRICK BANK CORP | 04/22 | 06/17 | $2300 | $209 | $0 | 59 | 0 | 0 | 0 | AS AGREED |
| | | | | 04/22 | REV | MIN $38 | | | | | | XP/TU/EF |

**History:** 04/22; 0000000000000000000000000000000000000000000000
ACCOUNT PREVIOUSLY IN DISPUTE-NOW RESOLVED-REPORTED BY SUBSCRIBER

| Trended | 03/22 | 02/22 | 01/22 | 12/21 | 11/21 | 10/21 | 09/21 | 08/21 | 07/21 | 06/21 | 05/21 | 04/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 3 | 3 | 38 | 38 |
| Actual ($) | 50 | 50 | 235 | 50 | 227 | 50 | 40 | 3 | 3 | 99 | 100 | 150 |
| Balance ($) | 351 | 390 | 313 | 535 | 515 | 787 | 699 | 218 | 3 | 3 | 99 | 193 |

| | 03/21 | 02/21 | 01/21 | 12/20 | 11/20 | 10/20 | 09/20 | 08/20 | 07/20 | 06/20 | 05/20 | 04/20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | 38 | 38 | 3 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | - |
| Actual ($) | 54 | 3 | 146 | 50 | 101 | 200 | 150 | 350 | 250 | 100 | 50 | - |
| Balance ($) | 336 | 54 | 3 | 146 | 190 | 101 | 294 | 433 | 618 | 849 | 928 | - |

## CLOSED ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| B | B | LOANME INC | 07/16 | 05/16 | $2600 | $0 | $0 | 3 | 0 | 0 | 0 | PAID |
| | | | | 06/16 | INST | 047 $0 | | | | | | XP |

**History:** 07/16; -00

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**Certified Credit:** PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify this reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | | FNMA # | DATE COMPLETED | 5/27/2022 | RQD' BY | GARRETT TODD |
|---|---|---|---|---|---|---|
| SEND TO | | NATIONAL TRUST LENDING | DATE ORDERED | 5/27/2022 | | |
| | | CUST. # 6646A | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | 7100 HAYVENHURST AVE STE 101 | PRICE | | LOAN TYPE | |
| | | VAN NUYS, CA 91406 | REF. # | | | |
| PROPERTY ADDRESS | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | MORANDI, KENNETH | CO-APPLICANT | |
| SOC SEC # | ▇▇▇     DOB ▇▇▇ | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

### CLOSED ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| B | B | SYNCB/AMAZON ▇▇▇ | 06/20 | 02/20 --/-- | $1500 REV | $0 $0 | $0 | 04 | 0 | 0 | 0 | PAID XP/**TU**/EF |

**History:** 06/20; -0000
ACCOUNT CLOSED BY CONSUMER

| Trended | 05/20 | 04/20 | 03/20 | 02/20 | 01/20 | 12/19 | 11/19 | 10/19 | 09/19 | 08/19 | 07/19 | 06/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scheduled ($) | - | - | - | - | - | - | - | - | - | - | - | - |
| Actual ($) | - | - | - | 0 | - | - | - | - | - | - | - | - |
| Balance ($) | - | - | - | 0 | - | - | - | - | - | - | - | - |

### DEROGATORY ACCOUNTS

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| B | B | N/A ▇▇▇ | 12/21 | --/-- 11/15 | $795 COLL | $795 - | $795 | - | - | - | - | COLLECTION EF |

CONSUMER DISPUTES THIS ACCOUNT INFORMATION; MEDICAL; ORIGINAL CREDITOR: MEDICAL PAYMENT DATA, ASSIGNED ON 04/19

### OTHER CREDIT HISTORY
*** NONE ***

### TRADE SUMMARY

The merge process is automated and the report may include some duplications and/or omissions. Inquiries regarding any disputed items should be directed to CERTIFIED CREDIT REPORTING customer service.

-

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**Certified Credit:** PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | | FNMA # | | DATE COMPLETED | 5/27/2022 | RQD' BY | GARRETT TODD |
|---|---|---|---|---|---|---|---|
| SEND TO | | NATIONAL TRUST LENDING | | DATE ORDERED | 5/27/2022 | | |
| | | CUST. # 6646A | | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | 7100 HAYVENHURST AVE STE 101 | | PRICE | | LOAN TYPE | |
| | | VAN NUYS, CA 91406 | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | MORANDI, KENNETH | CO-APPLICANT | |
| SOC SEC # | ▇▇▇ DOB ▇▇▇ | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

## TRADE SUMMARY

| | # | BALANCE | HIGH CREDIT | PAYMENTS | PAST DUE |
|---|---|---|---|---|---|
| MORTGAGE | 1 | 253859 | 239000 | 971 | 0 |
| AUTO | 0 | 0 | 0 | 0 | 0 |
| EDUCATION | 0 | 0 | 0 | 0 | 0 |
| OTHER INSTALLMENT | 2 | 9797 | 10925 | 344 | 0 |
| OPEN | 0 | 0 | 0 | 0 | 0 |
| REVOLVING | 6 | 1637 | 7100 | 130 | 0 |
| OTHER | 1 | 795 | 795 | 0 | 795 |
| TOTAL | 10 | 266088 | 257820 | 1445 | 795 |

| | | | |
|---|---|---|---|
| SECURED DEBT | 253859 | OLDEST TRADELINE | 03/07 |
| UNSECURED DEBT | 12229 | REVOLVING CREDIT UTILIZATION | 23% |
| | | TOTAL DEBT/HIGH CREDIT | 103% |

## DEROGATORY SUMMARY

| CHARGE OFFS: | 0 | 30 DAYS: | 0 | INQUIRIES: | 11 |
|---|---|---|---|---|---|
| COLLECTIONS: | 1 | 60 DAYS: | 0 | MOST RECENT LATE: | --/-- |
| BANKRUPTCY: | 0 | 90 DAYS: | 0 | DISPUTES: | 2 |
| PUBLIC RECORDS: | 0 | OTHER: | 0 | | |

## MORTGAGE SUMMARY

| | APPLICANT | CO-APPLICANT |
|---|---|---|
| # OF 30 DAY MTG DELINQ | 0 | |
| # OF 60 DAY MTG DELINQ | 0 | |
| # OF 90 DAY MTG DELINQ | 0 | |
| # OF INQUIRIES | 11 | |
| TRADELINE COUNT | 10 | |

## PUBLIC RECORDS
*** NONE ***

## INQUIRIES (LAST 120 DAYS)

| XP/EF | B | 05/17/22 | CERTIFIED CREDIT REPOR | FINANCE |
|---|---|---|---|---|
| TU | B | 05/17/22 | NATIONAL TRUST LENDI | MISC |
| XP/EF | B | 05/12/22 | CERTIFIED CREDIT REPOR | FINANCE |
| TU | B | 05/12/22 | NATIONAL TRUST LENDI | MISC |
| XP/EF | B | 05/03/22 | FACTUAL DATA | FINANCE |
| TU | B | 05/03/22 | ALLIED FIRST BANK | FINANCE/NONPERSONAL |
| TU | B | 04/02/22 | FB T/MERCURY | FINANCE |

ECOA KEY:   B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

Certified Credit: PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | | FNMA # | DATE COMPLETED | 5/27/2022 | RQD' BY | GARRETT TODD |
|---|---|---|---|---|---|---|
| SEND TO | | NATIONAL TRUST LENDING | DATE ORDERED | 5/27/2022 | | |
| | | CUST. # 6646A | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | 7100 HAYVENHURST AVE STE 101 | PRICE | | LOAN TYPE | |
| | | VAN NUYS, CA 91406 | REF. # | | | |

**PROPERTY ADDRESS**

| APPLICANT | | | CO-APPLICANT | | | |
|---|---|---|---|---|---|---|
| APPLICANT | MORANDI, KENNETH | | CO-APPLICANT | | | |
| SOC SEC # | ███████ | DOB ███████ | SOC SEC # | | DOB | |
| MARITAL STATUS | | | DEPENDENTS | | | |

### INQUIRIES (LAST 120 DAYS)

| XP | B | 03/29/22 | CORELOGIC CREDIT SOLUT | FINANCE |
|---|---|---|---|---|
| TU | B | 03/29/22 | GLOBAL EQUITY FINANC | FINANCE |
| EF | B | 03/29/22 | CREDCO | MISC |
| **XP**/TU/EF | B | 03/26/22 | CREDCO | FINANCE |

### SOURCE OF INFORMATION

1  EXPERIAN - PULLED ON: 05/27/22
   NAME: KEN MORANDI         DOB: ███
   SSN: ███
   ADDRESS: ███ - REPORTED 07/05 - 05/22
   ADDRESS: ███ - REPORTED 08/19
   ADDRESS: ███ - REPORTED 06/06 - 01/09
   EMPLOYER: ███ // - REPORTED 05/16
   EMPLOYER: ███ - REPORTED 11/06

2  TRANSUNION - PULLED ON: 05/27/22 - INFILE DATE: 04/01/82
   NAME: KENNETH C MORANDI
   NAME: MORANDI,KEN
   NAME: DOB: ███
   SSN: ███
   ADDRESS: ███ - REPORTED 07/05
   ADDRESS: ███ - REPORTED 06/06
   ADDRESS: ███ - REPORTED 07/19
   EMPLOYER: ███ /
   EMPLOYER: ███ //

3  EQUIFAX - PULLED ON: 05/27/22 - INFILE DATE: 03/10/83
   NAME: KENNETH C MORANDI  DOB: ███
   NAME: KENNETH CHARLES MORANDI
   SSN: ███
   ADDRESS: ███ - REPORTED 07/05 - 05/22
   ADDRESS: ███ - REPORTED 06/06 - 05/22
   ADDRESS: ███ - REPORTED 08/19 - 01/20

### EXPERIAN FRAUD SHIELD

*** FRAUD SHIELD ***
1 - MORANDI, KENNETH
* FROM 02/01/22 INQ COUNT FOR SSN - 6
* FROM 02/01/22 INQ COUNT FOR ADDRESS - 4
* INPUT SSN ISSUED 1973 - 1975

### REMARKS

1 - EXPERIAN MESSAGE: ICRAA REPORT

### MISCELLANEOUS INFORMATION

- Instant View Password: ███

- To verify the authenticity of this credit report, please visit https://certifiedcredit.meridianlink.com and click on the Instant View link. Enter ███ and password ███ to view the report. For any inquiries regarding this report or services provided by Certified Credit please contact us at 800-500-6117.

### CREDITORS

CAP 1 BANK               ,                                                                                     800-955-7070

ECOA KEY:  B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

Certified Credit: PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364
The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| FILE # | | FNMA # | DATE COMPLETED | 5/27/2022 | RQD' BY | GARRETT TODD |
|---|---|---|---|---|---|---|
| SEND TO | | NATIONAL TRUST LENDING | DATE ORDERED | 5/27/2022 | | |
| | | CUST. # 6646A | REPOSITORIES | XP/TU/EF | PRPD' BY | |
| | | 7100 HAYVENHURST AVE STE 101 | PRICE | | LOAN TYPE | |
| | | VAN NUYS, CA 91406 | REF. # | | | |
| PROPERTY ADDRESS | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | MORANDI, KENNETH | CO-APPLICANT | |
| SOC SEC # | ▮▮▮     DOB  ▮▮▮ | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

### CREDITORS

| | | |
|---|---|---|
| CAPITAL 1 BK | 11013 W BROAD ST, GLEN ALLEN VA 23060 | |
| CAPITAL ONE BANK | PO BOX 85064, GLEN ALLEN VA 23058 | 800-955-7070* |
| CBCInnovis | 875 Greentree Road, Pittsburgh, PA 15220 | 877-237-8317 |
| CBCINNOVIS | 875 PARKWAY CENTER, PITTSBURGH, PA 15220-3508 | 877-237-8317 |
| CENTEX | **SOME THRU VETERANS UNITED, 855-683-3101 | 888-480-2432 |
| CENTEX HOME EQUITY/NATION STAR MORT | 350 highland dr, LEWISVILLE, TX 75067 | 888-480-2432 MTG |
| CERTIFIED CREDIT REPOR | 1180 OLYMPIC DR, CORONA, CA 92881 | 951-371-3911 |
| CONSOL PLUS | 1875 SOUTH GRANT STREET SUITE 400, SAN MATEO, CA 94402 | 888-950-4829 |
| CREDCO | 12395 FIRST AMERICAN WAY, POWAY, CA 92064 | 800-637-2422 |
| CRTFDCRDT | 1180 OLYMPIC DR # 207, CORONA, CA 91719 | 909-3713911 |
| FA CREDCO | 12385 FIRST AMERIC, POWAY CA 92064 | 800-637-2422 |
| GEMB/AMAZO | PO BOX 981432, EL PASO, TX 79998-1432 | 866-634-8379 |
| LOANME INC. | , | 844-764-7368 |
| MERCURY CARD/BF&T | , | 866-686-2158 |
| MERCURY/FBT | , | 866-686-2158 |
| MERRICK | 10705 S JORDAN GTWY STE, SOUTH JORDAN UT 84095 | 800-657-1341 |
| MERRICK BANK CORP*** | PO BOX 9201, OLD BETHPAGE NY 11804 | 1-800-253-2322 |
| MERRICK BK*** | PO BOX 5000, DRAPER UT 84020 | 800-253-2322 |
| MISSION LANE | , | 855-570-3732 |
| NATIONSTAR mortgage | , | 888-480-2432 |
| SYNCB/AMAZON | PO BOX 965015, ORLANDO, FL 32896 | 866-634-8379 |

### DISCLAIMER

-
An asterisk (*) following the payment amount indicates the repositories have no payment data and that the amount was automatically calculated as a percentage of the account balance.

-
This is a report containing information supplied by the repositories listed above. The merge process is automated and the report may include some duplications and/or omissions. Inquiries regarding any disputed items should be directed to the creditor reporting the item, or to the appropriate repository service center(s) listed below.

-

**ECOA KEY:**   B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**Certified Credit: PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364**

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

| | | | | | | |
|---|---|---|---|---|---|---|
| **FILE #** | | **FNMA #** | **DATE COMPLETED** | 5/27/2022 | **RQD' BY** | GARRETT TODD |
| **SEND TO** | NATIONAL TRUST LENDING | | **DATE ORDERED** | 5/27/2022 | | |
| | CUST. # 6646A | | **REPOSITORIES** | XP/TU/EF | **PRPD' BY** | |
| | 7100 HAYVENHURST AVE STE 101 | | **PRICE** | | **LOAN TYPE** | |
| | VAN NUYS, CA 91406 | | **REF. #** | | | |
| **PROPERTY ADDRESS** | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| **APPLICANT** | MORANDI, KENNETH | **CO-APPLICANT** | |
| **SOC SEC #** ▓▓▓▓ **DOB** ▓▓▓▓ | | **SOC SEC #** | **DOB** |
| **MARITAL STATUS** | | **DEPENDENTS** | |

### DISCLAIMER

| EXPERIAN | TRANSUNION | EQUIFAX |
|---|---|---|
| PO BOX 2002 | PO BOX 2000 | PO BOX 740241 |
| ALLEN, TX 75013 | CHESTER, PA 19016 | ATLANTA, GA 30374 |
| 888-397-3742 | 800-916-8800 | 800-685-1111 |
| www.experian.com/reportaccess | transunion.com/myoptions | www.equifax.com/fcra |

*** END OF REPORT 10/22/2024 12:24:28 PM ***

**ECOA KEY:** B=BORROWER; C=CO-BORROWER; J=JOINT; U=UNDESIGNATED; A=AUTHORIZED USER; P=PARTICIPANT; S=CO-SIGNER; M=MAKER; X=DECEASED; I=INDIVIDUAL; T=TERMINATED

**Certified Credit:** PO BOX 2969, RANCHO CUCAMONGA, CA 91729 (P) 800-500-6117 (F) 800-500-5364

The information is furnished in response to an inquiry for the purpose of evaluating credit risks. It has been obtained from sources deemed reliable, the accuracy of which this organization does not guarantee. The inquirer has agreed to indemnify that reporting bureau for any damage arising from misuse of this information, and this report is furnished in reliance upon that indemnity. It must be held in strict confidence and complies with the provisions of Public Law 91-508, the Fair Credit Reporting Act. Reporting bureau certifies that all Residential Mortgage Credit Reports meet the standards prescribed by FNMA, FHMC, FHA, VA and the Farmers Home Administration.

NATIONAL TRUST LENDING  
7100 HAYVENHURST AVE STE 101  
VAN NUYS, CA 91406  
8008034603

REPORT #:

RETURN SERVICE REQUESTED

KENNETH MORANDI

**Your Credit Score and the Price You Pay for Credit**

| Your Credit Score | | |
|---|---|---|
| **Your credit score** | 725<br>Source: TRANS UNION | Model: TRANSUNION/FICO CLASSIC (04)<br>Date: 05/27/22 |

| Understanding Your Credit Score | |
|---|---|
| **What you should know about credit scores** | Your credit score is a number that reflects the information in your credit report.<br><br>Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors.<br><br>Your credit score can change, depending on how your credit history changes. |
| **How we use your credit score** | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| **The range of scores** | Scores range from a low of 309 to a high of 839.<br><br>Generally, the higher your score, the more likely you are to be offered better credit terms. |
| **How your score compares to the scores of other consumers** | Your credit score ranks higher than 46 percent of U.S. consumers. |
| **Key <u>factors</u> that adversely affected your credit score** | • TIME SINCE MOST RECENT ACCOUNT OPENING IS TOO SHORT<br>• LENGTH OF TIME REVOLVING ACCOUNTS HAVE BEEN ESTABLISHED<br>• TOO MANY ACCOUNTS WITH BALANCES<br>• PROPORTION OF BALANCES TO CREDIT LIMITS IS TOO HIGH ON BANK REVOLVING OR OTHER REVOLVING ACCOUNTS<br>• INQUIRIES IMPACTED THE CREDIT SCORE |

| Checking Your Credit Report | | |
|---|---|---|
| **What if there are mistakes in your credit report?** | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate. | |
| **How can you obtain a copy of your credit report?** | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br><br>To order your free annual credit report: | |
| | *By telephone:* | Call toll-free: 1-877-322-8228 |
| | *On the web:* | Visit <u>www.annualcreditreport.com</u> |
| | *By mail:* | Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's web site at <u>http://www.ftc.gov/bcp/conline/include/requestformfinal.pdf</u>) to:<br><br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| **How can you get more information?** | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's web site at www.consumerfinance.gov/learnmore. | |

**Notice to the Home Loan Applicant**

In connection with your application for a home loan, the lender must disclose to you the score that a consumer reporting agency distributed to users and the lender used in connection with your home loan, and the key factors affecting your credit scores.

The credit score is a computer generated summary calculated at the time of the request and based on information that a consumer reporting agency or lender has on file. The scores are based on data about your credit history and payment patterns. Credit scores are important because they are used to assist the lender in determining whether you will obtain a loan. They may also be used to determine what interest rate you may be offered on the mortgage. Credit scores can change over time, depending on your conduct, how your credit history and payment patterns change, and how credit scoring technologies change.

Because the score is based on information in your credit history, it is very important that you review the credit-related information that is being furnished to make sure it is accurate. Credit records may vary from one company to another.

If you have questions about your credit score or the credit information that is furnished to you, contact the consumer reporting agency at the address and telephone number provided with this notice, or contact the lender, if the lender developed or generated the credit score. The consumer reporting agency plays no part in the decision to take any action on the loan application and is unable to provide you with specific reasons for the decision on a loan application.

If you have questions concerning the terms of the loan, contact the lender.