# EXHIBIT 4



## APPRAISAL SERVICES SUMMARY
## COMPANY: United Wholesale Mortgage

| DATE | FILE ID | LOAN NUMBER |
|---|---|---|
| 5/27/2022 | ▮▮▮▮▮ | ▮▮▮▮▮ |

| PROPERTY INFORMATION | |
|---|---|
| Borrower: | Morandi, Kenneth |
| Property Address: | ▮▮▮▮▮ |

| DESCRIPTION | AMOUNT |
|---|---|
| ▮▮▮▮▮ | 575.00 |
| Credit Card Payment by GARRETT TODD on 5/19/2022<br>Transaction ID: ▮▮▮▮▮ | ($575.00) |
| | |
| Total Due: | $0.00 |

*[signature]*

SoCal Direct
16404 Shadow Court
La Mirada, CA 90638