**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Therisa D. Escue, Billy R. Escue, Jr., Kim Schelble, Brian P. Weatherill, Kenneth C. Morandi, Jill Jeffries, and Daniel Singh on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia,<br><br>        Defendants. | Case No. 2:24-cv-10853-BRM-DRG<br><br>Hon. Brandy R. McMillion,<br>United States District Judge<br><br>Hon. David R. Grand,<br>United States Magistrate Judge |

**INDEX OF EXHIBITS TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' CONSOLIDATED MOTION FOR RELIEF UNDER RULE 11, 28 U.S.C. § 1927, AND THE COURT'S INHERENT POWERS**

## INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| A | Declaration of Nick Gibbons, dated October 11, 2024 |
| B | Declaration of Nick Gibbons, dated January 24, 2025 |
| C | Declaration of Brandon Hubbard, dated June 20, 2025 |
| 1 | Notice of Electronic Filing, Complaint in 2:24-cv-10853-PDB-DRG Escue et al v. Ishbia et al. |
| 2 | Webscreen of Nasdaq statistics for UWM Holdings Corporation Class A Common Stock (March 25, 2024 - December 16, 2024) |
| 3 | "How We Crunched the Numbers Behind the UWM Investigation," published by Hunterbrook Media on April 2, 2024 |
| 4 | Transcript of Mathew Ishbia's Facebook Live Video, originally streamed on March 4, 2021 |
| 5 | Loan Officer Data of Garrett Todd |