# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THERISA D. ESCUE, BILLY R. ESCUE, JR., KIM SCHELBLE, BRIAN P. WEATHERILL, KENNETH C. MORANDI, JILL JEFFRIES, and DANIEL SINGH on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>UNITED WHOLESALE MORTGAGE, LLC, UWM HOLDINGS CORPORATION, SFS HOLDING CORP., and MATHEW RANDALL ISHBIA,<br><br>           Defendants. | Case No. 2:24-cv-10853-BRM-DRG<br><br>Hon. Brandy R. McMillion,<br>United States District Judge<br><br>Hon. David R. Grand,<br>United States Magistrate Judge |

## DECLARATION OF BRANDON C. HUBBARD

I, Brandon C. Hubbard, declare as follows pursuant to 28 U.S.C. § 1746:

    1.    I am an attorney with the law firm Dickinson Wright PLLC, counsel to Plaintiffs in the above-captioned action.  I am fully familiar with the facts set forth herein.

    2.    I make this Declaration based upon my personal knowledge, as informed by the documents attached hereto and my involvement in this matter.

1

3.      I submit this Declaration in connection with Plaintiffs' Opposition to Defendants' Consolidated Motion for Relief Under Rule 11, 28 U.S.C. § 1927, and this Court's Inherent Powers filed in the above-captioned matter (ECF No. 51).

4.      Attached hereto as Exhibit 1 is a true and correct copy of the Notice of Electronic Filing I received in connection with the filing of the Complaint in this action. Highlighting is added to the portion of the Notice of Electronic Filing reflecting the Complaint was filed at 5:42 PM on April 2, 2024.

5.      Attached hereto as Exhibit 2 is a true and correct copy of a webscreen from https://www.nasdaq.com/market-activity/stocks/uwmc/historical, which reflects the trading statistics of UWM stock from March 25, 2024 through December 16, 2024. Highlighting is added to cited portions of the document.

6.      Attached hereto as Exhibit 3 is a true and correct copy of an article titled "How We Crunched the Numbers Behind the UWM Investigation" published by Hunterbrook Media on April 2, 2024, as printed to pdf. format from Hunterbrook Media's website.  The article is publicly available at: https://hntrbrk.com/how-we-crunched-the-numbers-behind-the-uwm-investigation. Highlighting is added to cited portions of the document.

7.      Attached hereto as Exhibit 4 is a true and correct copy of a transcript of Matthew Ishbia's Facebook Live Video, originally aired on March 4, 2021 at: https://www.facebook.com/watch/live/?ref=watch_permalink&v=8451762030057.

This transcript was filed as an exhibit at ECF No. 63-1 in *Okavage Grp., LLC v. United Wholesale Mortg.*, Case 3:21-cv-00448-WWB-LLL (M.D. Fla.). Highlighting is added to cited portions of the document.

      8.      Attached hereto as Exhibit 5 is a true and correct copy of Garrett Todd's loan officer data from 2021-2023, retrieved from Modex.com on January 22, 2025. Modex is a company that provides comprehensive mortgage information. Highlighting is added to cited portions of the document.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2025.

 

Brandon C. Hubbard

3