# **EXHIBIT 1**

# Brandon C. Hubbard

| | |
|---|---|
| **From:** | cmecfadmin@mied.uscourts.gov |
| **Sent:** | Tuesday, April 2, 2024 5:43 PM |
| **To:** | do_not_reply@mied.uscourts.gov |
| **Subject:** | Complaint in 2:24-cv-10853-PDB-DRG Escue et al v. Ishbia et al |



**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Michigan

## Notice of Electronic Filing

The following transaction was entered by Hubbard, Brandon on 4/2/2024 at 5:42 PM EDT and filed on 4/2/2024

| | |
|---|---|
| **Case Name:** | Escue et al v. Ishbia et al |
| **Case Number:** | [2:24-cv-10853-PDB-DRG](#) |
| **Filer:** | Billy R. Escue, Jr. |
| | Kim Schelbe |
| | Brian P. Weatherill |
| | Therisa D. Escue |

**Document Number:** [1](#)
**Judge(s) Assigned:** Paul D. Borman (presiding), David R. Grand (referral)

**Docket Text:**
**COMPLAINT filed by All Plaintiffs against All Defendants with Jury Demand. Plaintiff requests summons issued. Receipt No: AMIEDC-9735583 - Fee: $ 405.** County of 1st Plaintiff: Out of State - County Where Action Arose: Oakland - County of 1st Defendant: Oakland. [Previously dismissed case: No] [Possible companion case(s): None] (Hubbard, Brandon)


**2:24-cv-10853-PDB-DRG Notice has been electronically mailed to:**

Brandon C. Hubbard     bhubbard@dickinsonwright.com, acumbow@dickinsonwright.com, stalarico@dickinsonwright.com

**2:24-cv-10853-PDB-DRG Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=4/2/2024] [FileNumber=11805229-0
] [0244856e638fc018326c616307c39d93b0a35ca4e039bbfb1db7b6fed140e9164e6
cf7210c54b85358d115b9fa66adc6aaf09cdf695d2e60135eccf1c46d8dc7]]