# EXHIBIT 2

Historical Quotes: UWMC

✎ Edit my quotes

**Quotes**
Summary
Charts

**News & Analysis**
News
Press Releases

**Data & Charts**
Dividend History
Historical Quotes
Historical NOCP
Financials
Earnings
P/E & PEG Ratios
Option Chain
Institutional Holdings
Insider Activity
SEC Filings
Revenue EPS





UWMC / Historical Quotes

# UWM Holdings Corporation Class A Common Stock (UWMC) Historical Quotes

1M  6M  YTD  1Y  5Y  **MAX**

⬇ Download historical data

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 12/16/2024 | $5.97 | 2,930,748 | $6.02 | $6.16 | $5.945 |
| 12/13/2024 | $6.02 | 4,346,730 | $6.26 | $6.28 | $5.945 |
| 12/12/2024 | $6.25 | 2,784,783 | $6.30 | $6.48 | $6.25 |
| 12/11/2024 | $6.32 | 2,499,479 | $6.19 | $6.33 | $6.13 |
| 12/10/2024 | $6.13 | 2,127,479 | $6.23 | $6.37 | $6.12 |
| 12/09/2024 | $6.28 | 2,718,849 | $6.46 | $6.4683 | $6.085 |
| 12/06/2024 | $6.47 | 2,634,191 | $6.34 | $6.515 | $6.325 |
| 12/05/2024 | $6.27 | 2,365,562 | $6.35 | $6.43 | $6.22 |
| 12/04/2024 | $6.34 | 2,342,353 | $6.50 | $6.53 | $6.265 |
| 12/03/2024 | $6.54 | 2,501,074 | $6.55 | $6.62 | $6.47 |
| 12/02/2024 | $6.56 | 2,637,050 | $6.50 | $6.61 | $6.36 |
| 11/29/2024 | $6.51 | 1,909,490 | $6.64 | $6.64 | $6.48 |
| 11/27/2024 | $6.56 | 2,985,658 | $6.51 | $6.65 | $6.49 |
| 11/26/2024 | $6.41 | 3,471,078 | $6.31 | $6.425 | $6.125 |
| 11/25/2024 | $6.42 | 4,325,983 | $6.31 | $6.64 | $6.27 |
| 11/22/2024 | $6.15 | 2,084,355 | $6.01 | $6.205 | $5.99 |
| 11/21/2024 | $6.02 | 1,889,371 | $6.08 | $6.21 | $6.00 |
| 11/20/2024 | $6.07 | 4,679,968 | $6.16 | $6.1992 | $5.83 |
| 11/19/2024 | $6.24 | 3,428,168 | $5.89 | $6.25 | $5.85 |
| 11/18/2024 | $5.91 | 3,700,504 | $5.80 | $5.925 | $5.67 |
| 11/15/2024 | $5.83 | 3,067,496 | $5.78 | $5.93 | $5.745 |
| 11/14/2024 | $5.74 | 3,121,647 | $5.90 | $5.96 | $5.70 |
| **11/13/2024** | **$5.90** | 4,015,203 | **$6.04** | $6.07 | $5.85 |
| 11/12/2024 | $6.02 | 3,170,166 | $6.11 | $6.19 | $5.99 |
| 11/11/2024 | $6.19 | 3,301,753 | $6.20 | $6.26 | $6.075 |

Show: 25 ⌄    ‹ 1 … 5  **6**  7 … 53 ›    126 - 150 of 1321

Historical Quotes: **UWMC**

✎ Edit my quotes

Quotes
Summary
Charts

News & Analysis
News
Press Releases

Data & Charts
Dividend History
**Historical Quotes**
Historical NOCP
Financials
Earnings
P/E & PEG Ratios
Option Chain
Institutional Holdings
Insider Activity
SEC Filings
Revenue EPS




UWMC / Historical Quotes

# UWM Holdings Corporation Class A Common Stock (UWMC) Historical Quotes

1M  6M  YTD  1Y  5Y  **MAX**

⬇ Download historical data

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 11/08/2024 | $6.23 | 3,625,010 | $6.14 | $6.25 | $6.03 |
| 11/07/2024 | $6.16 | 6,311,990 | $6.43 | $6.58 | $6.11 |
| 11/06/2024 | $6.63 | 5,804,515 | $6.70 | $6.70 | $6.255 |
| 11/05/2024 | $6.56 | 3,011,665 | $6.33 | $6.61 | $6.31 |
| 11/04/2024 | $6.38 | 3,296,378 | $6.30 | $6.515 | $6.30 |
| 11/01/2024 | $6.29 | 3,344,501 | $6.50 | $6.525 | $6.28 |
| 10/31/2024 | $6.44 | 3,292,384 | $6.59 | $6.6255 | $6.42 |
| 10/30/2024 | $6.61 | 3,892,946 | $6.53 | $6.72 | $6.515 |
| 10/29/2024 | $6.54 | 2,919,262 | $6.52 | $6.56 | $6.33 |
| 10/28/2024 | $6.63 | 2,634,740 | $6.66 | $6.68 | $6.52 |
| 10/25/2024 | $6.63 | 3,343,925 | $6.73 | $6.755 | $6.56 |
| 10/24/2024 | $6.69 | 2,078,976 | $6.60 | $6.72 | $6.58 |
| 10/23/2024 | $6.59 | 1,954,789 | $6.68 | $6.71 | $6.57 |
| 10/22/2024 | $6.75 | 2,801,218 | $6.87 | $6.89 | $6.70 |
| 10/21/2024 | $6.88 | 3,646,369 | $7.25 | $7.27 | $6.88 |
| 10/18/2024 | $7.29 | 1,349,128 | $7.38 | $7.40 | $7.27 |
| 10/17/2024 | $7.36 | 2,233,726 | $7.40 | $7.43 | $7.29 |
| 10/16/2024 | $7.40 | 2,920,519 | $7.53 | $7.56 | $7.37 |
| 10/15/2024 | $7.50 | 2,561,746 | $7.43 | $7.60 | $7.36 |
| 10/14/2024 | $7.40 | 1,853,550 | $7.33 | $7.44 | $7.2798 |
| 10/11/2024 | $7.38 | 2,646,861 | $7.22 | $7.38 | $7.165 |
| 10/10/2024 | $7.26 | 2,069,221 | $7.30 | $7.30 | $7.11 |
| 10/09/2024 | $7.33 | 2,376,916 | $7.38 | $7.52 | $7.30 |
| 10/08/2024 | $7.33 | 2,632,681 | $7.53 | $7.53 | $7.28 |
| 10/07/2024 | $7.36 | 3,546,656 | $7.50 | $7.52 | $7.29 |

Show: 25 ⌄         ‹  1 … 6  **7**  8 … 53  ›         151 – 175 of 1321

Historical Quotes: UWMC

Edit my quotes

Quotes
Summary
Charts

News & Analysis
News
Press Releases

Data & Charts
Dividend History
Historical Quotes
Historical NOCP
Financials
Earnings
P/E & PEG Ratios
Option Chain
Institutional Holdings
Insider Activity
SEC Filings
Revenue EPS




UWMC / Historical Quotes

# UWM Holdings Corporation Class A Common Stock (UWMC) Historical Quotes

1M  6M  YTD  1Y  5Y  **MAX**

⬇ Download historical data

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 10/04/2024 | $7.56 | 12,227,170 | $7.88 | $7.885 | $7.46 |
| 10/03/2024 | $7.86 | 5,046,810 | $8.00 | $8.03 | $7.81 |
| 10/02/2024 | $8.07 | 7,673,958 | $8.29 | $8.29 | $8.00 |
| 10/01/2024 | $8.33 | 1,882,930 | $8.56 | $8.56 | $8.29 |
| 09/30/2024 | $8.52 | 2,538,243 | $8.32 | $8.635 | $8.32 |
| 09/27/2024 | $8.39 | 1,362,045 | $8.45 | $8.46 | $8.33 |
| 09/26/2024 | $8.38 | 1,227,665 | $8.43 | $8.48 | $8.34 |
| 09/25/2024 | $8.40 | 2,158,441 | $8.57 | $8.59 | $8.34 |
| 09/24/2024 | $8.63 | 2,120,578 | $8.64 | $8.725 | $8.50 |
| 09/23/2024 | $8.63 | 3,893,818 | $8.60 | $8.72 | $8.505 |
| 09/20/2024 | $8.42 | 2,537,849 | $8.55 | $8.55 | $8.36 |
| 09/19/2024 | $8.51 | 2,758,660 | $8.97 | $8.97 | $8.455 |
| 09/18/2024 | $8.92 | 3,715,354 | $8.90 | $9.135 | $8.725 |
| 09/17/2024 | $8.94 | 1,734,688 | $9.14 | $9.17 | $8.93 |
| 09/16/2024 | $9.11 | 1,234,397 | $9.18 | $9.25 | $8.965 |
| 09/13/2024 | $9.14 | 2,106,859 | $8.99 | $9.17 | $8.96 |
| 09/12/2024 | $8.92 | 2,177,610 | $9.00 | $9.10 | $8.84 |
| 09/11/2024 | $8.95 | 1,356,191 | $8.77 | $8.99 | $8.66 |
| 09/10/2024 | $8.86 | 1,090,197 | $8.85 | $8.87 | $8.715 |
| 09/09/2024 | $8.82 | 1,690,740 | $8.80 | $8.94 | $8.77 |
| 09/06/2024 | $8.79 | 1,050,882 | $8.90 | $9.075 | $8.77 |
| 09/05/2024 | $8.94 | 1,683,377 | $9.20 | $9.24 | $8.88 |
| 09/04/2024 | $9.26 | 1,489,563 | $9.23 | $9.43 | $9.15 |
| 09/03/2024 | $9.16 | 1,074,934 | $9.38 | $9.45 | $9.16 |
| 08/30/2024 | $9.40 | 1,318,636 | $9.17 | $9.435 | $9.02 |

Show: 25 ▾        ‹  1 … 7  **8**  9 … 53  ›        176 - 200 of 1321

Historical Quotes: **UWMC**

✎ Edit my quotes

Quotes
Summary
Charts

News & Analysis
News
Press Releases

Data & Charts
Dividend History
Historical Quotes
Historical NOCP
Financials
Earnings
P/E & PEG Ratios
Option Chain
Institutional Holdings
Insider Activity
SEC Filings
Revenue EPS



UWMC / Historical Quotes

# UWM Holdings Corporation Class A Common Stock (UWMC) Historical Quotes

1M | 6M | YTD | 1Y | 5Y | **MAX**

⬇ Download historical data

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 08/29/2024 | $9.11 | 1,829,456 | $9.20 | $9.29 | $8.99 |
| 08/28/2024 | $9.16 | 1,416,613 | $9.31 | $9.34 | $9.105 |
| 08/27/2024 | $9.35 | 1,094,837 | $9.30 | $9.385 | $9.20 |
| 08/26/2024 | $9.33 | 1,959,589 | $9.57 | $9.61 | $9.29 |
| 08/23/2024 | $9.52 | 2,813,430 | $9.50 | $9.74 | $9.39 |
| 08/22/2024 | $9.40 | 1,997,790 | $9.43 | $9.52 | $9.305 |
| 08/21/2024 | $9.47 | 2,358,754 | $9.30 | $9.50 | $9.24 |
| 08/20/2024 | $9.24 | 2,005,817 | $9.13 | $9.43 | $9.09 |
| 08/19/2024 | $9.13 | 1,477,010 | $9.01 | $9.18 | $8.88 |
| 08/16/2024 | $9.04 | 2,000,030 | $8.94 | $9.26 | $8.94 |
| 08/15/2024 | $8.94 | 2,158,955 | $9.34 | $9.35 | $8.85 |
| 08/14/2024 | $9.29 | 3,161,314 | $8.85 | $9.31 | $8.66 |
| 08/13/2024 | $8.82 | 1,942,628 | $8.38 | $8.83 | $8.32 |
| 08/12/2024 | $8.25 | 1,511,425 | $8.39 | $8.47 | $8.125 |
| 08/09/2024 | $8.41 | 1,163,628 | $8.49 | $8.56 | $8.385 |
| 08/08/2024 | $8.47 | 2,490,112 | $8.26 | $8.69 | $8.25 |
| 08/07/2024 | $8.17 | 2,652,183 | $8.60 | $8.92 | $8.06 |
| 08/06/2024 | $8.50 | 3,038,102 | $8.26 | $8.665 | $8.07 |
| 08/05/2024 | $8.74 | 4,002,663 | $8.60 | $8.85 | $8.2956 |
| 08/02/2024 | $8.81 | 3,573,808 | $7.92 | $8.84 | $7.85 |
| 08/01/2024 | $8.15 | 1,310,597 | $8.36 | $8.49 | $8.075 |
| 07/31/2024 | $8.40 | 1,437,285 | $8.37 | $8.62 | $8.32 |
| 07/30/2024 | $8.33 | 1,708,721 | $8.27 | $8.355 | $8.14 |
| 07/29/2024 | $8.23 | 1,415,377 | $8.12 | $8.2663 | $8.08 |
| 07/26/2024 | $8.09 | 1,497,711 | $8.05 | $8.18 | $7.99 |

Show: 25 ▽    ‹  1 ... 8  **9**  10 ... 53  ›    201 - 225 of 1321

Historical Quotes: **UWMC**  ✎ Edit my quotes

Quotes
Summary
Charts

News & Analysis
News
Press Releases

Data & Charts
Dividend History
**Historical Quotes**
Historical NOCP
Financials
Earnings
P/E & PEG Ratios
Option Chain
Institutional Holdings
Insider Activity
SEC Filings
Revenue EPS

## UWMC / Historical Quotes
# UWM Holdings Corporation Class A Common Stock (UWMC) Historical Quotes

1M  6M  YTD  1Y  5Y  **MAX**          ⬇ Download historical data

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 07/25/2024 | $7.92 | 1,214,060 | $7.63 | $8.06 | $7.60 |
| 07/24/2024 | $7.60 | 893,037 | $7.73 | $7.82 | $7.55 |
| 07/23/2024 | $7.81 | 1,039,337 | $7.76 | $7.88 | $7.71 |
| 07/22/2024 | $7.78 | 874,157 | $7.92 | $7.92 | $7.745 |
| 07/19/2024 | $7.88 | 1,001,159 | $8.00 | $8.12 | $7.86 |
| 07/18/2024 | $8.03 | 1,284,528 | $8.05 | $8.34 | $7.945 |
| 07/17/2024 | $8.06 | 1,287,304 | $8.06 | $8.23 | $8.01 |
| 07/16/2024 | $8.19 | 2,045,127 | $7.97 | $8.24 | $7.90 |
| 07/15/2024 | $7.89 | 1,628,941 | $7.67 | $7.99 | $7.67 |
| 07/12/2024 | $7.66 | 1,742,883 | $7.49 | $7.76 | $7.47 |
| 07/11/2024 | $7.46 | 2,229,290 | $7.27 | $7.48 | $7.20 |
| 07/10/2024 | $7.09 | 1,305,860 | $6.89 | $7.10 | $6.85 |
| 07/09/2024 | $6.86 | 1,180,173 | $6.62 | $6.90 | $6.54 |
| 07/08/2024 | $6.62 | 1,056,197 | $6.86 | $6.87 | $6.62 |
| 07/05/2024 | $6.78 | 1,536,219 | $6.86 | $6.875 | $6.68 |
| 07/03/2024 | $6.91 | 1,017,333 | $6.86 | $6.95 | $6.75 |
| 07/02/2024 | $6.81 | 993,717 | $6.75 | $6.84 | $6.655 |
| 07/01/2024 | $6.75 | 1,113,476 | $6.94 | $6.98 | $6.63 |
| 06/28/2024 | $6.93 | 1,914,161 | $6.84 | $6.95 | $6.83 |
| 06/27/2024 | $6.83 | 723,241 | $6.78 | $6.86 | $6.75 |
| 06/26/2024 | $6.79 | 1,390,709 | $6.85 | $6.86 | $6.76 |
| 06/25/2024 | $6.88 | 805,957 | $7.06 | $7.06 | $6.865 |
| 06/24/2024 | $7.05 | 769,870 | $7.00 | $7.09 | $6.97 |
| 06/21/2024 | $6.97 | 1,597,877 | $6.93 | $7.05 | $6.85 |
| 06/20/2024 | $6.98 | 1,179,082 | $7.10 | $7.1311 | $6.95 |

Show: 25 ⌄         ‹ 1 … 9 **10** 11 … 53 ›          226 - 250 of 1321

Historical Quotes: UWMC

Edit my quotes

Quotes
  Summary
  Charts
News & Analysis
  News
  Press Releases
Data & Charts
  Dividend History
  Historical Quotes
  Historical NOCP
  Financials
  Earnings
  P/E & PEG Ratios
  Option Chain
  Institutional Holdings
  Insider Activity
  SEC Filings
  Revenue EPS



with 24-hour support.

UWMC / Historical Quotes

# UWM Holdings Corporation Class A Common Stock (UWMC) Historical Quotes

1M  6M  YTD  1Y  5Y  **MAX**

⬇ Download historical data

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 06/18/2024 | $7.26 | 1,232,272 | $7.37 | $7.37 | $7.245 |
| 06/17/2024 | $7.38 | 545,531 | $7.29 | $7.41 | $7.23 |
| 06/14/2024 | $7.30 | 691,010 | $7.25 | $7.40 | $7.235 |
| 06/13/2024 | $7.36 | 807,309 | $7.46 | $7.465 | $7.225 |
| 06/12/2024 | $7.42 | 1,376,359 | $7.51 | $7.785 | $7.39 |
| 06/11/2024 | $7.26 | 878,965 | $7.21 | $7.285 | $7.195 |
| 06/10/2024 | $7.26 | 794,823 | $7.30 | $7.325 | $7.18 |
| 06/07/2024 | $7.35 | 1,228,776 | $7.35 | $7.4606 | $7.33 |
| 06/06/2024 | $7.50 | 650,275 | $7.57 | $7.62 | $7.46 |
| 06/05/2024 | $7.61 | 1,107,042 | $7.60 | $7.665 | $7.53 |
| 06/04/2024 | $7.56 | 1,392,427 | $7.47 | $7.64 | $7.46 |
| 06/03/2024 | $7.52 | 1,331,123 | $7.41 | $7.56 | $7.33 |
| 05/31/2024 | $7.37 | 1,413,582 | $7.47 | $7.505 | $7.345 |
| 05/30/2024 | $7.41 | 1,802,084 | $7.21 | $7.44 | $7.14 |
| 05/29/2024 | $7.15 | 1,622,976 | $7.29 | $7.31 | $7.085 |
| 05/28/2024 | $7.42 | 2,003,034 | $7.34 | $7.51 | $7.30 |
| 05/24/2024 | $7.26 | 993,410 | $7.03 | $7.29 | $6.9957 |
| 05/23/2024 | $6.95 | 1,296,777 | $7.08 | $7.08 | $6.92 |
| 05/22/2024 | $7.02 | 1,335,775 | $7.17 | $7.22 | $6.99 |
| 05/21/2024 | $7.18 | 1,182,514 | $7.12 | $7.21 | $7.09 |
| 05/20/2024 | $7.15 | 1,513,912 | $7.15 | $7.215 | $7.105 |
| 05/17/2024 | $7.15 | 1,306,611 | $7.19 | $7.26 | $7.07 |
| 05/16/2024 | $7.22 | 1,354,227 | $7.34 | $7.355 | $7.18 |
| 05/15/2024 | $7.38 | 2,079,098 | $7.41 | $7.608 | $7.375 |
| 05/14/2024 | $7.35 | 2,152,981 | $7.08 | $7.36 | $7.05 |

Show: 25 ⌄     ‹  1 … 10  **11**  12 … 53  ›     251 – 275 of 1321

Historical Quotes: **UWMC**   ✎ Edit my quotes

Quotes
Summary
Charts

News & Analysis
News
Press Releases

Data & Charts
Dividend History
Historical Quotes
Historical NOCP
Financials
Earnings
P/E & PEG Ratios
Option Chain
Institutional Holdings
Insider Activity
SEC Filings
Revenue EPS


with 24-hour support.

UWMC / Historical Quotes

# UWM Holdings Corporation Class A Common Stock (UWMC) Historical Quotes

1M  6M  YTD  1Y  5Y  **MAX**    ⬇ Download historical data

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 05/13/2024 | $6.95 | 2,047,935 | $7.15 | $7.245 | $6.835 |
| 05/10/2024 | $7.10 | 2,009,912 | $7.48 | $7.54 | $7.01 |
| 05/09/2024 | $7.51 | 2,791,691 | $7.28 | $7.62 | $7.19 |
| 05/08/2024 | $7.15 | 2,047,357 | $7.03 | $7.19 | $7.00 |
| 05/07/2024 | $7.13 | 1,751,947 | $7.08 | $7.27 | $7.03 |
| 05/06/2024 | $7.08 | 1,818,835 | $6.87 | $7.15 | $6.87 |
| 05/03/2024 | $6.80 | 2,446,192 | $6.86 | $6.9535 | $6.69 |
| 05/02/2024 | $6.75 | 1,347,464 | $6.51 | $6.75 | $6.415 |
| 05/01/2024 | $6.39 | 1,471,346 | $6.30 | $6.55 | $6.30 |
| 04/30/2024 | $6.30 | 971,629 | $6.27 | $6.38 | $6.26 |
| 04/29/2024 | $6.33 | 1,259,668 | $6.45 | $6.52 | $6.28 |
| 04/26/2024 | $6.39 | 979,096 | $6.43 | $6.54 | $6.38 |
| 04/25/2024 | $6.39 | 2,202,703 | $6.40 | $6.465 | $6.22 |
| 04/24/2024 | $6.56 | 1,781,879 | $6.39 | $6.60 | $6.36 |
| 04/23/2024 | $6.41 | 1,469,706 | $6.23 | $6.44 | $6.23 |
| 04/22/2024 | $6.25 | 1,419,131 | $6.18 | $6.26 | $6.1493 |
| 04/19/2024 | $6.15 | 1,598,871 | $6.14 | $6.23 | $6.10 |
| 04/18/2024 | $6.17 | 1,055,687 | $6.18 | $6.255 | $6.13 |
| 04/17/2024 | $6.10 | 1,373,235 | $6.15 | $6.18 | $6.03 |
| 04/16/2024 | $6.11 | 1,028,464 | $6.03 | $6.13 | $5.98 |
| 04/15/2024 | $6.07 | 2,030,385 | $6.29 | $6.31 | $5.98 |
| 04/12/2024 | $6.28 | 1,121,893 | $6.28 | $6.41 | $6.26 |
| 04/11/2024 | $6.38 | 2,189,283 | $6.32 | $6.50 | $6.265 |
| 04/10/2024 | $6.26 | 2,790,094 | $6.50 | $6.60 | $6.185 |
| 04/09/2024 | $6.76 | 3,669,115 | $6.41 | $6.78 | $6.26 |

Show: 25 ⌄    ‹  1 … 11  **12**  13 … 53  ›    276 - 300 of 1321

Historical Quotes: **UWMC**  ✎ Edit my quotes

Quotes
Summary
Charts

News & Analysis
News
Press Releases

Data & Charts
Dividend History
**Historical Quotes**
Historical NOCP
Financials
Earnings
P/E & PEG Ratios
Option Chain
Institutional Holdings
Insider Activity
SEC Filings
Revenue EPS

UWMC / Historical Quotes

## UWM Holdings Corporation Class A Common Stock (UWMC) Historical Quotes

1M  6M  YTD  1Y  5Y  **MAX**     ⬇ Download historical data

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 04/08/2024 | $6.33 | 2,113,320 | $6.50 | $6.525 | $6.235 |
| 04/05/2024 | $6.45 | 2,191,461 | $6.38 | $6.58 | $6.32 |
| 04/04/2024 | $6.45 | 6,325,679 | $6.15 | $6.555 | $6.08 |
| 04/03/2024 | $6.10 | 6,132,987 | $6.01 | $6.16 | $5.86 |
| 04/02/2024 | $6.00 | 7,162,303 | $6.53 | $6.55 | $5.96 |
| 04/01/2024 | $6.56 | 4,347,970 | $7.27 | $7.27 | $6.55 |
| 03/28/2024 | $7.26 | 3,898,695 | $7.31 | $7.53 | $7.17 |
| 03/27/2024 | $7.21 | 1,958,582 | $7.36 | $7.415 | $7.155 |
| 03/26/2024 | $7.29 | 2,003,038 | $7.50 | $7.51 | $7.20 |
| 03/25/2024 | $7.43 | 1,990,802 | $7.60 | $7.75 | $7.43 |

Show: 10 ▾     ‹  1 ... 30  **31**  32 ... 133  ›     301 – 310 of 1321



with 24-hour support.

| Latest UWMC News

TECHNOLOGY
Compared to Estimates, UWM (UWMC) Q1 Earnings: A Look at Key Metrics
May 6, 2025 • Zacks

STOCKS
UWM Holdings Corporation (UWMC) Reports Q1 Loss, Tops Revenue Estimates
May 6, 2025 • Zacks