# EXHIBIT 4

# EXHIBIT A

Transcript of Matthew Ishbia
Facebook Live Video
March 4, 2021

Matt (00:00):

(Silence).

Matt (01:01):

Hi there. I'm Matt Ishbia, president and CEO of UWM. Welcome to Facebook Live. Thanks for being here with us. We're so excited to have you join. We've got some big announcements. I've got a couple of big things. I'm excited to tell you about, state of the industry, a new Jumbo mortgage, and even more.

Matt (01:14):

But before, I wanted to say thank you. Proud to be part of the family, the broker family. I'm all in with you guys. You're all in with us. I'm proud to be part of it and excited about our future together, as a team, as a family.

Matt (01:25):

Now, as you guys know, I'm out there as much as possible, broker family, faster, easier, cheaper. We're all in for mortgage brokers, helping independent mortgage companies succeed. Whether it's a national press or on national television, or I'm always putting out findamortgagebroker.com. Help the brokers win. Brokers are best for consumers, brokers are best for realtors, Superbowl commercial. We did that help you grow. We're all in. There's no other way to say it. Educating realtors and consumers, we're helping them realize that you're the best place to go, to independent mortgage companies, the mortgage brokers.

Matt (01:57):

And so our goal, my goal, 33% mortgage broker market share by 2025. Right now, it's anywhere between 17% and 22%, depending on what numbers you look at, but brokers are growing and we're going to grow together as a family. You guys have a huge advantage over retail because you have options. You have options to different lenders, return times, pricing. And you're always going to have options. There's 75 amazing wholesale lenders out there in the industry. There'll be 75 amazing wholesalers, and there may be more in the future. Options are key. You have an advantage because it's faster, it's easier, and it's cheaper.

Matt (02:28):

Technology investment... And what we're trying to do with brokers and you guys know this is helping you dominate, help make you invincible, give you access to marketing, give you access to technology, so you can compete with the biggest lenders in America. We're here to help support you, so you can continue to win because we already know you're cheaper. You have a better price, because you're in wholesale, but how do we make it faster, easier? And that's what we're going to continue investing. I got some big technology rollouts coming soon, but we're not going to talk about that stuff today. I got three big things I want to talk about today with you guys.

Matt (02:52):

First thing is this, Prime Jumbo. The UWM Prime Jumbo is back. We're pivoted to a simplified, easy, one-stop product where you can run it through DU. And boom, just like high balance nationwide, you're good to go. Run it through to you. There's a couple of overlays, but a lot less because appendix Q, right?

Page 1 of 6

That's gone away where you don't have to follow those. So we have less overlays than the old high balance nationwide and jumbled bank buster.

Matt (03:18):

But now you have one program called the Prime Jumbo, with amazing pricing, right? $2 million loan amounts up to an 89.99 LTV on purchases and rate and terms, and probably over 80 on cash out. We're trying to get that too. So that's the last little piece we're working on. This is coming live March 17th. One product, run through to you, simplified, great pricing, 45 DTI, 89.99 LTV. Brokers, we're going to win. We're going to go help those Jumbo borrowers because pre-COVID, we were great on Jumbo. You were great Jumbo. We kind of backed off on it during COVID. Now, it's back.

Matt (03:50):

Now, we have the full suite of products again at UWM, from FHA, to VA, to conventional, of course, as you guys know now, Prime Jumbo back in about two weeks, March 17. So be on the lookout. We're real excited about that opportunity.

Matt (04:03):

Now speaking about products. Conquests, one of the best products in America, consistently has been great, helped little brokers' close loans fast, helped you win retail loans. It's been great. It's had its time and place. It's been successful, very successful, but now we're going to pivot. We're going to pivot here at UWM. We're all going to be pivot together. Conquest will still be out there, but our regular programs, our elite programs, our non-elite programs, our regular conventional FHA, VA, all those programs. Those are going to be the focus, simplifying the rate sheet, making our rate policies, our rate sheet policies, rate lock policies better, to use the way we always had it.

Matt (04:41):

That's back. And on top of it, the pricing's substantially sharper across the board. IPO 61 is over. The 61 basis points is now in the rate sheet, right? IPO 61 is over. 61 basis points in this rate sheet, like I just said. Self-employed now, that matters. Three borrower, three properties. You're good, right? There's no more complexities. It's simple. Use our regular pricing elite and not elite. You're good to go with UWM. 61 basis points in the pricing. Lock plus 12 is now in there too. You can lock on 30, 45, 60 day locks, whatever you want. There's higher rate ranges.

Matt (05:13):

So if you want to have a little more premium on there, it's out there. Also, I'm throwing in more pricing on our 40 to 50 basis points on top of the 61. We are going to be, if you look at the pricing that's going to come out, will probably the best price until everyone else chases us, which is great.

Matt (05:26):

I'm fine with it. We're not going to try to be the best price. We're going to try to be very consistent. The 61 basis points is in. Another 40 to 50 on top of that, we are going to grow together. 2.99%, 2.75%, those are real rates right now. The refi boom didn't go anywhere. It's still here. Take advantage of with UWM. Purchases have been off the charts right now. We're been blowing up a purchase. Now you can use them on all your loans with UWM. Do you want investment properties? Right? We couldn't do that on Conquest. Now, you're good. Investment price. There's no 18 month requirement anymore. That's done. That was Conquest. You can do all your loans with UWM, investment properties, cash outs, higher

Page 2 of 6

rate ranges, lower ranges, whatever you need, self-employed. You don't need a 760 FICO, 740 FICO self employed. You're good to go.

Matt (06:11):

Our high balanced pricing's really sharp. Our 15 year pricing really sharp. We're going to knock these loans out extremely fast. It's March 4th. Guess what? We're closing these loans this month. Every one of these loans, bring them on in. Let's dominate. Let's finish the quarter strong. Let's continue to grow as a team. We went public. We talked about that. We have access to resources. It's time to turn it on. It's game on for all of us. Now like I said, we're going to be consistent on pricing across the board.

Matt (06:35):

Our competitors are going to follow us. So even for the brokers that don't use UWM, they got a big boost today because all the other brokers, all of the lenders, will follow our pricing. So if you look at pricing yesterday and then look at it tomorrow, watch the differences. Watch how everyone else has to sharpen to keep up with UWM. So we're helping the whole broker channel. Why would we do that? Because we're separating retail from wholesale. Enough of this talk that retail is close to competing with us. And how do we go... It's over. It was a moment in time. The market was crazy. Margins were different. Moment in time.

Matt (07:02):

Brokers are dominating. We're taking over the market. There's no stopping brokers. We're going to win together as a family. I'm all in. You're all in. We're all in together. So look out for the ratio at 12:15 PM. Couple of minutes from now, it's going to be out there. It's live, get ready.

Matt (07:17):

Our competitors will follow us down. Whether you work with us or not, everyone's getting the advantage. If you're a broker you want in. You know who just lost? Retail, the retail loan officers. They're struggling. They're going to struggle because we just widen the gap. Service, technology, pricing. It's all there with UWM. Let's dominate together. We're all in.

Matt (07:33):

We're going to continue to talk about findamortgagebroker.com. We're going to continue to help you grow. We're all in for mortgage. Faster, easier, cheaper, educate realtors, help everyone win. We want to continue to help you have a significant advantage over the retail channel. So our pricing's sharp. Look at it. It's going to be great. Now, I've got another big announcement before we go, because I got a couple of big things. There's three big things. One was Jumbo. Prime Jumbo was huge. Okay, it's going to be great. The pricing is game over, right? Let's do this. Let's take it to another... We're excited about it. Hopefully, you are too. Take a look at it. Everyone's going to be excited.

Matt (08:03):

We're going to take loans. We're going to dominate for you, help you grow. Now there's no float downs. Just be clear. Can't float down to loans. You can't switch from... It's for new locks. That's what the new pricing's for, but we're going to grow with together as a team, as a family. And so, we're very excited about this.

Matt (08:18):

Now, before we get to the last point, as I'm talking about you growing and you succeeding, before I get to the last point, pricing is great we talked about. Success tracks coming back, training, coaching, helping you get better. I want to just point out a couple things. We've been doing it virtually, but back in May and June, coming up in May and June, we're bringing everyone back out here. You're welcome to come back out. We're going to have hundreds of people here a week.

Matt (08:37):

Obviously, we'll do the social distance. Make sure everyone's feeling comfortable and safe, but we're getting ready to go. We're ready to dominate together. And so on top of that, we added a partner services team. So you guys know as brokers are trying to grow, a lot of retail branch services or whatever they call it. Like we have partner services. You need help recruiting new LOs? We got you. You need help licensing? We got you. You need to help culture, training? We've got it. Marketing and branding. You need help with your website? We got it. Technology. We are trying to make the brokers invincible. Our technology, your team, our services. We're going to win together.

Matt (09:07):

Now, the last thing I want to talk about before we go, and this is a big one is important because listen, big goals, big goals, big responsibilities on all of us, 33% mortgage broker channel by 2025. We're going to get there as a family.

Matt (09:22):

What's going to stop us? Nothing's stopping us. We're getting there. We're getting there together. So you guys know. Now, what can slow us down? One thing is if loan officers don't come to the broker channel or even leave the broker channel, go to a retail channel, that would hurt us. That would hurt you. That would hurt all of us together. Or that's the thing about purchases, where we all dominate. What if real estate agents stop referring business to brokers? What if they try to cut the loan officers and the brokers out, right?

Matt (09:45):

Or if a consumer came to a broker then left and never came back, didn't refer people to you, bad experience with a broker. Like what can we do? Those things would hurt us. Well, let me talk about something. There's two companies out there that are hurting the wholesale channel.

Matt (10:01):

At UWM, we only grow if you grow. I've got no chance. I've got 8,500 plus people here. We win when you win, and always win together. But there's two companies out there hurting the wholesale channel. Specifically, Fairway Independent. They have a wholesale company called Fairway Independent Wholesale. They're out there soliciting loan officers and talking negatively about brokers right now. They're calling, trying to steal your loan officers. They are soliciting them. They're aggressive and they're not doing right by the broker channel, but some of our brokers are still referring them loans, sending them loans. That's not good.

Matt (10:32):

Loan officers, we don't want them leaving. We want them coming to us, not leaving. Fairway Independent is out there trying to hurt the wholesale channel. The other companies, Rocket Mortgage

Page 4 of 6

30, they're going after real estate agents. They're trying to cut the loan officer out. They're paying real estate agents to get licensed and then paying them 50 basis points.

Matt (10:49):

Like I don't know what is RESPA compliant, not my job to figure that out, paying them 50 basis points to cut the loan officer out. Just refer it right to Rocket's partnership team. Cut the brokers out, cut the loan officers out. That's not good. That's not good for us. That's not what we want. Same thing with the... We all know Rocket Mortgage solicits your past clients and solicits that... And once again, these are their business models. Fairway Independent, Rocket Mortgage. Whatever they want to do, they can do. As long as they play by the rules, it's their rules, their world.

Matt (11:16):

But that's not my business model. My business model is helping you win. Helping the family grow, being all in for brokers. And once again, I can't stop other people's business models. But what I can do is I can control my business model. So I'm starting today and saying at UWM, we're not helping those that helped them. If you work and send loans and send business to Fairway Independent or Rocket Mortgage, which by the way is about 25% of the broker channel works with either of those lenders. So 75%, you can ignore this whole point. But I want to point it out, 25% work with those lenders. If you work with them, can't work with UWM anymore, effective immediately. So you can't work with UWM if you work with those guys, because you know what, I can't stop you, but I'm not going to help you help the people that are hurting the broker channel. And that's what's going on right now.

Matt (12:05):

We don't need to fund Fairway Independent or Rocket Mortgage to try to put brokers out of business. We don't need to do that. If you want to do that, it's your own deal. No hard feelings, but at UWM, can't work with UWM anymore. So the owners, you have until March 15th to sign an addendum saying you're not working with those two lenders. There's other lenders, by the way. There's 75 great lenders. There's other lenders I don't agree with their business practices, but these two are going after the broker channel. And so, we're not helping them anymore. You have until March 15th to sign the addendum. And if you don't sign the addendum that, hey, I'm not working with them, that's no problem.

Matt (12:37):

You and nobody at your company will work with UWM anymore. And that's okay. There's no hard feelings, right? I don't have a problem. You can accept the addendum. You can decline the addendum, which basically says I don't want to work with UWM. Or you can accept that and say, I have some loans to close out because we don't want you to not close out the loans. Close out your loans, take care of consumers. Even if you decline the addendum and the longevity of UWM, we're not going to hurt a consumer. Close every one of those loans with you, we're here to help and do the right thing.

Matt (12:59):

But going forward, I'm not supporting brokers with our technology, with our services, with our passion for the broker channel, with our recruiting, with all the things, they're going to hurt the rest of the broker channel by funding the competition of brokers, the competition of the wholesale channel. And so, here's the question. Are you all in? Are you out? Are you in or are you out?

Matt (13:18):

If you're in, like I said, most of you guys, don't worry. This is what I think. There's 75 great lenders out there. You need to have options, but there's two that are out there hurting the channel. And so, what do we think about is this. You can pick us and the 73 other lenders, or you can pick those others and not UWN, either way. Oh, well, one of them has great price? Providence has the best pricing, right? Like there's nothing that those two lenders do for brokers that the other 73 lenders don't do. And so today, we're taking a stand. We're saying we're all in. Now, what's the response?

Matt (13:49):

I mean, this is great for the whole broker challenge, to be honest with you. Because I love brokers either way. Even if you don't pick us, I still love you because I'm supportive of the channel. I'm excited for the channels of growth, but here's the reality. Today, after our rate sheet or maybe tomorrow, Rocket Mortgage and Fairway Independent, you know what they are going to do? Sharpen their pricing another 100 basis points, because they just lost 80% of their business potentially, right? Because we think 80% to 90% of brokers are going to say, hey, we're sticking with UWM and the other 73 lenders that are out there trying to help us grow, not with the people that are trying to put us out of business.

Matt (14:17):

So for the 10% that stay with them, hey, you're going to get some great pricing. And then as soon as they know you're gone and UWM's out of it, they'll probably back off their pricing and change it. But hey, that's your decision. That's what they're going to do. They're going to sharpen pricing, go [inaudible 00:14:31]. If you want great pricing, there's a lot of great lenders. Our pricing is really sharp today and it's going to be really sharp going forward. But like I said, these guys just lost 70%, 80%, 90% of their business. They're going to make some massive changes right away. And so I know that. You know that, but who are you all in with? Are you all in with the brokers or are you all in with the people trying to put brokers out of business? And so today, I'm all in with you.

Matt (14:51):

I'm all in with the brokers and I'm going to always be all in. That's what we're doing. Our pricing, extremely sharp today. It's going to be consistently sharp. We're going to help you win more loans. We're going to help you grow in the purchase market. We're not going to hurt you on the realtors. We're going to help you with the realtors. We're not going to hurt loan officers. We're going to help you get more loan officers. We're going to help you with your consumers in Brand 360, our new technology. I've got some big tech stuff coming out. We're going to continue to invest, not hundreds of millions, billions of dollars into the broker channel and the technology behind it.

Matt (15:20):

That's how we got here. And that's how we're all going to get there together. So take a look at it. Our amazing pricing, it's out. Jumbo is coming soon. And then the question is, you all in? You all in with the broker channel, because I'm all in, we're all in together as a family. Thanks for joining me. Talk to your [inaudible 00:15:36]. If you have any questions, you can reach out to us. We're excited, #allin. I know people are thinking, like that's how we're going to do it. I'm all in. You're all in. Let's dominate. We're going to grow the broker channel. We're going to grow every single loan officer just watch us. We're going to win together. I'm excited to do it with you as a family. Have a great day.