# EXHIBIT 5



LOAN OFFICER
## Garrett Todd

NMLS ID
356437

**Employment**

MAIN OFFICE
Katzman Enterprises
7100 Hayvenhurst Ave. #101, Van Nuys, CA 91406

| LICENSED EMPLOYMENT HISTORY | 10 YEAR LICENSING HISTORY | CURRENT EMPLOYMENT |
|---|---|---|
| 13 years | 3 companies | 7 years |

**Mortgage Metrics**

2021

| Total Volume | Average Monthly | Average Loan | Total Units |
|---|---|---|---|
| $106.55m | $8,879,465 | $598,616 | 178 |

**Volume**

| | |
|---|---|
| December 2021 | $7,054,903 (11 | 6.6%) |
| November 2021 | $9,937,015 (13 | 9.3%) |
| October 2021 | $9,055,750 (16 | 8.5%) |
| September 2021 | $7,627,250 (13 | 7.2%) |
| August 2021 | $9,325,755 (14 | 8.8%) |
| July 2021 | $8,865,500 (13 | 8.3%) |
| June 2021 | $9,307,850 (17 | 8.7%) |

**Loan Types**

| | |
|---|---|
| Conventional | $103.90m (173 | 97.5%) |
| FHA | $1,688,892 (3 | 1.6%) |
| VA | $960,100 (2 | 0.9%) |

**Transaction Type**

| | |
|---|---|
| Refinance | $77.87m (139 | 73.1%) |
| Purchase | $28.68m (39 | 26.9%) |

**Property Cities**

| | |
|---|---|
| Other | $49.16m (84 | 46.1%) |
| Los Angeles, CA | $11.17m (19 | 10.5%) |
| San Diego, CA | $9,267,800 (16 | 8.7%) |
| North Hollywood, CA | $8,429,643 (15 | 7.9%) |
| Northridge, CA | $7,423,115 (11 | 7.0%) |
| Granada Hills, CA | $6,289,100 (10 | 5.9%) |
| Porter Ranch, CA | $4,990,500 (7 | 4.7%) |

**Property Type**

| | |
|---|---|
| Single Family Residence | $70.11m (110 | 65.8%) |
| Condominium Unit | $12.39m (26 | 11.6%) |
| Multi Family Dwelling | $9,931,000 (19 | 9.3%) |
| Planned Unit Development | $8,550,250 (12 | 8.0%) |
| Residential | $3,030,750 (6 | 2.8%) |
| Unknown | $1,688,892 (3 | 1.6%) |
| Second Home | $850,000 (2 | 0.8%) |

**Reverse Mortgages**

| | |
|---|---|
| Forward Mortgage | $106.55m (178 | 100.0%) |

**Title Companies**

| | |
|---|---|
| STEWART TITLE OF CA INC | $48.79m (85 | 45.8%) |
| Other | $19.53m (26 | 18.3%) |
| STEWART TITLE COMPANY | $15.06m (27 | 14.1%) |
| CALIFORNIA BEST TITLE | $10.60m (21 | 10.0%) |
| CHICAGO TITLE COMPANY | $3,108,000 (3 | 2.9%) |
| CALIFORNIA TITLE COMPANY | $3,027,000 (3 | 2.8%) |
| LAWYERS TITLE COMPANY | $1,921,000 (4 | 1.8%) |

**Lender Beneficiary**

| | |
|---|---|
| United Shore Financial Services, LLC | $97.89m (167 | 91.9%) |
| Flagstar Bank, FSB | $5,266,550 (3 | 4.9%) |
| Loanstar Home Lending | $2,400,000 (1 | 2.3%) |
| Royal Pacific Funding Corporation | $996,000 (2 | 0.9%) |

**Banked/Brokered**

| | |
|---|---|
| Brokered | $106.20m (177 | 99.7%) |
| Banked | $350,000 (1 | 0.3%) |



LOAN OFFICER
**Garrett Todd**

NMLS ID
356437

**Employment**

MAIN OFFICE
Katzman Enterprises
7100 Hayvenhurst Ave. #101, Van Nuys, CA 91406

| LICENSED EMPLOYMENT HISTORY | 10 YEAR LICENSING HISTORY | CURRENT EMPLOYMENT |
|---|---|---|
| 13 years | 3 companies | 7 years |

**Mortgage Metrics**

2022

| Total Volume | Average Monthly | Average Loan | Total Units |
|---|---|---|---|
| $45.83m | $3,819,229 | $645,504 | 75 |

**Volume**

| December 2022 | $2,282,750 (4 | 5.0%) |
|---|---|
| November 2022 | $330,000 (1 | 0.7%) |
| October 2022 | $1,260,000 (3 | 2.8%) |
| September 2022 | $2,394,469 (4 | 5.2%) |
| August 2022 | $3,353,750 (5 | 7.3%) |
| July 2022 | $1,238,000 (2 | 2.7%) |
| June 2022 | $5,245,850 (8 | 11.5%) |

**Loan Types**

- Conventional — $45.83m (71 | 100.0%)
- Unknown — $0 (4 | 0.0%)

**Transaction Type**

- Refinance — $25.26m (43 | 55.1%)
- Purchase — $20.57m (28 | 44.9%)
- Unknown — $0 (4 | 0.0%)

**Property Cities**

- Other — $26.25m (42 | 57.3%)
- North Hollywood, CA — $3,190,000 (5 | 7.0%)
- San Diego, CA — $2,751,331 (6 | 6.0%)
- Glendale, CA — $2,500,000 (4 | 5.5%)
- Sylmar, CA — $2,153,000 (3 | 4.7%)
- Granada Hills, CA — $1,957,000 (3 | 4.3%)
- Pasadena, CA — $1,920,000 (2 | 4.2%)

**Property Type**

- Single Family Residence — $25.63m (40 | 55.9%)
- Multi Family Dwelling — $7,345,500 (14 | 16.0%)
- Planned Unit Development — $6,410,600 (7 | 14.0%)
- Condominium Unit — $4,833,392 (9 | 10.5%)
- Unknown — $821,750 (1 | 1.8%)
- Residential — $789,250 (3 | 1.7%)
- Second Home — $0 (1 | 0.0%)

**Reverse Mortgages**

- Forward Mortgage — $45.83m (75 | 100.0%)

**Title Companies**

- STEWART TITLE OF CA INC — $13.79m (23 | 30.1%)
- STEWART TITLE COMPANY — $11.25m (20 | 24.6%)
- Other — $9,506,087 (14 | 20.7%)
- LAWYERS TITLE — $4,588,000 (6 | 10.0%)
- WESTERN RESOURCES TITLE — $1,744,400 (2 | 3.8%)
- LENNAR TITLE INC — $1,347,000 (2 | 2.9%)
- PROGRESSIVE TITLE COMPANY — $1,321,250 (2 | 2.9%)

**Lender Beneficiary**

- United Shore Financial Services, LLC — $44.04m (68 | 96.1%)
- Flagstar Bank, FSB — $1,795,000 (3 | 3.9%)
- Unknown — $0 (4 | 0.0%)

**Banked/Brokered**

- Brokered — $45.83m (75 | 100.0%)

