APPENDIX

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Case No. 2:24-cv-10853-BRM-DRG

INDEX OF EXHIBITS

REPLY IN SUPPORT OF DEFENDANTS' CONSOLIDATED
MOTION FOR RELIEF UNDER RULE 11, 28 U.S.C. § 1927,
AND THIS COURT'S INHERENT POWERS

| Ex. | Exhibit Description |
|---|---|
| 1 | Nasdaq Data for UWM Holdings Corporation Class A Common Stock (UWMC) |
| 2 | Bloomberg Finance L.P. Point-in-Time Data for UWM Holdings Corporation Class A Common Stock (UWMC) |
| 3 | "*620 Credit Score: Is it Good or Bad?*" published by Experian |
| 4 | Fannie Mae Webpage – "*General Requirements for Credit Scores*" |