# EXHIBIT 1

Nasdaq   Market Activity   Insights   Solutions   About

**$4.10**  -0.09 -2.15%
Jun 29, 2025

**Key:**
(1) On April 2, 2024, UWM's stock value opens at $6.53.
(2) UWM's trading volume increases, with nearly 3 million more trades than the day before.
(3) UWM's stock value closes at $6.00.
(4) The next day, April 3, 2024, UWM's stock value dips to a low of $5.86.

Alerts   Market: Closed

**UWM Holdings Corporation Class A Common Stock (UWMC)**
Volume: 9,286,593   52 Week Range: 3.80 - 9.74

Historical Quotes: UWMC                                                                 Edit my quotes

## UWMC / Historical Quotes
## UWM Holdings Corporation Class A Common Stock (UWMC) Historical Quotes

1M   6M   YTD   1Y   5Y   MAX                                                            ⬇ Download historical data

| Date | Close/Last | Volume | Open | High | Low |
|---|---|---|---|---|---|
| 04/16/2024 | $6.11 | 1,028,464 | $6.03 | $6.13 | $5.98 |
| 04/15/2024 | $6.07 | 2,030,385 | $6.29 | $6.31 | $5.98 |
| 04/12/2024 | $6.28 | 1,121,893 | $6.28 | $6.41 | $6.26 |
| 04/11/2024 | $6.38 | 2,189,283 | $6.32 | $6.50 | $6.265 |
| 04/10/2024 | $6.26 | 2,790,094 | $6.50 | $6.60 | $6.185 |
| 04/09/2024 | $6.76 | 3,669,115 | $6.41 | $6.78 | $6.26 |
| 04/08/2024 | $6.33 | 2,113,320 | $6.50 | $6.525 | $6.235 |
| 04/05/2024 | $6.45 | 2,191,461 | $6.38 | $6.58 | $6.32 |
| 04/04/2024 | $6.45 | 6,325,679 | $6.15 | $6.555 | $6.08 |
| 04/03/2024 | $6.10 | 6,132,987 | $6.01 | $6.16 | $5.86 ⁴ |
| 04/02/2024 | $6.00 ³ | 7,162,303 | $6.53 ¹ | $6.55 | $5.96 |
| 04/01/2024 | $6.56 | 4,347,970 ² | $7.27 | $7.27 | $6.55 |
| 03/28/2024 | $7.26 | 3,898,695 | $7.31 | $7.53 | $7.17 |
| 03/27/2024 | $7.21 | 1,958,582 | $7.36 | $7.415 | $7.155 |
| 03/26/2024 | $7.29 | 2,003,038 | $7.50 | $7.51 | $7.20 |
| 03/25/2024 | $7.43 | 1,990,802 | $7.60 | $7.75 | $7.43 |
| 03/22/2024 | $7.62 | 2,157,271 | $7.47 | $7.66 | $7.38 |
| 03/21/2024 | $7.49 | 2,595,886 | $7.18 | $7.55 | $7.15 |