# EXHIBIT 2

**UWMC US Equity**

| Date | Open | High | Low | Close |
|---|---|---|---|---|
| 4/3/2024 10:00 | 5.985 | 6 | 5.985 | 5.99 |
| 4/3/2024 9:59 | 5.97 | 5.98 | 5.97 | 5.98 |
| 4/3/2024 9:58 | 5.975 | 5.98 | 5.975 | 5.975 |
| 4/3/2024 9:57 | 5.985 | 5.9899 | 5.96 | 5.97 |
| 4/3/2024 9:56 | 5.985 | 5.985 | 5.985 | 5.985 |
| 4/3/2024 9:55 | 6 | 6.01 | 5.99 | 5.99 |
| 4/3/2024 9:54 | 5.995 | 6.005 | 5.985 | 5.995 |
| 4/3/2024 9:53 | 5.985 | 6.01 | 5.985 | 5.995 |
| 4/3/2024 9:52 | 5.965 | 5.99 | 5.965 | 5.9899 |
| 4/3/2024 9:51 | 6.015 | 6.02 | 5.965 | 5.965 |
| 4/3/2024 9:50 | 6.04 | 6.05 | 6.015 | 6.02 |
| 4/3/2024 9:49 | 6.03 | 6.03 | 6.0206 | 6.03 |
| 4/3/2024 9:48 | 6.0588 | 6.0588 | 6.02 | 6.03 |
| 4/3/2024 9:47 | 6.0499 | 6.08 | 6.04 | 6.055 |
| 4/3/2024 9:46 | 5.975 | 6.05 | 5.975 | 6.05 |
| 4/3/2024 9:45 | 5.965 | 5.99 | 5.965 | 5.975 |
| 4/3/2024 9:44 | 5.975 | 5.975 | 5.96 | 5.965 |
| 4/3/2024 9:43 | 5.975 | 5.995 | 5.97 | 5.97 |
| 4/3/2024 9:42 | 5.98 | 5.985 | 5.97 | 5.975 |
| 4/3/2024 9:41 | 5.95 | 5.98 | 5.95 | 5.975 |
| 4/3/2024 9:40 | 5.98 | 6 | 5.95 | 5.95 |
| 4/3/2024 9:39 | 5.965 | 5.985 | 5.94 | 5.98 |
| 4/3/2024 9:38 | 5.9795 | 5.9795 | 5.96 | 5.965 |
| 4/3/2024 9:37 | 5.96 | 5.99 | 5.955 | 5.975 |
| 4/3/2024 9:36 | 5.895 | 5.955 | 5.895 | 5.95 |
| 4/3/2024 9:35 | 5.868 | 5.93 | 5.868 | 5.895 |
| 4/3/2024 9:34 | 5.9 | 5.91 | 5.87 | 5.87 |
| 4/3/2024 9:33 | 5.905 | 5.9199 | 5.89 | 5.89 |
| 4/3/2024 9:32 | 5.9 | 5.95 | 5.88 | 5.9 |
| 4/3/2024 9:31 | 5.92 | 5.92 | 5.86 | 5.89 |
| 4/3/2024 9:30 | 6.01 | 6.02 | 5.93 | 5.93 |
| 4/2/2024 16:00 | 6 | 6 | 6 | 6 |
| 4/2/2024 15:59 | 5.985 | 6 | 5.97 | 6 |
| 4/2/2024 15:58 | 6 | 6 | 5.97 | 5.985 |
| 4/2/2024 15:57 | 5.985 | 6 | 5.97 | 5.99 |
| 4/2/2024 15:56 | 5.975 | 6 | 5.975 | 5.985 |
| 4/2/2024 15:55 | 5.995 | 6 | 5.97 | 5.975 |
| 4/2/2024 15:54 | 5.995 | 6 | 5.97 | 5.995 |
| 4/2/2024 15:53 | 5.97 | 6.01 | 5.96 | 5.995 |
| 4/2/2024 15:52 | 5.98 | 5.9998 | 5.97 | 5.98 |
| 4/2/2024 15:51 | 6.01 | 6.02 | 5.97 | 5.98 |
| 4/2/2024 15:50 | 6.04 | 6.04 | 6.005 | 6.005 |
| 4/2/2024 15:49 | 6.05 | 6.055 | 6.03 | 6.035 |
| 4/2/2024 15:48 | 6.085 | 6.085 | 6.05 | 6.05 |
| 4/2/2024 15:47 | 6.085 | 6.09 | 6.07 | 6.085 |
| 4/2/2024 15:46 | 6.095 | 6.095 | 6.085 | 6.085 |

| Date/Time | | | | |
|---|---|---|---|---|
| 4/2/2024 15:45 | 6.095 | 6.11 | 6.08 | 6.095 |
| 4/2/2024 15:44 | 6.075 | 6.11 | 6.075 | 6.095 |
| 4/2/2024 15:43 | 6.085 | 6.085 | 6.07 | 6.075 |
| 4/2/2024 15:42 | 6.095 | 6.095 | 6.075 | 6.085 |
| 4/2/2024 15:41 | 6.09 | 6.095 | 6.09 | 6.09 |
| 4/2/2024 15:40 | 6.095 | 6.0994 | 6.09 | 6.095 |
| 4/2/2024 15:39 | 6.1 | 6.1 | 6.09 | 6.095 |
| 4/2/2024 15:38 | 6.095 | 6.1 | 6.09 | 6.095 |
| 4/2/2024 15:37 | 6.085 | 6.105 | 6.08 | 6.095 |
| 4/2/2024 15:36 | 6.085 | 6.09 | 6.08 | 6.0875 |
| 4/2/2024 15:35 | 6.085 | 6.1 | 6.08 | 6.09 |
| 4/2/2024 15:34 | 6.08 | 6.09 | 6.08 | 6.085 |
| 4/2/2024 15:33 | 6.095 | 6.095 | 6.08 | 6.085 |
| 4/2/2024 15:32 | 6.08 | 6.095 | 6.08 | 6.095 |
| 4/2/2024 15:31 | 6.095 | 6.1 | 6.08 | 6.085 |
| 4/2/2024 15:30 | 6.09 | 6.105 | 6.09 | 6.095 |
| 4/2/2024 15:29 | 6.09 | 6.105 | 6.09 | 6.1 |
| 4/2/2024 15:28 | 6.145 | 6.145 | 6.095 | 6.095 |
| 4/2/2024 15:27 | 6.145 | 6.145 | 6.14 | 6.14 |
| 4/2/2024 15:26 | 6.135 | 6.16 | 6.135 | 6.145 |
| 4/2/2024 15:25 | 6.145 | 6.145 | 6.13 | 6.135 |
| 4/2/2024 15:24 | 6.15 | 6.15 | 6.14 | 6.145 |
| 4/2/2024 15:23 | 6.16 | 6.16 | 6.145 | 6.15 |
| 4/2/2024 15:22 | 6.165 | 6.165 | 6.16 | 6.165 |
| 4/2/2024 15:21 | 6.17 | 6.17 | 6.16 | 6.16 |
| 4/2/2024 15:20 | 6.175 | 6.18 | 6.17 | 6.175 |
| 4/2/2024 15:19 | 6.2 | 6.2 | 6.165 | 6.17 |
| 4/2/2024 15:18 | 6.2062 | 6.2062 | 6.19 | 6.204 |
| 4/2/2024 15:17 | 6.22 | 6.22 | 6.205 | 6.205 |
| 4/2/2024 15:16 | 6.2 | 6.24 | 6.2 | 6.23 |
| 4/2/2024 15:15 | 6.21 | 6.215 | 6.2 | 6.2 |
| 4/2/2024 15:14 | 6.215 | 6.215 | 6.205 | 6.21 |
| 4/2/2024 15:13 | 6.225 | 6.225 | 6.21 | 6.21 |
| 4/2/2024 15:12 | 6.22 | 6.2275 | 6.22 | 6.22 |
| 4/2/2024 15:11 | 6.225 | 6.23 | 6.22 | 6.22 |
| 4/2/2024 15:10 | 6.22 | 6.225 | 6.22 | 6.225 |
| 4/2/2024 15:09 | 6.225 | 6.225 | 6.22 | 6.22 |
| 4/2/2024 15:08 | 6.225 | 6.225 | 6.22 | 6.225 |
| 4/2/2024 15:07 | 6.23 | 6.23 | 6.22 | 6.22 |
| 4/2/2024 15:06 | 6.24 | 6.24 | 6.23 | 6.23 |
| 4/2/2024 15:05 | 6.245 | 6.25 | 6.24 | 6.24 |
| 4/2/2024 15:04 | 6.245 | 6.245 | 6.245 | 6.245 |
| 4/2/2024 15:03 | 6.225 | 6.25 | 6.225 | 6.24 |
| 4/2/2024 15:02 | 6.235 | 6.235 | 6.22 | 6.225 |
| 4/2/2024 15:01 | 6.235 | 6.2397 | 6.23 | 6.235 |
| 4/2/2024 15:00 | 6.23 | 6.235 | 6.225 | 6.23 |
| 4/2/2024 14:59 | 6.205 | 6.24 | 6.205 | 6.23 |
| 4/2/2024 14:58 | 6.215 | 6.22 | 6.2 | 6.205 |
| 4/2/2024 14:57 | 6.19 | 6.215 | 6.184 | 6.215 |

| Date/Time | | | | |
|---|---|---|---|---|
| 4/2/2024 14:56 | 6.195 | 6.195 | 6.19 | 6.19 |
| 4/2/2024 14:55 | 6.19 | 6.195 | 6.19 | 6.19 |
| 4/2/2024 14:54 | 6.1951 | 6.1951 | 6.19 | 6.19 |
| 4/2/2024 14:53 | 6.19 | 6.19 | 6.19 | 6.19 |
| 4/2/2024 14:52 | 6.195 | 6.195 | 6.19 | 6.19 |
| 4/2/2024 14:51 | 6.205 | 6.205 | 6.175 | 6.1901 |
| 4/2/2024 14:50 | 6.2 | 6.205 | 6.2 | 6.2 |
| 4/2/2024 14:49 | 6.21 | 6.215 | 6.2 | 6.2 |
| 4/2/2024 14:48 | 6.215 | 6.215 | 6.21 | 6.21 |
| 4/2/2024 14:47 | 6.21 | 6.215 | 6.205 | 6.215 |
| 4/2/2024 14:46 | 6.215 | 6.215 | 6.2 | 6.205 |
| 4/2/2024 14:45 | 6.215 | 6.215 | 6.215 | 6.215 |
| 4/2/2024 14:44 | 6.195 | 6.215 | 6.195 | 6.21 |
| 4/2/2024 14:43 | 6.195 | 6.1987 | 6.19 | 6.195 |
| 4/2/2024 14:42 | 6.195 | 6.1999 | 6.19 | 6.195 |
| 4/2/2024 14:41 | 6.185 | 6.2 | 6.185 | 6.199 |
| 4/2/2024 14:40 | 6.185 | 6.185 | 6.18 | 6.185 |
| 4/2/2024 14:39 | 6.185 | 6.2 | 6.18 | 6.18 |
| 4/2/2024 14:38 | 6.225 | 6.225 | 6.18 | 6.18 |
| 4/2/2024 14:37 | 6.225 | 6.23 | 6.22 | 6.225 |
| 4/2/2024 14:36 | 6.235 | 6.235 | 6.225 | 6.225 |
| 4/2/2024 14:35 | 6.235 | 6.235 | 6.235 | 6.235 |
| 4/2/2024 14:34 | 6.235 | 6.235 | 6.23 | 6.235 |
| 4/2/2024 14:33 | 6.225 | 6.2354 | 6.225 | 6.2354 |
| 4/2/2024 14:32 | 6.245 | 6.245 | 6.22 | 6.225 |
| 4/2/2024 14:31 | 6.265 | 6.265 | 6.245 | 6.2489 |
| 4/2/2024 14:30 | 6.27 | 6.275 | 6.26 | 6.265 |
| 4/2/2024 14:29 | 6.27 | 6.27 | 6.26 | 6.27 |
| 4/2/2024 14:28 | 6.27 | 6.275 | 6.27 | 6.275 |
| 4/2/2024 14:27 | 6.275 | 6.2763 | 6.27 | 6.27 |
| 4/2/2024 14:26 | 6.275 | 6.275 | 6.275 | 6.275 |
| 4/2/2024 14:25 | 6.279 | 6.28 | 6.275 | 6.28 |
| 4/2/2024 14:24 | 6.29 | 6.29 | 6.27 | 6.28 |
| 4/2/2024 14:23 | 6.285 | 6.31 | 6.285 | 6.295 |
| 4/2/2024 14:22 | 6.28 | 6.285 | 6.28 | 6.285 |
| 4/2/2024 14:21 | 6.28 | 6.285 | 6.28 | 6.285 |
| 4/2/2024 14:20 | 6.295 | 6.3 | 6.29 | 6.29 |
| 4/2/2024 14:19 | 6.305 | 6.305 | 6.29 | 6.295 |
| 4/2/2024 14:18 | 6.305 | 6.305 | 6.3 | 6.305 |
| 4/2/2024 14:17 | 6.31 | 6.315 | 6.305 | 6.31 |
| 4/2/2024 14:16 | 6.31 | 6.31 | 6.305 | 6.305 |
| 4/2/2024 14:15 | 6.305 | 6.305 | 6.305 | 6.305 |
| 4/2/2024 14:14 | 6.305 | 6.305 | 6.305 | 6.305 |
| 4/2/2024 14:13 | 6.2999 | 6.31 | 6.2999 | 6.3 |
| 4/2/2024 14:12 | 6.29 | 6.3 | 6.29 | 6.295 |
| 4/2/2024 14:11 | 6.285 | 6.285 | 6.285 | 6.285 |
| 4/2/2024 14:10 | 6.285 | 6.285 | 6.28 | 6.28 |
| 4/2/2024 14:09 | 6.28 | 6.29 | 6.28 | 6.29 |
| 4/2/2024 14:08 | 6.295 | 6.295 | 6.29 | 6.29 |

| Date/Time | Open | High | Low | Close |
|---|---|---|---|---|
| 4/2/2024 14:07 | 6.295 | 6.295 | 6.285 | 6.29 |
| 4/2/2024 14:06 | 6.29 | 6.295 | 6.29 | 6.295 |
| 4/2/2024 14:05 | 6.27 | 6.29 | 6.269 | 6.285 |
| 4/2/2024 14:04 | 6.28 | 6.285 | 6.265 | 6.27 |
| 4/2/2024 14:03 | 6.27 | 6.285 | 6.27 | 6.28 |
| 4/2/2024 14:02 | 6.28 | 6.28 | 6.27 | 6.27 |
| 4/2/2024 14:01 | 6.315 | 6.315 | 6.28 | 6.28 |
| 4/2/2024 14:00 | 6.33 | 6.33 | 6.31 | 6.3163 |
| 4/2/2024 13:59 | 6.31 | 6.34 | 6.31 | 6.335 |
| 4/2/2024 13:58 | 6.295 | 6.315 | 6.29 | 6.315 |
| 4/2/2024 13:57 | 6.31 | 6.31 | 6.295 | 6.3 |
| 4/2/2024 13:56 | 6.315 | 6.325 | 6.31 | 6.32 |
| 4/2/2024 13:55 | 6.3 | 6.32 | 6.295 | 6.315 |
| 4/2/2024 13:54 | 6.295 | 6.3 | 6.29 | 6.295 |
| 4/2/2024 13:53 | 6.3 | 6.3 | 6.3 | 6.3 |
| 4/2/2024 13:52 | 6.295 | 6.3 | 6.295 | 6.295 |
| 4/2/2024 13:51 | 6.295 | 6.295 | 6.29 | 6.295 |
| 4/2/2024 13:50 | 6.295 | 6.3 | 6.295 | 6.295 |
| 4/2/2024 13:49 | 6.29 | 6.3 | 6.285 | 6.29 |
| 4/2/2024 13:48 | 6.285 | 6.3 | 6.28 | 6.28 |
| 4/2/2024 13:47 | 6.265 | 6.285 | 6.265 | 6.285 |
| 4/2/2024 13:46 | 6.2691 | 6.2699 | 6.26 | 6.2699 |
| 4/2/2024 13:45 | 6.255 | 6.265 | 6.255 | 6.265 |
| 4/2/2024 13:44 | 6.245 | 6.255 | 6.24 | 6.255 |
| 4/2/2024 13:43 | 6.24 | 6.24 | 6.24 | 6.24 |
| 4/2/2024 13:42 | 6.23 | 6.245 | 6.22 | 6.245 |
| 4/2/2024 13:40 | 6.23 | 6.2388 | 6.23 | 6.2388 |
| 4/2/2024 13:39 | 6.24 | 6.2412 | 6.23 | 6.235 |
| 4/2/2024 13:38 | 6.2602 | 6.2602 | 6.24 | 6.24 |
| 4/2/2024 13:37 | 6.275 | 6.275 | 6.265 | 6.265 |
| 4/2/2024 13:36 | 6.275 | 6.275 | 6.275 | 6.275 |
| 4/2/2024 13:35 | 6.285 | 6.29 | 6.275 | 6.275 |
| 4/2/2024 13:34 | 6.27 | 6.29 | 6.27 | 6.285 |
| 4/2/2024 13:33 | 6.25 | 6.275 | 6.25 | 6.275 |
| 4/2/2024 13:32 | 6.265 | 6.27 | 6.255 | 6.255 |
| 4/2/2024 13:31 | 6.26 | 6.26 | 6.26 | 6.26 |
| 4/2/2024 13:30 | 6.27 | 6.27 | 6.26 | 6.26 |
| 4/2/2024 13:29 | 6.2799 | 6.28 | 6.275 | 6.275 |
| 4/2/2024 13:28 | 6.28 | 6.28 | 6.27 | 6.275 |
| 4/2/2024 13:27 | 6.25 | 6.28 | 6.24 | 6.28 |
| 4/2/2024 13:26 | 6.235 | 6.27 | 6.235 | 6.254 |
| 4/2/2024 13:25 | 6.22 | 6.24 | 6.21 | 6.235 |
| 4/2/2024 13:24 | 6.25 | 6.26 | 6.22 | 6.22 |
| 4/2/2024 13:23 | 6.255 | 6.2589 | 6.24 | 6.24 |
| 4/2/2024 13:22 | 6.215 | 6.26 | 6.215 | 6.25 |
| 4/2/2024 13:21 | 6.265 | 6.265 | 6.22 | 6.22 |
| 4/2/2024 13:20 | 6.34 | 6.34 | 6.26 | 6.26 |
| 4/2/2024 13:19 | 6.36 | 6.37 | 6.34 | 6.34 |
| 4/2/2024 13:18 | 6.37 | 6.375 | 6.365 | 6.365 |

| Date/Time | Open | High | Low | Close |
|---|---|---|---|---|
| 4/2/2024 13:17 | 6.38 | 6.38 | 6.36 | 6.375 |
| 4/2/2024 13:16 | 6.405 | 6.41 | 6.36 | 6.38 |
| 4/2/2024 13:15 | 6.405 | 6.405 | 6.405 | 6.405 |
| 4/2/2024 13:14 | 6.4 | 6.405 | 6.4 | 6.405 |
| 4/2/2024 13:13 | 6.4 | 6.405 | 6.4 | 6.405 |
| 4/2/2024 13:12 | 6.41 | 6.41 | 6.395 | 6.41 |
| 4/2/2024 13:11 | 6.415 | 6.415 | 6.41 | 6.415 |
| 4/2/2024 13:10 | 6.435 | 6.45 | 6.4 | 6.415 |
| 4/2/2024 13:09 | 6.425 | 6.435 | 6.425 | 6.435 |
| 4/2/2024 13:08 | 6.41 | 6.425 | 6.41 | 6.425 |
| 4/2/2024 13:07 | 6.405 | 6.41 | 6.4 | 6.405 |
| 4/2/2024 13:06 | 6.405 | 6.405 | 6.405 | 6.405 |
| 4/2/2024 13:05 | 6.415 | 6.415 | 6.4 | 6.405 |
| 4/2/2024 13:04 | 6.415 | 6.415 | 6.41 | 6.415 |
| 4/2/2024 13:03 | 6.415 | 6.425 | 6.405 | 6.41 |
| 4/2/2024 13:02 | 6.41 | 6.415 | 6.4 | 6.415 |
| 4/2/2024 13:01 | 6.43 | 6.43 | 6.41 | 6.41 |
| 4/2/2024 13:00 | 6.445 | 6.445 | 6.41 | 6.42 |
| 4/2/2024 12:59 | 6.45 | 6.45 | 6.445 | 6.445 |
| 4/2/2024 12:58 | 6.445 | 6.445 | 6.445 | 6.445 |
| 4/2/2024 12:57 | 6.41 | 6.47 | 6.405 | 6.445 |
| 4/2/2024 12:56 | 6.41 | 6.41 | 6.4 | 6.405 |
| 4/2/2024 12:55 | 6.385 | 6.45 | 6.38 | 6.41 |
| 4/2/2024 12:54 | 6.35 | 6.4 | 6.345 | 6.3899 |
| 4/2/2024 12:53 | 6.34 | 6.3494 | 6.34 | 6.34 |
| 4/2/2024 12:52 | 6.315 | 6.35 | 6.31 | 6.3499 |
| 4/2/2024 12:51 | 6.305 | 6.37 | 6.305 | 6.315 |
| 4/2/2024 12:50 | 6.32 | 6.32 | 6.3 | 6.305 |
| 4/2/2024 12:49 | 6.2599 | 6.3299 | 6.2599 | 6.3159 |
| 4/2/2024 12:48 | 6.285 | 6.2898 | 6.25 | 6.2503 |
| 4/2/2024 12:47 | 6.2 | 6.29 | 6.19 | 6.29 |
| 4/2/2024 12:46 | 6.225 | 6.23 | 6.2 | 6.21 |
| 4/2/2024 12:45 | 6.2094 | 6.23 | 6.2085 | 6.23 |
| 4/2/2024 12:44 | 6.185 | 6.23 | 6.185 | 6.205 |
| 4/2/2024 12:43 | 6.35 | 6.3504 | 6.16 | 6.18 |
| 4/2/2024 12:42 | 6.3005 | 6.35 | 6.28 | 6.345 |
| 4/2/2024 12:41 | 6.34 | 6.3769 | 6.3 | 6.31 |
| 4/2/2024 12:40 | 6.19 | 6.41 | 6.19 | 6.34 |
| 4/2/2024 12:39 | 6.23 | 6.29 | 6.18 | 6.1885 |
| 4/2/2024 12:38 | 6.13 | 6.25 | 6.07 | 6.2301 |
| 4/2/2024 12:37 | 6.18 | 6.19 | 6.045 | 6.135 |
| 4/2/2024 12:36 | 6.2501 | 6.2871 | 6.13 | 6.19 |
| 4/2/2024 12:35 | 6.335 | 6.36 | 6.25 | 6.25 |
| 4/2/2024 12:34 | 6.355 | 6.355 | 6.33 | 6.34 |
| 4/2/2024 12:33 | 6.335 | 6.36 | 6.335 | 6.345 |
| 4/2/2024 12:32 | 6.41 | 6.41 | 6.31 | 6.335 |
| 4/2/2024 12:31 | 6.45 | 6.45 | 6.42 | 6.42 |
| 4/2/2024 12:30 | 6.45 | 6.455 | 6.45 | 6.455 |
| 4/2/2024 12:29 | 6.45 | 6.455 | 6.45 | 6.45 |

| Date/Time | | | | |
|---|---|---|---|---|
| 4/2/2024 12:28 | 6.455 | 6.455 | 6.455 | 6.455 |
| 4/2/2024 12:27 | 6.455 | 6.455 | 6.45 | 6.45 |
| 4/2/2024 12:26 | 6.45 | 6.455 | 6.45 | 6.455 |
| 4/2/2024 12:25 | 6.46 | 6.46 | 6.45 | 6.45 |
| 4/2/2024 12:24 | 6.455 | 6.46 | 6.45 | 6.45 |
| 4/2/2024 12:23 | 6.45 | 6.455 | 6.45 | 6.455 |
| 4/2/2024 12:22 | 6.45 | 6.455 | 6.45 | 6.45 |
| 4/2/2024 12:21 | 6.45 | 6.45 | 6.45 | 6.45 |
| 4/2/2024 12:20 | 6.455 | 6.455 | 6.45 | 6.455 |
| 4/2/2024 12:19 | 6.45 | 6.455 | 6.45 | 6.45 |
| 4/2/2024 12:18 | 6.45 | 6.455 | 6.45 | 6.455 |
| 4/2/2024 12:17 | 6.45 | 6.45 | 6.45 | 6.45 |
| 4/2/2024 12:15 | 6.45 | 6.4506 | 6.45 | 6.4506 |
| 4/2/2024 12:14 | 6.46 | 6.46 | 6.455 | 6.455 |
| 4/2/2024 12:13 | 6.46 | 6.46 | 6.46 | 6.46 |
| 4/2/2024 12:12 | 6.465 | 6.465 | 6.46 | 6.46 |
| 4/2/2024 12:11 | 6.465 | 6.465 | 6.46 | 6.465 |
| 4/2/2024 12:10 | 6.46 | 6.465 | 6.46 | 6.465 |
| 4/2/2024 12:09 | 6.4525 | 6.455 | 6.4525 | 6.455 |
| 4/2/2024 12:08 | 6.465 | 6.465 | 6.445 | 6.458 |
| 4/2/2024 12:07 | 6.465 | 6.47 | 6.4625 | 6.47 |
| 4/2/2024 12:06 | 6.47 | 6.47 | 6.465 | 6.47 |
| 4/2/2024 12:05 | 6.4625 | 6.465 | 6.4625 | 6.465 |
| 4/2/2024 12:04 | 6.47 | 6.47 | 6.47 | 6.47 |
| 4/2/2024 12:03 | 6.4625 | 6.4625 | 6.4625 | 6.4625 |
| 4/2/2024 12:02 | 6.46 | 6.47 | 6.46 | 6.465 |
| 4/2/2024 12:01 | 6.46 | 6.465 | 6.46 | 6.465 |
| 4/2/2024 12:00 | 6.465 | 6.465 | 6.465 | 6.465 |
| 4/2/2024 11:59 | 6.47 | 6.47 | 6.47 | 6.47 |
| 4/2/2024 11:58 | 6.465 | 6.4699 | 6.465 | 6.4699 |
| 4/2/2024 11:57 | 6.465 | 6.47 | 6.465 | 6.47 |
| 4/2/2024 11:56 | 6.46 | 6.465 | 6.46 | 6.465 |
| 4/2/2024 11:55 | 6.465 | 6.465 | 6.46 | 6.465 |
| 4/2/2024 11:54 | 6.455 | 6.465 | 6.4525 | 6.465 |
| 4/2/2024 11:53 | 6.455 | 6.455 | 6.455 | 6.455 |
| 4/2/2024 11:52 | 6.455 | 6.4591 | 6.45 | 6.455 |
| 4/2/2024 11:51 | 6.45 | 6.455 | 6.45 | 6.45 |
| 4/2/2024 11:50 | 6.455 | 6.455 | 6.45 | 6.455 |
| 4/2/2024 11:49 | 6.455 | 6.46 | 6.45 | 6.45 |
| 4/2/2024 11:48 | 6.455 | 6.455 | 6.45 | 6.45 |
| 4/2/2024 11:47 | 6.45 | 6.455 | 6.45 | 6.455 |
| 4/2/2024 11:46 | 6.455 | 6.455 | 6.45 | 6.455 |
| 4/2/2024 11:45 | 6.455 | 6.455 | 6.45 | 6.45 |
| 4/2/2024 11:44 | 6.455 | 6.455 | 6.45 | 6.455 |
| 4/2/2024 11:43 | 6.45 | 6.455 | 6.45 | 6.455 |
| 4/2/2024 11:41 | 6.455 | 6.455 | 6.45 | 6.45 |
| 4/2/2024 11:40 | 6.45 | 6.45 | 6.45 | 6.45 |
| 4/2/2024 11:38 | 6.45 | 6.45 | 6.45 | 6.45 |
| 4/2/2024 11:37 | 6.455 | 6.455 | 6.455 | 6.455 |

| | | | | |
|---|---|---|---|---|
| 4/2/2024 11:36 | 6.46 | 6.46 | 6.46 | 6.46 |
| 4/2/2024 11:35 | 6.46 | 6.4699 | 6.46 | 6.465 |
| 4/2/2024 11:34 | 6.46 | 6.465 | 6.46 | 6.46 |
| 4/2/2024 11:33 | 6.45 | 6.465 | 6.45 | 6.465 |
| 4/2/2024 11:32 | 6.45 | 6.45 | 6.45 | 6.45 |
| 4/2/2024 11:31 | 6.45 | 6.45 | 6.45 | 6.45 |
| 4/2/2024 11:30 | 6.455 | 6.458 | 6.45 | 6.458 |
| 4/2/2024 11:29 | 6.45 | 6.45 | 6.45 | 6.45 |
| 4/2/2024 11:27 | 6.4625 | 6.4625 | 6.45 | 6.455 |
| 4/2/2024 11:26 | 6.46 | 6.465 | 6.45 | 6.465 |
| 4/2/2024 11:25 | 6.45 | 6.47 | 6.445 | 6.46 |
| 4/2/2024 11:24 | 6.455 | 6.455 | 6.45 | 6.45 |
| 4/2/2024 11:23 | 6.455 | 6.4575 | 6.455 | 6.455 |
| 4/2/2024 11:22 | 6.455 | 6.455 | 6.45 | 6.455 |
| 4/2/2024 11:21 | 6.455 | 6.4592 | 6.45 | 6.455 |
| 4/2/2024 11:20 | 6.455 | 6.455 | 6.45 | 6.45 |
| 4/2/2024 11:19 | 6.455 | 6.455 | 6.45 | 6.4507 |
| 4/2/2024 11:18 | 6.46 | 6.46 | 6.45 | 6.455 |
| 4/2/2024 11:17 | 6.455 | 6.4575 | 6.45 | 6.45 |
| 4/2/2024 11:16 | 6.45 | 6.4575 | 6.45 | 6.455 |
| 4/2/2024 11:15 | 6.455 | 6.4575 | 6.45 | 6.4575 |
| 4/2/2024 11:14 | 6.45 | 6.456 | 6.45 | 6.45 |
| 4/2/2024 11:13 | 6.455 | 6.4593 | 6.45 | 6.45 |
| 4/2/2024 11:12 | 6.455 | 6.455 | 6.455 | 6.455 |
| 4/2/2024 11:11 | 6.4558 | 6.4631 | 6.455 | 6.46 |
| 4/2/2024 11:10 | 6.43 | 6.455 | 6.43 | 6.455 |
| 4/2/2024 11:09 | 6.435 | 6.435 | 6.435 | 6.435 |
| 4/2/2024 11:08 | 6.43 | 6.43 | 6.425 | 6.43 |
| 4/2/2024 11:07 | 6.425 | 6.43 | 6.42 | 6.425 |
| 4/2/2024 11:06 | 6.41 | 6.43 | 6.41 | 6.43 |
| 4/2/2024 11:05 | 6.4375 | 6.44 | 6.415 | 6.415 |
| 4/2/2024 11:04 | 6.43 | 6.44 | 6.43 | 6.435 |
| 4/2/2024 11:03 | 6.435 | 6.44 | 6.435 | 6.44 |
| 4/2/2024 11:02 | 6.44 | 6.44 | 6.43 | 6.44 |
| 4/2/2024 11:01 | 6.435 | 6.44 | 6.435 | 6.44 |
| 4/2/2024 11:00 | 6.435 | 6.44 | 6.4325 | 6.435 |
| 4/2/2024 10:59 | 6.44 | 6.44 | 6.43 | 6.44 |
| 4/2/2024 10:58 | 6.44 | 6.44 | 6.435 | 6.435 |
| 4/2/2024 10:57 | 6.435 | 6.44 | 6.43 | 6.43 |
| 4/2/2024 10:56 | 6.435 | 6.44 | 6.435 | 6.4398 |
| 4/2/2024 10:55 | 6.44 | 6.44 | 6.435 | 6.44 |
| 4/2/2024 10:54 | 6.4175 | 6.44 | 6.415 | 6.44 |
| 4/2/2024 10:53 | 6.42 | 6.42 | 6.415 | 6.4175 |
| 4/2/2024 10:52 | 6.419 | 6.42 | 6.41 | 6.42 |
| 4/2/2024 10:51 | 6.405 | 6.42 | 6.405 | 6.41 |
| 4/2/2024 10:50 | 6.4 | 6.41 | 6.4 | 6.41 |
| 4/2/2024 10:49 | 6.4 | 6.4075 | 6.395 | 6.4 |
| 4/2/2024 10:48 | 6.4 | 6.4 | 6.4 | 6.4 |
| 4/2/2024 10:47 | 6.39 | 6.41 | 6.39 | 6.405 |

| Date/Time | | | | |
|---|---|---|---|---|
| 4/2/2024 10:46 | 6.39 | 6.4 | 6.39 | 6.395 |
| 4/2/2024 10:45 | 6.41 | 6.41 | 6.395 | 6.395 |
| 4/2/2024 10:44 | 6.41 | 6.41 | 6.4 | 6.405 |
| 4/2/2024 10:43 | 6.415 | 6.42 | 6.41 | 6.415 |
| 4/2/2024 10:42 | 6.41 | 6.42 | 6.41 | 6.415 |
| 4/2/2024 10:41 | 6.41 | 6.41 | 6.41 | 6.41 |
| 4/2/2024 10:40 | 6.415 | 6.415 | 6.41 | 6.41 |
| 4/2/2024 10:39 | 6.415 | 6.415 | 6.41 | 6.415 |
| 4/2/2024 10:38 | 6.4125 | 6.415 | 6.4125 | 6.415 |
| 4/2/2024 10:37 | 6.43 | 6.43 | 6.415 | 6.415 |
| 4/2/2024 10:36 | 6.43 | 6.43 | 6.425 | 6.43 |
| 4/2/2024 10:35 | 6.42 | 6.43 | 6.42 | 6.43 |
| 4/2/2024 10:34 | 6.43 | 6.43 | 6.425 | 6.43 |
| 4/2/2024 10:33 | 6.41 | 6.43 | 6.405 | 6.425 |
| 4/2/2024 10:32 | 6.4099 | 6.4099 | 6.405 | 6.405 |
| 4/2/2024 10:31 | 6.3992 | 6.405 | 6.395 | 6.405 |
| 4/2/2024 10:30 | 6.39 | 6.39 | 6.39 | 6.39 |
| 4/2/2024 10:29 | 6.4012 | 6.4085 | 6.395 | 6.395 |
| 4/2/2024 10:28 | 6.41 | 6.41 | 6.4 | 6.405 |
| 4/2/2024 10:27 | 6.415 | 6.42 | 6.415 | 6.4175 |
| 4/2/2024 10:26 | 6.415 | 6.4175 | 6.41 | 6.4175 |
| 4/2/2024 10:25 | 6.41 | 6.42 | 6.409 | 6.42 |
| 4/2/2024 10:24 | 6.41 | 6.41 | 6.405 | 6.41 |
| 4/2/2024 10:23 | 6.4199 | 6.4199 | 6.4025 | 6.405 |
| 4/2/2024 10:22 | 6.4275 | 6.4275 | 6.415 | 6.415 |
| 4/2/2024 10:21 | 6.42 | 6.4275 | 6.42 | 6.4275 |
| 4/2/2024 10:20 | 6.425 | 6.425 | 6.425 | 6.425 |
| 4/2/2024 10:19 | 6.4281 | 6.4281 | 6.42 | 6.42 |
| 4/2/2024 10:18 | 6.4386 | 6.4386 | 6.4205 | 6.4205 |
| 4/2/2024 10:17 | 6.4305 | 6.4375 | 6.43 | 6.43 |
| 4/2/2024 10:16 | 6.435 | 6.435 | 6.43 | 6.43 |
| 4/2/2024 10:15 | 6.445 | 6.45 | 6.44 | 6.44 |
| 4/2/2024 10:14 | 6.45 | 6.45 | 6.4305 | 6.44 |
| 4/2/2024 10:13 | 6.4475 | 6.45 | 6.445 | 6.45 |
| 4/2/2024 10:12 | 6.435 | 6.45 | 6.43 | 6.44 |
| 4/2/2024 10:11 | 6.44 | 6.44 | 6.4306 | 6.435 |
| 4/2/2024 10:10 | 6.48 | 6.48 | 6.45 | 6.45 |
| 4/2/2024 10:09 | 6.4741 | 6.48 | 6.4741 | 6.475 |
| 4/2/2024 10:08 | 6.44 | 6.48 | 6.44 | 6.475 |
| 4/2/2024 10:07 | 6.435 | 6.44 | 6.435 | 6.44 |
| 4/2/2024 10:06 | 6.435 | 6.435 | 6.4302 | 6.4302 |
| 4/2/2024 10:05 | 6.435 | 6.44 | 6.42 | 6.435 |
| 4/2/2024 10:04 | 6.445 | 6.445 | 6.43 | 6.435 |
| 4/2/2024 10:03 | 6.445 | 6.45 | 6.44 | 6.445 |
| 4/2/2024 10:02 | 6.45 | 6.455 | 6.445 | 6.45 |
| 4/2/2024 10:01 | 6.4875 | 6.4875 | 6.455 | 6.455 |
| 4/2/2024 10:00 | 6.49 | 6.49 | 6.485 | 6.485 |
| 4/2/2024 9:59 | 6.4775 | 6.49 | 6.4775 | 6.49 |
| 4/2/2024 9:58 | 6.46 | 6.48 | 6.4583 | 6.48 |

| | | | | |
|---|---|---|---|---|
| 4/2/2024 9:57 | 6.455 | 6.46 | 6.455 | 6.46 |
| 4/2/2024 9:56 | 6.46 | 6.46 | 6.45 | 6.455 |
| 4/2/2024 9:55 | 6.475 | 6.475 | 6.465 | 6.465 |
| 4/2/2024 9:54 | 6.49 | 6.49 | 6.475 | 6.475 |
| 4/2/2024 9:53 | 6.4817 | 6.5 | 6.4817 | 6.5 |
| 4/2/2024 9:52 | 6.51 | 6.51 | 6.4999 | 6.4999 |
| 4/2/2024 9:51 | 6.51 | 6.51 | 6.505 | 6.505 |
| 4/2/2024 9:50 | 6.53 | 6.53 | 6.509 | 6.515 |
| 4/2/2024 9:49 | 6.52 | 6.55 | 6.52 | 6.535 |
| 4/2/2024 9:48 | 6.5093 | 6.52 | 6.505 | 6.52 |
| 4/2/2024 9:47 | 6.46 | 6.51 | 6.46 | 6.51 |
| 4/2/2024 9:46 | 6.455 | 6.46 | 6.45 | 6.4598 |
| 4/2/2024 9:45 | 6.4503 | 6.455 | 6.45 | 6.455 |
| 4/2/2024 9:44 | 6.4518 | 6.455 | 6.45 | 6.45 |
| 4/2/2024 9:43 | 6.445 | 6.465 | 6.445 | 6.46 |
| 4/2/2024 9:42 | 6.4501 | 6.455 | 6.445 | 6.445 |
| 4/2/2024 9:41 | 6.455 | 6.455 | 6.445 | 6.455 |
| 4/2/2024 9:40 | 6.455 | 6.455 | 6.445 | 6.45 |
| 4/2/2024 9:39 | 6.4493 | 6.46 | 6.4493 | 6.46 |
| 4/2/2024 9:38 | 6.41 | 6.44 | 6.41 | 6.44 |
| 4/2/2024 9:37 | 6.405 | 6.405 | 6.405 | 6.405 |
| 4/2/2024 9:36 | 6.425 | 6.435 | 6.41 | 6.42 |
| 4/2/2024 9:35 | 6.43 | 6.45 | 6.42 | 6.42 |
| 4/2/2024 9:34 | 6.39 | 6.42 | 6.3852 | 6.42 |
| 4/2/2024 9:33 | 6.4 | 6.4 | 6.3801 | 6.3804 |
| 4/2/2024 9:32 | 6.4386 | 6.44 | 6.398 | 6.4 |
| 4/2/2024 9:31 | 6.405 | 6.46 | 6.405 | 6.45 |
| 4/2/2024 9:30 | 6.53 | 6.53 | 6.38 | 6.405 |