**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| BRIAN P. WEATHERILL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED WHOLESALE MORTGAGE, LLC<br><br>Defendant. | Case No. 2:24-cv-10853<br><br>Hon. Brandy R. McMillion<br><br>Hon. David R. Grand |

**STIPULATION EXTENDING DEADLINE**
**TO ANSWER COMPLAINT**

After meeting and conferring, the undersigned Parties hereby stipulate to the following:

1. On September 30, 2025, the Court entered its Opinion and Order Granting in Part and Denying in Part Defendants' Motion to Dismiss (the "Order"). *See* ECF No. 62.

2. As a result of this Order, Defendant United Wholesale Mortgage, LLC's deadline to file an answer to the operative complaint in this matter is currently October 14, 2025. *See* Fed. R. Civ. P. 12(a)(4).

3. Given the Court's Order and the need to complete additional inquiries, Defendant will require additional time to prepare an answer and respond to Plaintiffs' complaint.

4. The Parties stipulate to this extension in good faith and not for the purposes of delay.

5. The Parties agree that Defendant may have until October 28, 2025, to file an answer to Plaintiffs' complaint.

Dated: October 13, 2025

Respectfully submitted,

*/s/ Brandon C. Hubbard (with consent)*
Brandon C. Hubbard (P71085)
**DICKINSON WRIGHT PLLC**
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
P: (517) 371-1730
bhubbard@dickinsonwright.com

*/s/ Jeffrey J. Jones*
Jeffrey J. Jones (P80231)
JONES DAY
150 W. Jefferson Ave., Suite 2100
Detroit, MI 48226
(313) 230-7950
jjjones@jonesday.com

*Counsel for Plaintiffs*

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| BRIAN P. WEATHERILL, et al._____Plaintiffs,__v.__UNITED WHOLESALE MORTGAGE, LLC_____Defendant. | Case No. 2:24-cv-10853__Hon. Brandy R. McMillion__Hon. David R. Grand |

## ORDER EXTENDING DEADLINE TO ANSWER COMPLAINT

This matter is before the Court upon the Stipulation Extending Deadline to Answer Complaint dated October 13, 2025, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant United Wholesale Mortgage, LLC shall file an answer to Plaintiffs' Complaint on or before **October 28, 2025**.

**IT IS SO ORDERED**.

Dated:  October 14, 2025                              s/Brandy R. McMillion
                                                                          Hon. Brandy R. McMillion
                                                                          United States District Judge