## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BRIAN P. WEATHERILL, *et al.*

                Plaintiffs,

v.

UNITED WHOLESALE
MORTGAGE, LLC

                Defendant.

Case No. 2:24-cv-10853

Hon. Brandy R. McMillion,
United States District Judge

Hon. David R. Grand,
U.S. Magistrate Judge

## STIPULATION TO ESTABLISH BRIEFING DEADLINES REGARDING DEFENDANTS' RENEWED MOTION TO STRIKE CLASS ALLEGATIONS (ECF NO. 65)

The undersigned Parties hereby stipulate to the following: (i) on October 28, 2025, Defendants filed a Renewed Motion to Strike Class Allegations ("Defendants' Motion," ECF No. 65); and (ii) the Parties have in good faith agreed to an extended briefing schedule, including to account for certain upcoming Holidays, and do not seek their respective extensions for any improper purpose.

After meeting and conferring, the Parties stipulate that: (i) Plaintiffs shall file and serve a response brief on or before **November 25, 2025**; and (ii) Defendant shall file and serve a reply brief on or before **December 16, 2025**.

Dated: November 5, 2025

Respectfully submitted,

/s/ Brandon C. Hubbard
Brandon C. Hubbard (P71085)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
P: (517) 371-1730
bhubbard@dickinsonwright.com

Counsel for Plaintiffs

/s/ Jeffrey J. Jones (w/permission)
Jeffrey J. Jones (P80231)
JONES DAY
150 W. Jefferson Ave., Suite 2100
Detroit, MI 48226
(313) 230-7950
jjjones@jonesday.com

Counsel for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

BRIAN P. WEATHERILL, *et al.*

                    Plaintiffs,

v.

UNITED WHOLESALE
MORTGAGE, LLC

                    Defendant.

Case No. 2:24-cv-10853

Hon. Brandy R. McMillion,
United States District Judge

Hon. David R. Grand,
U.S. Magistrate Judge

## ORDER SETTING BRIEFING DEADLINES REGARDING DEFENDANTS' RENEWED MOTION TO STRIKE CLASS ALLEGATIONS (ECF NO. 65)

Pursuant to a November 5, 2025 Stipulation To Establish Briefing Deadlines Regarding Defendants' Renewed Motion to Strike Class Allegations (ECF No. 65), and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that relative to ECF No. 65, Plaintiffs shall file and serve a response brief on or before **November 25, 2025**, and Defendants shall file and serve a reply brief on or before **December 16, 2025**.

**IT IS SO ORDERED.**

Dated:  November 5, 2025                    s/Brandy R. McMillion
                                           Hon. Brandy R. McMillion
                                           United States District Judge

3