**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

Therisa D. Escue, Billy R. Escue, Jr., Kim Schelble, Brian P. Weatherill, Kenneth C. Morandi, Jill Jeffries, and Daniel Singh on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

United Wholesale Mortgage, LLC, UWM Holdings Corporation, SFS Holding Corp., and Mathew Randall Ishbia,

Defendants.

Case No. 2:24-cv-10853-BRM-DRG

Hon. Brandy R. McMillion,
United States District Judge

Hon. David R. Grand,
United States Magistrate Judge

# NOTICE OF APPEARANCE

Please take notice that John T. Zach of Boies Schiller Flexner LLP hereby enters his appearance on behalf of all Plaintiffs.

Dated: September 1, 2026

Respectfully submitted,

By: /s/ *John T. Zach*
John T. Zach
New York Bar # 4064390
**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, New York 10001
Tel.: (212) 446-2300
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2026, I caused the foregoing document to be filed with the Clerk of the Court using CM/ECF, which will effectuate service upon all counsel of record.

/s/ *John T. Zach*
John T. Zach
New York Bar # 4064390
*Attorney for Plaintiffs*